UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, MICHAEL J. BLASKO, JOSEPH E. KIELY, MICHAEL C. McDERMOTT and KELLY WERBINSKI,<br><br>   *Plaintiffs*,<br><br>v.<br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>   *Defendant*. | 3:07CV967 (JCH)<br><br>Notice of Motion and Motion for 1) FLSA Collective Action Certification and Authorization of Notice and 2) Certification of Class under Rule 23(b)(3) |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR 1) FLSA COLLECTIVE ACTION CERTIFICATION AND AUTHORIZATION OF NOTICE UNDER 29 U.S.C. § 216(b) AND 2) CERTIFICATION OF CLASS UNDER RULE 23(B)(3)**

PLEASE TAKE NOTICE that Plaintiffs Sharon L. Perkins, Michael J. Blasko, Joseph E. Keily, Michael C. McDermott and Kelly Werbinski, on behalf of themselves and all others similarly situated, by their attorneys, will bring, before the Honorable Judge Janet C. Hall, their Motion for 1) Conditional Class Certification and Court-Authorized Notice pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), and 2) Class Certification pursuant to Fed. R. Civ. P. 23 for violations of the Connecticut Minimum Wage Act.  Plaintiffs bring this action seeking unpaid overtime wages owed by the Defendant Southern New England Telephone (SNET) pursuant to the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act ("CMWA"), including Conn. Gen. Stat. §§ 31-60(a), 31-71(b), and 31-76(c).

*ORAL ARGUMENT REQUESTED*

.

Attached to the motion are 1) Plaintiffs' Memorandum in Support of Motion for (a) Conditional Certification of FLSA Collective Action and Authorization of Notice, and (b) Certification of Class Pursuant to Rule 23 of the Federal Rules of Civil Procedure; 2) Declarations of Plaintiffs Sharon L. Perkins, Michael J. Blasko, Joseph E. Kiely, Michael C. McDermott, and Kelly Werbinski; 3) Declaration of Steven L. Wittels, Esq., Plaintiffs' co-counsel, with annexed exhibits; 4) Proposed Notice of Court Approval of Collective Action Certification, and 5) Proposed Order Granting Plaintiffs' Motion.

Wherefore, Plaintiffs respectfully request that the Court:

1) Conditionally certify an FLSA class made up of all First Level (or Level One) Managers employed by SNET in the State of Connecticut from June 2004 and thereafter, (1) to whom SNET assigned technicians; and (2) who worked as First Level Managers in departments and areas including, but not limited to, Network Services, Installation and Maintenance, Installation, Maintenance, IM, I/M, DSL, Cable Maintenance, Cable Repair, Installation and Repair (I&R), Consumer, Business, Splicing, Cable Splicing, Loop Electronics (LERT), Digital Electronics Group (DEG), Outside Plant, Network Operations, Construction, Engineering, Construction and Engineering, Local Field Organization (LFO), U-verse, and U-verse Operations.

2) Authorize notice to potential class members of the FLSA collective action, and to order the Defendant to disclose contact information for all members of the class so that notice and an opportunity to opt-in may be provided to them.

3) Certify the Connecticut Minimum Wage Act class pursuant to Fed. R. Civ. P.

.

23(b)(3), consisting of all First Level (or Level One) Managers employed by SNET in the State of Connecticut from June 2005 and thereafter, (1) to whom SNET assigned technicians; and (2) who worked as First Level Managers in departments and areas including, but not limited to, Network Services, Installation and Maintenance, Installation, Maintenance, IM, I/M, DSL, Cable Maintenance, Cable Repair, Installation and Repair (I&R), Consumer, Business, Splicing, Cable Splicing, Loop Electronics (LERT), Digital Electronics Group (DEG), Outside Plant, Network Operations, Construction, Engineering, Construction and Engineering, Local Field Organization (LFO), U-verse, and U-verse Operations.

Respectfully Submitted,

_____/s/_____
Steven L. Wittels (SLW-8110)
Federal Bar No.: SLW-8110
**SANFORD WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone:  (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@nydclaw.com
*Admitted Pro Hac Vice*
*Lead Counsel for Plaintiffs Sharon L.*
*Perkins, Michael J. Blasko, Joseph E. Kiely,*
*Michael C. McDermott and Kelly*
*Werbinkski, the Opt-In Collective Action*
*Plaintiffs, and the Class*

_____/s/_____
Edmond Clark
Law Office of Edmond Clark
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
Email: eclarkmadisonlaw@aol.com

.

*Co-Counsel for Plaintiffs Sharon L. Perkins, Michael J. Blasko, Joseph E. Kiely, Michael C. McDermott and Kelly Werbinkski, the Opt-In Collective Action Plaintiffs, and the Class*

.

## CERTIFICATION

I hereby certify that on March 2, 2009, copies of the foregoing were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

   /s/ Steven L. Wittels

Steven L. Wittels (SW-8110)
**SANFORD WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@nydclaw.com