UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> SOUTHERN NEW ENGLAND TELEPHONE COMPANY, <br><br> Defendant. | 3:07CV967 (JCH) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF JOHN F. WYMER, III

Pursuant to Local Rule of Civil Procedure 83.1(d), Patrick W. Shea, a member of the Bar of this Court and a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP in New York, respectfully moves that Attorney John F. Wymer, III of the law firm of Paul, Hastings, Janofsky & Walker LLP be admitted *pro hac vice* to appear in this action on behalf of Defendant Southern New England Telephone Company.

In support of this motion, the undersigned represents:

1. Attorney Wymer is a partner of the law firm of Paul, Hastings, Janofsky & Walker LLP, located at 600 Peachtree Street, N.E., Atlanta, Georgia 30308.

2. Attorney Wymer is a member in good standing of the Bars of the State of Georgia, and the State of Alabama.

3. Attorney Wymer has never been denied admission or disciplined by this Court or any other court.

4. Attorney Wymer has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5. In accordance with Local Rule of Civil Procedure 83.1(d), this Motion is accompanied by the duly sworn and executed Declaration of John F. Wymer, III (Exhibit A attached hereto).

6. Payment of the necessary fee pursuant to Local Rule of Civil Procedure 83.1 accompanies this motion.

WHEREFORE, Patrick W. Shea, a member of the Bar of this Court, moves that the Court enter an order permitting Attorney John F. Wymer, III to appear *pro hac vice* on behalf of Defendant Southern New England Telephone Company in this action.

Dated: New York, New York
February 24, 2010

Respectfully submitted,

By: _____
Patrick W. Shea (CT07071)
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

## **ORDER**

Pursuant to Local Civil Rule 83.1(d), the motion for *pro hac vice* admission of Leslie A. Dent is hereby GRANTED.

Dated this _____ day of _____, 2010.

_____
Judge/Clerk of the United States District Court

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARON L. PERKINS, *et al.*,

                Plaintiffs,

   - against -

SOUTHERN NEW ENGLAND TELEPHONE COMPANY,

                Defendant.

3:07CV967 (JCH)

## **DECLARATION OF JOHN F. WYMER, III**

I, JOHN F. WYMER, III, declare as follows pursuant to L. Civ. R. 83.1(d):

1. I am partner at the firm Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Atlanta, GA 30308; telephone (404) 815-2400; facsimile (404) 815-2424; email: **johnwymer@paulhastings.com**.

2. I am a member in good standing of the Bars of the State of Alabama and the State of Georgia.

3. I also am admitted to practice before the United States District Court, Middle District of Georgia; United States District Court, Northern District of Georgia; United States Court of Appeals for the Fifth Circuit; United States Court of Appeals for the Eleventh Circuit; the courts of the State of Georgia; and the United States Supreme Court.

4. I never have been denied admission or disciplined by this Court, or any other court.

5. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of February 2010, in Atlanta, Georgia.

_____
John F. Wymer, III

LEGAL_US_W # 63955687.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for *pro hac vice* admission of John F. Wymer, III and Declaration in support of same has been sent via first-class mail, postage prepaid this 24th day of February, 2010 to the following counsel of record:

Steven L. Wittels
Sanford Wittels & Heisler, LLP
1350 Avenue of the Americas, Suite 3100
New York, New York 10019

_____
Patrick W. Shea (CT07071)