UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Sharon Perkins,<br>      Plaintiff, | ) ) ) ) | 3:07-cv-00967-JCH |
| v.<br>AT&T, Inc.<br>      Defendant. | ) ) ) ) ) ) ) ) | **APPEARANCE**<br><br>March 2, 2010 |

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for Defendant,**

Southern New England Telephone Company, Inc.

| | |
|---|---|
| March 2, 2010<br>Date | _[signature]_<br>Signature |
| ct10188<br>Connecticut Federal Bar Number | David J. Vegliante<br>Print Clearly or Type Name |
| (203) 771-8818<br>Telephone Number | 310 Orange Street, 8th Floor<br>Address |
| (203) 771-6577<br>Fax Number | New Haven, CT 06510 |

David.vegliante@att.com
E-mail address

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2010, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____
David J. Vegliante
Federal Bar No: ct10188
THE SOUTHERN NEW ENGLAND TELEPHONE
COMPANY d/b/a AT&T CONNECTICUT
310 Orange Street, 8th Floor
New Haven, CT 06510
Telephone: (203) 771-8818
Facsimile: (203) 771-6577
E-mail: david.vegliante@att.com