UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, *et al.*,<br><br>      Plaintiffs,<br><br> - against -<br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>      Defendant. | 3:07CV967 (JCH) |

## NOTICE OF APPEARANCE OF LESLIE A. DENT

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned case for Defendant Southern New England Telephone Company.

Dated: March 15, 2010

                Respectfully submitted,

              By: s/ Leslie A. Dent
                 Leslie A. Dent (phv 03877)
                 PAUL, HASTINGS, JANOFSKY &
                 WALKER LLP
                 600 Peachtree Street, N.E.
                 Twenty-Fourth Floor
                 Atlanta, Georgia 30308
                 Telephone: (404) 815-2400
                 Facsimile: (404) 815-2424
                 lesliedent@paulhastings.com

                 Counsel for Defendant
                 SOUTHERN NEW ENGLAND
                 TELEPHONE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2010, a copy of the foregoing Notice of Appearance of Leslie A. Dent was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ Leslie A. Dent
Leslie A. Dent

LEGAL_US_W # 64109837.1