UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> SOUTHERN NEW ENGLAND TELEPHONE COMPANY, <br><br> Defendant. | 3:07CV967 (JCH) |

### NOTICE OF APPEARANCE OF JOHN F. WYMER, III

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned case for Defendant Southern New England Telephone Company.

Dated: March 15, 2010

Respectfully submitted,

By: s/ John F. Wymer, III
John F. Wymer, III (phv #03876)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, N.E.
Twenty-Fourth Floor
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
johnwymer@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2010, a copy of the foregoing Notice of Appearance of John F. Wymer, III was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ John F. Wymer, III<br>
John F. Wymer, III

LEGAL_US_W # 64109125.1