UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON L. PERKINS, et al. | : | CIVIL ACTION NO. |
| | : | 3:07CV967 (JCH) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY | : | |
| | : | |
| *Defendant.* | : | APRIL 6, 2010 |

## MOTION TO WITHDRAW APPEARANCES

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned counsel, Lori Alexander, George E. O'Brien, Jr., Theresa M. Waugh, and Patricia E. Reilly, seek leave of the Court to withdraw their appearances on behalf of the defendant, the Southern New England Telephone Company ("SNET"). In support of this motion, the undersigned represent that new counsel have appeared and will represent SNET in the matter. Pursuant to Rule 7(e), the undersigned state that SNET has received a copy of this Motion to Withdraw Appearances.

WHEREFORE, the undersigned counsel seek leave of the Court to withdraw their appearances in this case.

*ORAL ARGUMENT NOT REQUESTED*

Dated at New Haven, Connecticut this 6th day of April, 2010.

        THE DEFENDANT,

        SOUTHERN NEW ENGLAND TELEPHONE COMPANY


By:   /s/ Lori B. Alexander
      Lori B. Alexander CT08970
      LITTLER MENDELSON, P.C.
      265 Church Street, Suite 300
      New Haven, CT  06510
      Telephone:  (203) 974-8700
      Facsimile:  (203) 974-8799
      E-Mail: lalexander@littler.com


By:   /s/ George E. O'Brien, Jr.
      George E. O'Brien, Jr. CT04196
      LITTLER MENDELSON, P.C.
      265 Church Street, Suite 300
      New Haven, CT  06510
      Telephone:  (203) 974-8700
      Facsimile:  (203) 974-8799
      E-Mail: gobrien@littler.com


By:   /s/ Patricia E. Reilly
      Patricia E. Reilly  CT08352
      LITTLER MENDELSON, P.C.
      265 Church Street, Suite 300
      New Haven, CT  06510
      Telephone:  (203) 974-8700
      Facsimile:  (203) 974-8799
      E-Mail: preilly@littler.com


By:   /s/ Theresa M. Waugh
      Theresa M. Waugh  CT23559
      LITTLER MENDELSON, P.C.
      265 Church Street, Suite 300
      New Haven, CT  06510
      Telephone:  (203) 974-8700
      Facsimile:  (203) 974-8799
      E-Mail: twaugh@littler.com

## **CERTIFICATION**

I hereby certify that on April 6, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    /s/ Lori B. Alexander
Lori B. Alexander
Federal Bar No.: CT08970
LITTLER MENDELSON, P.C.
265 Church Street, Suite 300
New Haven, CT  06510
Telephone: (203) 974-8700
Facsimile: (203) 974-8799
E-Mail: lalexander@littler.com