UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., : | |
|     Plaintiffs, : | CIVIL ACTION NO. |
| : | 3:07-cv-967 (JCH) |
| v. : | |
| : | |
| SOUTHERN NEW ENGLAND : | |
| TELEPHONE CO., : | APRIL 6, 2010 |
|     Defendant. : | |

## SCHEDULING ORDER

Based upon the discussion on the record at the scheduling conference held on April 5, 2010, the court hereby orders the following schedule in this case:

**Discovery Deadline:** All discovery, including all discovery relating to expert witnesses, will be completed by **DECEMBER 31, 2010**.

**Written Discovery:** All new written requests for production and interrogatories shall be served no later than **APRIL 20, 2010**; any objections to the same must be made by **MAY 10, 2010** and any Motions to Compel must be filed by **MAY 21, 2010**. In connection with defendant's recent discovery request, any Motion for a Protective Order by the plaintiffs, if necessary, shall be filed by **APRIL 19, 2010**; any Opposition to that Motion shall be filed by **APRIL 26, 2010**. In connection with plaintiffs' Sixth Request for Production, any Motion to Compel by the plaintiffs, if necessary, shall be filed by **APRIL 19, 2010**; any opposition shall be filed by **APRIL 26, 2010**.

**Depositions**: All fact depositions must be completed by **SEPTEMBER 15, 2010.** Plaintiffs are permitted to take up to **7** depositions. Defendant is permitted to take up to **28** additional depositions, each of which shall not last longer than a half-day.

Depositions are to be taken between **MAY 17** and **AUGUST 22, 2010**. No later than **APRIL 19, 2010**, counsel must have conferred and identified – and reserved – 23 days on which counsel for both sides are available to take and defend depositions between **MAY 17** and **AUGUST 22, 2010**. Defendant must identify 14 of its deponents to plaintiff no later than **APRIL 26, 2010**. No later than **MAY 5, 2010**, plaintiffs must advise defendant, with regard to the 23 previously-identified-counsel-available dates, on which of these date(s) each of the 14 identified deponents are available. The remaining dates will be reserved for the remaining plaintiff and defendant depositions. By **MAY 7, 2010**, defendant shall issue Notices of Deposition for these 14 deponents. By **JUNE 1, 2010**, plaintiffs shall issue Notices of Deposition for their depositions.

With regard to additional defendant depositions (up to the maximum of 28 total additional depositions), defendant must notify the plaintiffs of the names of deponents no later than **MAY 21, 2010**. Plaintiff must notify defendants of the availability of this later group of deponents no later than **JUNE 2, 2010**, and defendant must issue Notices of Deposition no later than **JUNE 4, 2010**.

**Discovery Relating to Expert Witnesses:** An expert witness is anyone, including a treating physician, who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. Unless otherwise ordered, a party intending to call such a witness must disclose a report signed by the witness containing the information required to be disclosed by Fed. R. Civ. P. 26(a)(2)(B). All such expert reports will be disclosed by the plaintiffs on or before **SEPTEMBER 30, 2010**, and any such experts will be deposed on or before **OCTOBER 22, 2010**.

Counsel must agree as to 3 days they are both available to take and defend such deposition(s) no later than **AUGUST 13, 2010**.  All such expert reports will be disclosed by defendant on or before **NOVEMBER 22, 2010**, and any such experts will be deposed by **DECEMBER 16, 2010**.  Counsel must agree as to 3 days they are both available to take and defend such deposition(s) no later than **OCTOBER 4, 2010.**

**Dispositive Motions:** A dispositive motion may not be filed later than **JANUARY 15, 2011.**

**Joint Trial Memorandum:** A joint trial memorandum in the form described in the attached addendum will be filed on or before **JANUARY 15, 2011.**  The original of this memorandum shall be filed with the Clerk of the Court, and one copy shall be submitted to Chambers.  Counsel signing the memorandum must certify that it is the product of consultation between the lawyers who will be trying the case.  If a dispositive motion is filed, the joint trial memorandum will be due 30 days after a ruling on the motion.

**Trial:** Counsel should be available to try this case during **MAY 2011.**

**Notice to Class Members:** Plaintiffs shall make requests for improved addresses for class members who did not receive the original Notice no later than **APRIL 9, 2010**.  Defendants shall report back with those addresses no later than **APRIL 16, 2010**.  Plaintiffs shall mail those additional notices no later than **APRIL 23, 2010**.  Plaintiffs will advise parties who are no longer in the class as stipulated by counsel that they will no longer be in the class no later than **APRIL 12, 2010**.

**None of these deadlines can be altered without court approval.  The court**

**does not expect to grant any extensions to these deadlines. Counsel should prepare accordingly.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 6th day of April, 2010.

      /s/ Janet C. Hall
Janet C. Hall
United States District Judge