UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al.,<br><br>Individually and on Behalf of Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>DEFENDANT. | No: 3:07CV967 (JCH)<br><br>PLAINTIFFS' NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO PLAINTIFFS' SIXTH SET OF DOCUMENT DEMANDS |

To:  Patrick Shea
     Paul Hastings
     Park Avenue Tower
     75 E. 55th Street
     First Floor
     New York, NY 10022

Please take notice that on April 19, 2010, or as soon thereafter as counsel may be heard, Plaintiffs will move before the Honorable Judge Janet C. Hall, United States District Court for the District of Connecticut, for an order compelling Defendant Southern New England Telephone Company ("Defendant" or "SNET") to (i) produce all responsive documents to Request numbers 6, 8, 12, 14, 15, 16, 19, 20, 22, 24, 26, 27, 33, 34, 35, and 36 of Plaintiffs' Sixth Set of Requests for Production of Documents (the "Requests"); and (ii) produce a log of all documents withheld on grounds of privilege.

Plaintiffs seek this relief because Defendant inappropriately objected to Plaintiffs' Requests and impermissibly withheld non-privileged responsive documents from Plaintiffs. Plaintiffs' counsel has conferred unsuccessfully with defense counsel in an

effort to avoid this motion, and the parties still continue to negotiate over some of the withheld documents. Plaintiffs will immediately notify the Court if the motion is mooted by any subsequent agreement between the parties.

Respectfully submitted,

Dated: April 19, 2010
/s/ Steven L. Wittels
Steven Wittels, (SLW-8110)
Jeremy Heisler, (JH-0145)
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

David W. Sanford
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*