UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., <br><br> Individually and on Behalf of Others Similarly Situated, <br><br> PLAINTIFFS, <br><br> v. <br><br> SOUTHERN NEW ENGLAND TELEPHONE COMPANY, <br><br> DEFENDANT. | No: 3:07CV967 (JCH) <br><br> DECLARATION OF STEVEN WITTELS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

Steven L. Wittels states as follows under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. As lead counsel for Plaintiffs and the class, I have personal knowledge of all matters set forth in this declaration.

2. I make this declaration in support of Plaintiffs' Motion to Compel Production of Documents in response to their Sixth Set of Demands, served on or about January 29, 2010.

3. On or about January 29, 2010, Plaintiffs served their Sixth Set of Document Demands on Defendant SNET. (Ex. A)

4. Defendant SNET served written responses and objections to these demands on or about April 2, 2010. (Ex. B)

5. Following service of these responses, the parties extensively conferred about Plaintiffs' demands and have attempted to reach agreement regarding SNET's production. The parties have been unable to reach agreement on several of the demands.

1

6.   On April 13 and 14, the parties discussed each of the demands and narrowed their areas of dispute.  Plaintiffs believe there may still be room for further discussion in some of these areas; however, Plaintiffs must file their motion to compel in order to protect their rights.

7.   Following the parties' discussions, SNET submitted a letter to Plaintiffs' counsel revising it written objections and clarifying what it would and would not be producing.  (Ex. C)  SNET began producing responsive documents on or about April 16, 2010 and its production is continuing.  Pursuant to the agreement of the parties, Plaintiffs reserve the right to compel further production in the event that SNET fails to provide documents it has agreed to produce.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Dated: April 19, 2010

By:   /s/ Steven Wittels

Steven L. Wittels
Federal Bar No.: SW-8110
**SANFORD, WITTELS, AND HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone:  (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@nydclaw.com
*Lead Counsel for Plaintiffs and the Class*