UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SHARON L. PERKINS, et al.** | : | CIVIL ACTION NO. |
| | : | 3:07CV967 (JCH) |
| *Plaintiffs*, | : | |
| | : | |
| | : | PLAINTIFFS' NOTICE |
| v. | : | OF MOTION FOR A |
| | : | PROTECTIVE ORDER |
| **SOUTHERN NEW ENGLAND** | : | PURSUANT TO R. 26(c) |
| **TELEPHONE COMPANY** | : | |
| | : | April 19, 2010 |
| *Defendant*, | : | |

To:  Patrick Shea
     Paul Hastings
     Park Avenue Tower
     75 E. 55th Street
     First Floor
     New York, NY 10022

Please take notice that on April 19, 2010, or as soon thereafter as counsel may be heard, Plaintiffs will move before the Honorable Judge Janet C. Hall, United States District Court for the District of Connecticut, for a protective order, pursuant to Fed. R. Civ. P. 26(c)(1), against SNET's Document Demands and Interrogatories served on all 149 opt-in plaintiffs on or about April 2, 2010.[1]  Plaintiffs seek to (1) quash certain individual discovery requests contained within these demands and (2) limit the number of respondents to a randomly selected representative sample.

Plaintiffs' motion to conduct representative written discovery is justified by a large body of case law establishing that class and collective actions should proceed on a collective and

---

[1] Plaintiffs and Defendant SNET have conferred regarding the written discovery requests as set forth in the accompanying Declaration of lead class counsel Steven L. Wittels.  Counsel will immediately inform the Court should this motion be mooted by a subsequent agreement between the parties.

1

representative basis – often based on a very small sample– and that individualized discovery of the entire class is not permitted. Responding to 149 separate sets of interrogatories and 149 sets of document demands would unduly burden the certified class and unnecessarily delay the adjudication of this case. Plaintiffs' expert statistician, Dr. Richard Drogin, opines that a sample size of 30 would be appropriate given (a) the size of the class (approximately 150 FLSA collective action plaintiffs and 190 Rule 23 class members); (b) the burden and expense of individualized discovery; (c) the high anticipated response rate; and (d) the extent of corroborating evidence in this case – including, but not limited to, (i) the depositions of 50 additional class members selected by the company (the 22 already taken and the 28 to be taken by SNET pursuant to the Court's April 5, 2010 Order), (ii) testimony from SNET managers and corporate representatives, and (iii) massive relevant documentary production (both that already completed as well as that contemplated by the parties during merits discovery).

The motion will be based on the attached memorandum of law and the accompanying Declarations of (1) Steven Wittels, Esq., lead class counsel, and (2) Dr. Richard Drogin, Plaintiffs' statistical expert.

Respectfully submitted,

Dated: April 19, 2010

By: ____/s/ Steven Wittels_____

Steven L. Wittels
Federal Bar No.: SW-8110
**SANFORD, WITTELS, AND HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@nydclaw.com
*Lead Counsel for Plaintiffs and the Class*