# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON L. PERKINS, et al. | : | CIVIL ACTION NO. |
| | : | 3:07CV967 (JCH) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY | : | |
| | : | |
| *Defendant.* | : | |

**SOUTHERN NEW ENGLAND TELEPHONE COMPANY'S
REQUESTS FOR PRODUCTION OF DOCUMENTS TO OPT-IN
PLAINTIFF ALBERT D. BORCHETTA, JR.**

Pursuant to Federal Rule of Civil Procedure 34 and Local Rule 26, Defendant Southern New England Telephone Company ("SNET") propounds the following requests for production to be responded to by opt-in Plaintiff Albert D. Borchetta, Jr. within thirty (30) days of service.

**DEFINITIONS AND INSTRUCTION**

1.  In responding to these Requests for Production, furnish all information available to you, including all information in your possession, custody or control, and information in the custody or control of all persons acting on your behalf.

2.  If you cannot respond to a specific Request in full after exercising due diligence to secure the information requested, respond to the extent possible and specify the reason that you are unable to respond fully.

3.  These Requests are to be interpreted according to the definitions and rules of construction set forth in Local Rule 26.

4.  "Complaint" refers to the Second Amended Complaint dated March 2, 2009.

5.  These Requests are to be considered continuing up to and including the time of trial. Pursuant to Fed. R. Civ. P. 26, you are specifically requested to supplement your initial

responses with additional responsive information that you or persons acting on your behalf subsequently obtain, and to clarify, correct, or complete your initial responses as appropriate..

## REQUESTS FOR PRODUCTION

### REQUEST NO. 1:

Produce all job descriptions and other documents describing or relating to the duties and responsibilities of any position you have held with SNET from June 2004 through the time of trial, including but not limited to, any documents relating to SNET's Management System and Operating Control model ("MSOC"), formal or informal job descriptions, resumes, or any documents you or others created describing your work experience with SNET.

**RESPONSE:**

### REQUEST NO. 2:

Produce all work schedules, timesheets and all other documents that reflect the number of hours and/or the activities that you or any first-level SNET manager have worked each day from June 2004 through the time of trial, including, but not limited to emails, diaries, activity logs, journals, calendars, and agendas.

**RESPONSE:**

### REQUEST NO. 3:

Produce all documents relating to your participation on any committee or sub-committee (e.g., DPUC sub-committee) that you have worked on for SNET from June 2004 through the time of trial.

**RESPONSE:**

2

## REQUEST NO. 4:

Produce any and all documents related to "tailgate meetings" or other meetings conducted by or attended by you from June 1, 2004 to the time of trial.

## RESPONSE:

## REQUEST NO. 5:

Produce copies of any documents prepared by you or any other first-level SNET manager containing policies, procedures, or expectations for any bargaining unit employees that you worked with during your employment with SNET.

## RESPONSE:

## REQUEST NO. 6:

Produce all documents that relate to any communications that occurred from June 1, 2004 through the time of trial, between you and any individual regarding your job classification as an exempt employee, hours worked, job duties, and/or compensation.

## RESPONSE:

## REQUEST NO. 7:

Produce all documents reflecting or relating to communications between you and any individual that discuss, reference, or relate to your claim that SNET misclassified your position or failed to properly pay you.

## RESPONSE:

3

**REQUEST NO. 8:**

Produce all written statements, declarations, certifications, and/or affidavits that relate to your claim that SNET misclassified you and/or failed to properly compensate you and/or any other SNET present or former employee, as set forth in the Complaint.

**RESPONSE:**

**REQUEST NO. 9:**

Produce all documents related to any complaints or statements made by you to SNET's human resources department or other management person regarding your wages and/or hours from June 2004 through the time of trial.

**RESPONSE:**

**REQUEST NO. 10:**

Produce all documents provided by you and/or anyone acting on your behalf to any federal, state, or local government agency, body, or representative concerning any of the allegations of the Complaint.

**RESPONSE:**

**REQUEST NO. 11:**

Produce any and all documents relating to any charges, claims, lawsuits or legal proceedings in which you have been involved at any time, including but not limited to, any bankruptcy proceedings.

**RESPONSE:**

4

**REQUEST NO. 12:**

Produce all documents relating to any proceedings or meeting related to the collective bargaining agreement or the Communications Workers of America in which you have been involved June 2004 through the time of trial, including but not limited to, any grievance or informational meeting.

**RESPONSE:**

**REQUEST NO. 13:**

Produce any and all documents that are identified, which you referred to, and/or upon which you relied when preparing your responses to these Requests for Production and/or SNET's Interrogatories served on this same date.

**RESPONSE:**

DEFENDANT SOUTHERN NEW
ENGLAND TELEPHONE COMPANY

By: *[signature]*
Patrick W. Shea (CT07071)
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

Leslie A. Dent (PHV 03877)
John F. Wymer, III (PHV 03876)
Erika L. Leonard (PHV 03875)
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E.
Twenty-Fourth Floor
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
lesliedent@paulhastings.com
johnwymer@paulhastings.com
erikaleonard@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via electronic mail and U.S. mail, postage prepaid, to all counsel and *pro se* parties of record on this 2nd day of April, 2010 as follows:

Steven Wittels
Sanford Wittels & Heisler, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019

Edmond Clark
83 Scotland Avenue
Madison, CT 06443-2501

Erika L. Leonard
*Attorney for Defendant*