# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON L. PERKINS, et al. | : | CIVIL ACTION NO. |
| | : | 3:07CV967 (JCH) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY | : | |
| | : | |
| *Defendant.* | : | |

## THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY'S INTERROGATORIES DIRECTED TO OPT-IN PLAINTIFF ALBERT D. BORCHETTA JR.

Pursuant to Federal Rule of Civil Procedure 33 and Local Rule 26, Defendant Southern New England Telephone Company ("SNET") propounds the following Interrogatories to be responded to under oath by opt-in Plaintiff Albert D. Borchetta Jr. within thirty (30) days of service.

### INSTRUCTIONS

1. In responding to these Interrogatories, furnish all information available to you, including all information in your possession, custody or control, and information in the custody or control of all persons acting on your behalf.

2. If you cannot respond to a specific Interrogatory in full after exercising due diligence to secure the information requested, respond to the extent possible and specify the reason that you are unable to respond fully.

3. These Interrogatories are to be interpreted according to the definitions and rules of construction set forth in Local Rule 26.

4. "Complaint" refers to the Second Amended Complaint dated March 2, 2009.

5.      These Interrogatories are to be considered continuing up to and including the time of trial. Pursuant to Fed. R. Civ. P. 26, you are specifically requested to supplement your initial responses with additional responsive information that you or persons acting on your behalf subsequently obtain, and to clarify, correct, or complete your initial responses as appropriate.

## INTERROGATORIES

1.      Please state the following:

    (a)     your full name and any other name(s) by which you have been known;

    (b)     your home address;

    (c)     your current title at SNET;

    (d)     the SNET facility where you work;

    (e)     if no longer employed by SNET, the last title held and the last facility where you worked at SNET.

**ANSWER:**

2.      Identify each position you held while employed by SNET, and for each position, provide the following information:

    (a)     date you held the position; and

    (b)     supervisor(s) or person(s) you reported to while holding such position.

**ANSWER:**

3.     For the period June 1, 2004 through the time of trial, identify all periods of time when you have had technicians assigned to you, the names of any technicians assigned to you; and separately identify all periods of time from June 1, 2004, through the time of trial when you have had no technicians assigned to you.

**ANSWER:**

Periods With Technicians Assigned to You          Technicians' Names and Titles




Periods With No Technicians Assigned to You

-


4.     For the period of June 2004 through the time of trial, identify the names and the job titles of any and all employees who were assigned to the same work group as you, to the extent these are different from the employees identified in response to Interrogatory No. 3 above.

**ANSWER:**




5.     For each technician or bargaining unit employee identified in your responses to Interrogatory Nos. 3 – 4, state the following:

(a)    whether that employee at any time received discipline while assigned to you;

(b)    if so, the type of discipline the employee received and the approximate date of the disciplinary action.

3

**ANSWER:**

6. Identify any union proceeding or meetings related to the collective bargaining agreement or the Communications Workers of America in which you have been involved from June 1, 2004 through the time of trial, including but not limited to any grievance proceeding, or disciplinary or informational meeting, and for each identify the bargaining unit employee involved, the approximate date (month and year) and describe the nature of your involvement.

**ANSWER:**

7. State whether SNET's Management System and Operating Control ("MSOC") has been implemented in your work group and state, and:

    (a)    the date when MSOC was implemented in your group;

    (c)    if not yet implemented, when you expect MSOC to be implemented in your work group and the basis for your understanding.

**ANSWER:**

8    Identify any committee or sub-committee (e.g., DPUC sub-committee) on which you have worked for SNET from June 2004 through the time of trial, and for each describe in detail your role on such committee or sub-committee.

**ANSWER:**

9. Identify the number of hours you worked each day during your employment with SNET from June 1, 2004 through the time of trial. If your daily hours are not reasonably ascertainable, state the number of hours you worked each week. If you are unable to state the exact number of hours worked, provide a good faith estimate by day or by week. Do not provide an average number of hours worked per day or per week.

**ANSWER:**

10. Identify by date and amount any and all instances in which you allege SNET has made deductions from your pay due to any absences from work by you.

**ANSWER:**

DEFENDANT SOUTHERN NEW
ENGLAND TELEPHONE COMPANY

By: /s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

Leslie A. Dent (PHV 03877)
John F. Wymer, III (PHV 03876)
Erika L. Leonard (PHV 03875)
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E.
Twenty-Fourth Floor
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
lesliedent@paulhastings.com
johnwymer@paulhastings.com
erikaleonard@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

## OPT-IN PLAINTIFF'S CERTIFICATION

I, _____, hereby certify that I have reviewed the above Interrogatories and responses thereto, and that they are true and accurate to the best of my knowledge and belief.

_____

STATE OF CONNECTICUT)
                                ) ss.:
COUNTY OF _____  )

      Personally appeared, _____ before me and subscribed and swore to the foregoing on this _____ day of _____, 2010.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires:_____

7

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via electronic mail and U.S. mail, postage prepaid, to all counsel and *pro se* parties of record on this 2nd day of April, 2010 as follows:

>Steven Wittels
>Sanford Wittels & Heisler, LLP
>1350 Avenue of the Americas, 31st Floor
>New York, NY  10019
>
>Edmond Clark
>83 Scotland Avenue
>Madison, CT  06443-2501

*(signature)*
Erika L. Leonard
*Attorney for Defendant*