# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SHARON L. PERKINS, et al.,       )
)
**Individually and on Behalf of Others**       )
**Similarly Situated,**       )
)
PLAINTIFFS,       )    No: 3:07CV967 (JCH)
)
v.       )
)
SOUTHERN NEW ENGLAND       )
TELEPHONE COMPANY,       )
)
DEFENDANT.       )

## ORDER

The Court having considered the parties' Consent Motion to Extend Briefing Schedule

for Plaintiffs' Motion to Compel Production of Documents, and good cause having been shown:

It is hereby ORDERED that the Consent Motion is GRANTED.  Defendant's response to

Plaintiffs' motion to compel is now due April 30, 2010; Plaintiffs' reply is due May 12, 2010.

Plaintiffs reply in support of their motion for protective order is now due May 12, 2010.


SO ORDERED, this 26th day of _____April_____, 2010.


/s/ Janet C. Hall
_____
Honorable Janet C. Hall
United States District Court
District of Connecticut

LEGAL_US_W # 64495957.2