HONORABLE:_____

DEPUTY CLERK_____ RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes

DATE:_____ START TIME: _____ END TIME:_____

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. _____

_____                        _____

_____                        Plaintiff's Counsel

vs

_____                        _____

_____                        Defendant's Counsel

## **COURTROOM MINUTES- CIVIL**

☐ Motion hearing          ☐ Show Cause Hearing

☐ Evidentiary Hearing     ☐ Judgment Debtor Exam

☐ Miscellaneous Hearing

☐ .....#____Motion_____     ☐ granted ☐ denied ☐ advisement
☐ .....#____Motion_____     ☐ granted ☐ denied ☐ advisement
☐ .....#____Motion_____     ☐ granted ☐ denied ☐ advisement
☐ .....#____Motion_____     ☐ granted ☐ denied ☐ advisement
☐ .....#____Motion_____     ☐ granted ☐ denied ☐ advisement
☐ .....#____Motion_____     ☐ granted ☐ denied ☐ advisement
☐ .....#____Motion_____     ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion_____     ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion_____     ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion_____     ☐ granted ☐ denied ☐ advisement
☐ ....    Oral Motion_____     ☐ granted ☐ denied ☐ advisement
☐ .....    ☐ Briefs(s) due _____ ☐ Proposed Findings due_____ Response due_____
☐ ............ _____     ☐ filed ☐ docketed
☐ ............ _____     ☐ filed ☐ docketed
☐ ............ _____     ☐ filed ☐ docketed
☐ ............ _____     ☐ filed ☐ docketed
☐ ............ _____     ☐ filed ☐ docketed
☐ ............ _____     ☐ filed ☐ docketed
☐ ............ _____Hearing continued until _____ at _____