## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Motion to Compel Production of Documents #33-36 in Plaintiffs' Sixth Request for Documents was served via ECF the 26th day of May, 2010 upon the following counsel of record:

**David J. Vegliante**
Southern New England Telephone Co
310 Orange St., 8th Fl.
New Haven, CT 06510
203-771-8818
Fax: 203-771-6577
Email: dv1793@att.com

**Patrick Shea**
Paul Hastings
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
212-318-6405
Fax: 212-752-2542
Email: patrickshea@paulhastings.com

*Attorneys for Defendant*


\_\_\_/s/ Steven L Wittels_____
          Steven L. Wittels