# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | |
| Individually and on Behalf of Others Similarly Situated, | CIVIL ACTION NO. 3:07CV967 (JCH) |
| PLAINTIFFS, | |
| v. | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | |
| DEFENDANT. | |

## DECLARATION OF JOHN BUXTON

I, John Buxton, do hereby swear and affirm as follows:

1. I am over 21 years of age and fully competent to make this Declaration. I make this Declaration of my own personal knowledge and for any uses allowed by law.

2. I am currently employed by Southern New England Telephone Company ("SNET") as an Area Manager, Core Installation & Maintenance. I served as Director, Construction & Engineering from 2000 to 2007.

3. There has never been an SNET job with the title of "straw boss." "Straw boss" was an informal term used to describe the position titled "Assistant Manager, Construction & Engineering," which was renamed "Construction Supervisor."

4. The "Assistant Manager, Construction & Engineering" and "Construction Supervisor" positions were classified as non-exempt at all times from June 2004 until the position was eliminated in 2008.

5. "Assistant Manager, Construction & Engineering" and "Construction Supervisor" positions regularly performed actual installation, maintenance and construction work alongside the technicians with whom they worked. Such work was not performed by Managers, Construction & Engineering either at the time that the "Assistant Manager, Construction & Engineering" and "Construction Supervisor" positions existed or now.

Pursuant to 28 U.S.C. § 1746, I swear under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of June 2010.

_____
John Buxton