# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | |
| Individually and on Behalf of Others Similarly Situated, | CIVIL ACTION NO. 3:07CV967 (JCH) |
| PLAINTIFFS, | |
| v. | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | |
| DEFENDANT. | |

## DECLARATION OF STEVE GEMMELL

I, Steve Gemmell, do hereby swear and affirm as follows:

1. I am over 21 years of age and fully competent to make this Declaration. I make this Declaration of my own personal knowledge and for any uses allowed by law.

2. I am employed by Southern New England Telephone Company ("SNET") as Acting Director, Core Installation & Maintenance.

3. Since 2008, SNET has employed individuals in the job position referred to as "MSOC Coach." MSOC is the proprietary Management Systems and Operating Controls program developed by AT&T.

4. The MSOC Coach position has always been classified as exempt from overtime.

Pursuant to 28 U.S.C. § 1746, I swear under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of June 2010, in Hamden, Connecticut.

_____
Steve Gemmell

1