# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARON L. PERKINS, et al.,

Individually and on Behalf of Others
Similarly Situated,

PLAINTIFFS,

v.

SOUTHERN NEW ENGLAND
TELEPHONE COMPANY,

DEFENDANT.

CIVIL ACTION NO. 3:07CV967 (JCH)

## DECLARATION OF JOHN ANDRASIK

I John Andrasik do hereby swear and affirm as follows:

1. I am over 21 years of age and fully competent to make this Declaration. I take this Declaration of my own personal knowledge and for any uses allowed by law.

2. I am the Director of Construction and Engineering at Southern New England Telephone Company ("SNET" or "the Company"). My organization also includes wire center and transport Planners, which have the job title "Manager, Outside Plant Planning and Engineering Design." Planners are responsible for monitoring and managing the outside "feeder" network, i.e. the cables and other facilities running from an SNET "central office" (the point from which service generates) to a neighborhood "crossbox" or, sometimes, directly to a customer's premises.

3. Wire center Planners are assigned one or more "wire centers," geographically-defined areas each containing an SNET central office. Planners must monitor their wire centers' existing network capacity and forecast future service needs within their geographic assignments. Transport Planners are responsible for issuing planning packages and monitoring fiber based "sold services," which is similar to the function performed by wire center Planners except it is fiber based.

4. Planners review and analyze historical data, existing usage trends and area growth. They conduct economic analyses to estimate the anticipated cost of new projects and to make decisions regarding technology use, network

integration and expansion. As part of their analyses, Planners identify alternative courses of action and assess the economic impact and feasibility of each.

5. Planners' job responsibilities also require them to study electronic maps and the inventory of SNET's current network; anticipate and analyze potential residential and/or business growth in the area; prepare various cost estimates, sketches and schematics for each project; make decisions with respect to the type and location of new facilities; and analyze the most cost efficient course of action for SNET, including how to deliver service at the best price for the Company.

6. The planners have not supervised field technicians at any time between June 2004 and present, and they play no role in hiring or firing or in recommending personnel decisions for field technicians. The vast majority of planners (15 of 17) do not supervise any SNET employees, or play any role in personnel decisions for SNET employees. There are two planners who currently have 2 and 4 Technical Assistants-ONE, who perform clerical functions for the group, reporting to them, respectively.

Pursuant to 28 U.S.C. § 1746, I swear under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of June, 2010, in NEW HAVEN, Connecticut.

John Andrasik,
Director – Construction & Engineering

STATE OF CONNECTICUT )
                      ) ss:          June 15, 2010
COUNTY OF NEW HAVEN )

Personally appeared John Andrasik and made oath to the truth of the matters contained in the foregoing Declaration before me.

_____
Notary Public

PHILOMENA FRANCO
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2015