# EXHIBIT D

Mutaka, Barry {PERKINS} 5/18/2009 9:00:00 AM

```
 1          UNITED STATES DISTRICT COURT
 2            DISTRICT OF CONNECTICUT
 3
 4     3:07CV967(JCH)
 5     MAY 18, 2009
 6     ------------------------------
 7     SHARON L. PERKINS, MICHAEL J. BLASKO,
       JOSEPH E. KIELY, MICHAEL C. MCDERMOTT,
 8     AND KELLY WERBINSKI
 9             Plaintiff
10         -vs-
11     THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY
12             Defendant
13     ------------------------------
14        Deposition of BARRY MUSTAKA, a Witness, in
15     the hereinbefore-entitled action, taken by the
16     Defendant, pursuant to Notice before Victorine
17     Kaliszewski, a duly qualified Notary Public in and
18     for the State of Connecticut, held at the Law
19     Offices of Littler Mendelson, 265 Church Street, New
20     Haven, Connecticut on May 18, 2009.
21
22     REPORTED BY:  VICTORINE KALISZEWSKI
       LICENSE NUMBER: 00208
23
24
25
```

Mutaka, Barry {PERKINS} 5/18/2009 9:00:00 AM

1    Q   You're the MSOC coach?

2    A   Not anymore.

3    Q   Tell me when you started being an MSOC

4    coach?

5    A   I believe it was September of last year,

6    2008.

7    Q   And how long were you an MSOC coach?

8    A   Until January 2009.

9    Q   During the time that you were an MSOC

10   coach, was your title still network services manager

11   U-verse?

12   A   I don't know. I'm not 100 percent sure.

13   Q   But you were a first level manager, right?

14   A   Yes. It's possible, but I'm not

15   100 percent sure.

16   Q   Did you have any direct reports during

17   that period?

18   A   No.

19   Q   After January of 2009, what position have

20   you held?

21   A   The same, the field manager.

22   Q   Manager network services U-verse?

23   A   Yes.

24   Q   Yes?

25   A   Yes.