# EXHIBIT E

Langner, Curtis  {PERKINS}  9/26/2008  11:00:00 AM

1          UNITED STATES DISTRICT COURT

2          DISTRICT OF CONNECTICUT

3

4          ------------------------------------X

5          SHARON L. PERKINS

6

7          VS        CV NO. 3:07CV967(JCH)

8

9          SOUTHERN NEW ENGLAND TELEPHONE COMPANY

10         ------------------------------------X

11

12              Deposition of Curtis Langner taken in

13         accordance with the Federal Rules of Civil Procedure 30

14         and 34 at the Law Offices of Littler Mendelson, One

15         Century Tower, 265 Church Street, New Haven,

16         Connecticut, Before Holly Murphy, a Licensed Shorthand

17         Reporter and Notary Public, in and for the State of

18         Connecticut at 11:00 AM on September 26, 2008.

19

20

21

22         Holly Murphy, License No. 177

              DEL VECCHIO REPORTING SERVICES

23         PROFESSIONAL SHORTHAND REPORTERS

              117 RANDI DRIVE, MADISON, CT 06443

24         HARTFORD   NEW HAVEN   STAMFORD

              203-245-9583    800-839-6867

25              FAX  203-245-2760

Langner, Curtis {PERKINS} 9/26/2008 11:00:00 AM

1   Q.   So we're going to talk today about your

2   position as consumer manager, quality assurance manager

3   and safety manager.  I'll try to be very clear about

4   which job we're talking about.  If it gets confusing,

5   let me know.

6   A.   Okay.

7   Q.   So talking about your current job as safety

8   manager, who do you report to?

9   A.   Phil Picard.

10   Q.   What are your duties and responsibilities as

11   safety manager?

12   A.   To promote safety and safety inspections and

13   auditing managers for proper documentation and follow

14   through on their safety.

15   Q.   When you say safety inspections, safety

16   inspections of what?

17   A.   Technicians out in the field, make sure

18   they're working safe.

19   Q.   What are the technicians doing?  What kinds

20   of jobs?

21   A.   Splicing, consumer -- actually, I'm sorry.

22   I'm just in charge of the consumer people.  I&M.

23   Installation and maintenance.  I don't get involved

24   with the splicing.

25   Q.   The insulation.  What is being insulated?

Langner, Curtis {PERKINS} 9/26/2008 11:00:00 AM

1    A.   Installation.

2    **Q.   Oh, installation?**

3    A.   And maintenance.

4    **Q.   Installation and maintenance?**

5    A.   Yeah.  That's the people putting in the

6    phones and repairing them.

7    **Q.   Tell me what is involved in the inspection?**

8    **What kind of things do you do?**

9    A.   I observe them working with their work area

10    protection out.  The cones, their signs, hard hats,

11    safety glasses.  I check some of the equipment on the

12    truck and make sure it's up to date and working.

13    **Q.   What is your territory for this?**

14    A.   Connecticut.

15    **Q.   How do you determine where to go?  Do you**

16    **have a schedule for where to go?**

17    A.   At this point, no.  Because I'm new at it.

18    So I'm just going to the different areas of the State

19    under different area managers.

20    **Q.   How many area managers are there?**

21    A.   I think five.

22    **Q.   So you travel all around the State and do the**

23    **safety checks?**

24    A.   Yes.

25    **Q.   When you do an audit, is that different from**

AT&T National Coordinating Cases

Page  27

Langner, Curtis {PERKINS} 9/26/2008 11:00:00 AM

1   **a day-to-day safety check?**

2   A.   Yeah.

3   **Q.   How is that different?**

4   A.   It's looking up data and filling out a form

5   that -- where ever it comes out of, I don't know where

6   it comes from.  And going over it with the supervisor.

7   And it's scored.  There's scoring on it.

8   **Q.   When you say the supervisor, is that**

9   **different from the area manager?**

10   A.   Yeah.  They work for the area manager.

11   **Q.   So there are questions on the audit form?**

12   A.   Uh-huh.

13   **Q.   Regarding safety issues?**

14   A.   Regarding safety issues.  There's a lot of

15   pre-check before I even see the supervisor as far as

16   how thorough the documentation is, if they've had all

17   the safety and whatnot documented.

18   **Q.   So you're checking their paper work to make**

19   **sure they did that properly on the safety part of it**

20   **that you just said?**

21   A.   Looking in the system in their computer and

22   looking at it that way.

23   **Q.   So there's not actual physical paper.  It's**

24   **looking on the computer system?**

25   A.   Looking on the computer, yeah.  That's in

Langner, Curtis {PERKINS} 9/26/2008  11:00:00 AM

1    there.

2       Q.    For the audit, how do you determine what

3    questions to ask or what to focus on?

4       A.    It's given to me from someone up above

5    somewhere.

6       Q.    Is it e-mailed or what's the format in which

7    you receive it?

8       A.    I got it through e-mail, yeah.  I just follow

9    that, 33 questions.

10      Q.    Have you ever come across a situation that

11   couldn't be directly dealt with on the form and you had

12   to either get permission to go outside the form or

13   investigate it further?  Anything like that?

14      A.    Yeah.  Well, I still question a lot of

15   questions on the form because I'm new at this, so.

16      Q.    So who would you call if you needed

17   clarification on some of the questions?

18      A.    My boss.

19      Q.    Who is that?

20      A.    Phil Picard.

21      Q.    Oh, right.  These technicians you're

22   auditing, who are their customers?

23      A.    You mean the supervisors that I'm auditing?

24      Q.    The supervisors, yes.

25      A.    Who are their customers?

Langner, Curtis {PERKINS} 9/26/2008  11:00:00 AM

1    Q.    Yes.  Are they doing residential or

2    commercial or both?

3    A.    They do both.  Anything that had to do with

4    repair and installation.

5    Q.    Do you have any employees who work directly

6    for you as a safety manager?

7    A.    No.

8    Q.    What's the process if you see something

9    that's not in compliance?

10   A.    Well, take the example of someone not wearing

11   a seat belt.  A technician.  The technician has got to

12   call their boss and let them know the safety manager

13   was just out and I wasn't wearing a seat belt.

14   Q.    Do you talk to the tech directly and say,

15   "You're not in compliance in this way."

16        Or how do you do that?

17   A.    I talk to them, let them know, you're not

18   wearing your seat belt.  And it's a life threatening

19   situation.  Call your boss to let him know I'm out here

20   and that I just found you without wearing a seat belt.

21   Q.    Then do you follow up with the tech's

22   supervisor to make sure he made the call?

23   A.    They will call you and just if you have any

24   questions, they follow through.  They discipline them.

25   I don't discipline them.

Langner, Curtis {PERKINS} 9/26/2008 11:00:00 AM

1      Q.     What are some other of the safety issues that

2    you look for on a day-to-day basis?

3      A.    Day-to-day, no cones out.  Truck not chacked.

4    Wheel chack.  C-H-A-C-K.  No signs out.  Expired

5    equipment on the truck that they use to test for

6    electrical.  Any personal equipment they should have

7    on, safety glasses, hard hat, vest, safety boots.

8      Q.     Wheel chacked, what does that mean?

9      A.    That's the thing you put under your wheel

10    when you're on a hill so it doesn't move.

11      Q.     Are any of those safety violations considered

12    more serious than others?

13      A.    Yes.

14      Q.     Which are the more serious ones?

15      A.    Seat belts.  Working up in the air without a

16    hard hat.  Working up in the air without a 188 test

17    set, to test for electrical.  Working up in the air

18    with no safety belt on.

19      Q.     If you came across, you told me the general

20    procedure is you talk to the tech and the tech is

21    required to call his supervisor and then, if I

22    understand you correctly, the supervisor then will call

23    you back to confirm he got the message?

24      A.    Well, you tell them to call.  I haven't had

25    to do this yet.

Langner, Curtis {PERKINS} 9/26/2008 11:00:00 AM

1      A.    Yeah.

2      Q.    **Do you usually check in with the area manager**

3    **to say, "I'm in your area today?"**

4      A.    No.

5      Q.    **Do you try to have an element of surprise?**

6      A.    Uh-huh.

7      Q.    **When do you do the audits that we were**

8    **talking about?**

9      A.    I've been busy doing them all along.  That's

10    been taking a good chunk of my time.  So I do that

11    mostly now.

12     Q.    **Do you determine which area gets audited or**

13    **does someone else determine that?**

14     A.    Well, my boss told me that I've got to pick

15    people with high motor vehicle and occupational rates,

16    like supervisors with high motor vehicle.

17     Q.    **Motor vehicle rates and the other thing?**

18     A.    Occupational.

19     Q.    **Occupation?**

20     A.    Occupational injuries.

21     Q.    **In motor vehicle incidents, like accidents**

22    **and stuff?**

23     A.    Accidents.

24     Q.    **How do you get that information?**

25     A.    Someone sends me a report from somewhere out

Langner, Curtis {PERKINS} 9/26/2008 11:00:00 AM

1    in the Midwest.

2        Q.    So you are given a report and is it broken

3    down by area?

4        A.    Broken down by area manager and by

5    supervisor.  Exactly how many they have.  Right up to

6    date.

7        Q.    So then you go in and you audit them to

8    determine if there are areas where they --

9        A.    They could use improvement.

10       Q.    How is that need for improvement communicated

11   back to the area manager?  So you go through the audit

12   with them, complete the audit questions; right?

13       A.    Yes.

14       Q.    Then what happens to kind of try to help

15   improve their numbers?

16       A.    Well, I explain to the supervisor all the

17   findings.  I go over the whole thing with them because

18   I print it out.  We go over the scoring things.  Points

19   are assigned each question.

20       And I explain what he did good in, what he did

21   bad in, what he needs help in.  When I'm all done I'll

22   send it to him and let him look it over, what I wrote

23   on it.

24       And before I send it to his area manager, in

25   case he sees something in there blaring that's just not

AT&T National Coordinating Cases

Langner, Curtis {PERKINS} 9/26/2008  11:00:00 AM

1    right, and then I could look into it again.  And say,

2    you know what?  You're right, that type of deal.  Once

3    I do that, then I send it on to his area manager for

4    review.  He reviews it.

5       Q.    **The area manager reviews it with the**

6    **supervisor?**

7        A.    Yeah.  He looks at it and then he'll do

8    whatever with his supervisor.

9        Q.    **Do you ever discuss with the supervisor, you**

10   **know, you have a high motor vehicle rate and incident**

11   **rate.  I see that you scored poorly on these kind of**

12   **questions that relate to motor vehicles.  Here are some**

13   **things you could improve upon, and here's what you**

14   **could do to improve?**

15       A.    No.  I don't do that.  I send it to the boss

16   for review.  He goes over it.  I find the information

17   and pull the data and here it is.  Here are the

18   numbers.  Here's what you did and whatever.  Then when

19   it goes to the area manager for review, he'll look it

20   over and he'll have to get involved and discuss

21   whatever.

22       Q.    **How to improve?**

23       A.    Yes.

24       Q.    **So you're kind of spotting the areas where**

25   **there are problems but the area manager talks to the**

1    Q.    Do you know what it is?

2    A.    I might be wrong, but I believe it's $10,000.

3    Q.    Was that the same limit for all of your

4    manager jobs or has that changed?

5    A.    The same, I think.

6    Q.    What kinds of things could you use the credit

7    card for?

8    A.    Well, in the consumer job, if we needed some

9    type of tool or something that wasn't in our catalog

10    maybe or something.  This is very, very seldom.  But

11    this is how we would use it.  To get something at Home

12    Depot or something, we could use it there.

13    Q.    How about for gas?

14    A.    We have our own card for gas.  If the gas

15    card for whatever reason didn't work, obviously, we'd

16    have to use that.

17    Q.    Did the techs, when you were consumer

18    manager, did the techs have credit cards?

19    A.    No.

20    Q.    So in your current job, what percentage --

21    you said you're now doing mostly audits.  How would you

22    break that down?  What percentage of time would you say

23    you're doing audits versus doing day-to-day safety

24    inspections?

25    A.    Three and a half days a week.

Langner, Curtis  {PERKINS} 9/26/2008  11:00:00 AM

1    Q.    Is audits?

2    A.    Uh-huh.

3    Q.    How about when you were consumer manager?

4    What percentage of your time would you say was involved

5    in either preparing documents or reviewing time sheets,

6    that kind of work, quote, unquote, paperwork even if it

7    was done on the computer?

8    A.    Are you talking like e-mail and stuff like

9    that, too?  Looking at e-mail?  What are you talking

10    about?

11    Q.    That's a good question.  Because that's a

12    very general question.  I guess let's break it down.

13    What percentage of time did you spend reviewing

14    time sheets let's say?

15    A.    A half hour.

16    Q.    What kind of e-mail traffic would you get in

17    a day as consumer manager?  What did the consumer

18    manager, what did the e-mails have to do with?

19    A.    A lot had to do with directives coming down,

20    saying this is how we're going to do things from now

21    on.  Do this, do that, sort of directives.

22    Q.    Directives regarding how the actual physical

23    work was to be done or directives regarding something

24    else?

25    A.    Overtime, a host of different things.

Langner, Curtis {PERKINS} 9/26/2008 11:00:00 AM

1    Q.    How frequently is each supervisor going to be

2    audited?  Do you know?

3    A.    I have no idea.  This is all new.  It's a new

4    job, new everything.  So I'm going along and probably

5    won't hit them all for year time.

6    Q.    How many supervisors are involved?

7    A.    I think like 40 something.

8    Q.    The whole point of the audit is to try to

9    increase --

10   A.    Awareness of making sure all of the

11   compliance or their safety stuff is done, all their

12   work safety training for technicians, all the

13   observations for the supervisors are documented when

14   they look out in the field, all that stuff.

15   Q.    Do they ever ask you, like why do we have to

16   do this or can I take a shortcut on this or things like

17   that?

18   A.    No.

19   Q.    So they pretty much understand that these are

20   rules you have to follow?

21   A.    Yeah.  Of course they're not thrilled with

22   it.  Nobody's thrilled with it.

23   Q.    You've only been there since June, but?

24   A.    I hadn't even started doing audits until a

25   month ago, so.