UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al.,<br><br>Individually and on Behalf of Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>DEFENDANT. | CIVIL ACTION NO. 3:07CV967 (JCH) |

### DEFENDANT SNET'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' ORAL MOTION FOR CLARIFICATION OF DEPOSITION PROCEDURE

At the June 21, 2010 hearing, Plaintiffs presented the Court with authority allegedly supporting their position that Defendant is required to provide Plaintiffs with free copies of opt-in deposition transcripts. Plaintiffs' proposition is unsupported by the cases they have cited. Moreover, Defendants would like to call the Court's attention to the following cases, all of which squarely reject Plaintiffs' position regarding this matter and are consistent with Defendant's assertion that it is not required to provide Plaintiffs free copies of opt-in deposition transcripts: *Claiborne v. Battey*, No. CIV S-06-2919 FCD EFB P, 2009 WL 530352, at *3 (E.D. Cal. Mar. 3, 2009) ("The court cannot order defendant to provide plaintiff a copy of the transcript of the his [sic] deposition. Plaintiff must obtain it from the officer before whom the deposition was taken pursuant to Rule 30(f)(3)."); *Jackson v. Swift Transp. Co.*, No. 3:08-0743, 2009 WL 5824127, at *1 (M.D. Tenn. Oct. 29, 2009) ("The undersigned Magistrate Judge is unaware of any legal authority requiring a party who takes a deposition to provide a copy of that deposition to other parties or the witness at its own expense."); *Brown v. Castillo*, No. CV-F-02-6018 AWI DLB P,

2006 WL 1408452, at *1 (E.D. Cal. May 22, 2006) ("This court cannot compel defendant to provide copies of the deposition transcripts to plaintiff."); *Williams v. Butler*, No. S-02-2223 DFL KJM P, 2006 WL 2827369, at *1 (E.D. Cal. Sept. 29, 2006) ("Rule 30(e) does not require defendants to provide plaintiff with a copy of his deposition transcript.").

In accordance with the above decisions, Defendant requests that Plaintiffs' oral motion to compel Defendant to furnish free copies of opt-in deposition transcripts to Plaintiffs be denied.

Dated:  New York, New York
        June 23, 2010

Respectfully submitted,

By:  *s/ Patrick W. Shea*
Patrick W. Shea (CT07071)
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

Leslie A. Dent (PHV 03877)
John F. Wymer, III (PHV 03876)
Erika L. Leonard (PHV 03875)
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
lesliedent@paulhastings.com
johnwymer@paulhastings.com
erikaleonard@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | |
| **Individually and on Behalf of Others Similarly Situated,** | **CIVIL ACTION NO. 3:07CV967 (JCH)** |
| **PLAINTIFFS,** | |
| v. | |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | |
| **DEFENDANT.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2010, a copy of foregoing DEFENDANT SNET'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' ORAL MOTION FOR CLARIFICATION OF DEPOSITION PROCEDURE was filed electronically and served by U.S. mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                     *s/ Patrick W. Shea*
                                                   Patrick W. Shea (CT07071)
                                                   Paul, Hastings, Janofsky & Walker LLP
                                                   75 East 55th Street
                                                   New York, NY 10022
                                                   Telephone: (212) 318-6000
                                                   Facsimile: (212) 319-4090
                                                   patrickshea@paulhastings.com

                                                   *Attorney for Defendant SNET*