UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON L. PERKINS, et al., | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 3:07-cv-967 (JCH) |
| | : | |
|     v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND TELEPHONE CO., | : | JUNE 23, 2010 |
| | : | |
|     Defendant. | : | |

### ORDER RE: ORAL MOTION FOR CLARIFICATION OF DEPOSITION PROCEDURE (DOC. NO. 275)

Defendant's Oral Motion for Clarification of Deposition Procedure (Doc. No. 275) is granted in that the court rules as follows: Under the Local Rules for this district, "[e]ach party shall bear the expense of his or her own copy of the recording of the deposition testimony." D. Conn. Civ. R. 30(c). Thus, if a witness is a party, the witness/party bears the expense of obtaining a copy. A non-party deponent is not entitled to a copy (unless s/he pays for it). As to reviewing and signing, the witness or party may review the original as the stenographer provides, or s/he may order and pay for a copy for him/herself and review his/her copy.

**SO ORDERED**.

Dated this 23rd day of June, 2010, at Bridgeport, Connecticut.

                                                /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Judge