UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, MICHAEL J. BLASKO, JOSEPH E. KIELY, MICHAEL C. MCDERMOTT, AND KELLY WERBINSKI, <br><br> *Plaintiff,* <br><br> v. <br><br> THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY <br><br> *Defendant.* | Civil Action No.: 3:07-cv-967(JCH) <br><br><br><br><br><br><br><br><br><br><br><br><br> September 14, 2010 |

**NOTICE OF FILING**
**OF**
**<u>REVOCATION OF CONSENT TO JOIN FORM</u>**

A Revocation of Consent to Join Form for the following individual is attached hereto.

<u>Exhibit A</u>

1. John T. Tait, Jr.

Respectfully submitted on this the 14th day of September 2010.

                              CLASS REPRESENTATIVES AND PLAINTIFFS,

                              By:_____/s/_____

                              Jeremy Heisler (JH-0145)
                              SANFORD WITTELS & HEISLER, LLP
                              1350 Avenue of the Americas, 31st Floor,
                              New York, NY 10019
                              Telephone: (646) 723-2947
                              Fax: (646) 723-2948
                              E-mail: jheisler@nydclaw.com

                              Edmond Clark (ct 22396)
                              LAW OFFICE OF EDMOND CLARK
                              83 Scotland Avenue
                              Madison, CT 06443
                              Telephone: (203) 245-4602
                              Fax: (203) 245-9734
                              E-mail: eclarkmadisonlaw@aol.com

                              *Attorneys for for Plaintiffs Sharon L.*
                              *Perkins, Michael J. Blasko, Joseph E. Kiely,*
                              *Michael C. McDermott, Kelly Werbsinki, the Opt-In*
                              *Collective Action Plaintiffs, and the Class*

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, MICHAEL J. BLASKO, JOSEPH E. KIELY, MICHAEL C. McDERMOTT and KELLY C. WERBINSKI, <br><br> *Plaintiffs* <br><br> v. <br><br> SOUTHERN NEW ENGLAND TELEPHONE COMPANY, <br><br> *Defendant.* | 3:07CV967 (JCH) <br><br> REVOCATION OF CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF <br><br> UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b) |

I, John T. Tait, Jr., hereby revoke my consent to join the above-captioned litigation, which was previously filed with this court on December 23, 2009.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 13, 2010

John T. Tait, Jr.