UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SHARON L. PERKINS, et al.** | : | |
| | : | **Notice of Emergency Motion** |
| | : | Case No.: |
| *Plaintiffs* | : | 3:07CV967 (JCH) |
| | : | |
| *v.* | : | |
| | : | |
| | : | |
| **SOUTHERN NEW ENGLAND** | : | |
| **TELEPHONE COMPANY** | : | |
| | : | |
| *Defendant,* | : | |

To:  Patrick W. Shea
     Paul, Hastings, Janofsky & Walker LLP
     Park Avenue Tower
     75 E. 55th Street
     New York, NY 10022

Please take notice that Plaintiffs request an immediate in-court hearing, as soon as counsel may be heard, at which Plaintiffs will move before the Honorable Judge Janet C. Hall, United States District Court for the District of Connecticut, to strike the expert report of Dr. Kathleen K. Lundquist and prevent it from being submitted as part of Defendant SNET's summary judgment materials as well as to preclude Ms. Lundquist or her colleagues from testifying at trial.

The reasons for the motion are as follows and will be further articulated in a memorandum of law and accompanying Declaration to be filed with the Court:

At the hearing on April 5, 2010, defense counsel Patrick W. Shea represented to the Court that Defendant SNET did not intend to use an expert on liability.  Mr. Shea stated that the

liability phase of the case would properly focus on the in-court testimony of the class members describing their duties as well as other fact evidence.

After this hearing, Mr. Shea repeatedly told Plaintiffs' counsel that SNET would not use an expert on liability. Plaintiffs relied on these representations in not producing their own expert liability report.

Now, on December 3, 2010, SNET has introduced an expert liability report from Kathleen Lundquist, an industrial psychologist, which reaches ultimate legal conclusions on the administrative and executive exemptions. The primary opinions advanced by the report are: (1) "A SNET Level One Manager's primary duty is management" (administrative and executive exemptions); (2) "SNET Level One Managers regularly direct the work of Technicians or other employees" (executive exemption); (3) "Level One Managers exercise a key role in making or influencing personnel decisions related to Technicians and other employees" (executive exemption); and (4) "Level One Managers exercise discretion in the performance of their job" (administrative exemption).

After receiving Dr. Lundquist's report Plaintiffs attempted in good faith to resolve this matter with SNET, asking that the report be withdrawn. Defendant refused, engaging in a hair-splitting exercise. Counsel actually stated that because Ms. Lundquist had not gone one step further and declared the Level One class members "exempt" (a mere formality after her legal conclusions on each of the elements of the exemption), the company had not violated its agreement not to use a liability expert. The Court should reject this ludicrous position.

As further explained in the accompanying memorandum and declaration, Ms. Lundquist's report is infirm for several reasons. First, the introduction of the report violates Defendants' representations to Plaintiffs and to this Court -- upon which Plaintiffs relied -- and is unfair and

unduly prejudicial to the administration of justice.  Second, Ms. Lundquist improperly reaches ultimate legal conclusions on the exemptions at issue in this case; it should remain the province of the jury to weigh the evidence on the class members' duties and to apply the law to the facts as to whether the company has met its burden of proving they are exempt.  Finally, on the substance, Ms. Lundquist's methodology is flawed in numerous respects and her analysis is inappropriately biased in favor of the company and lacks probative value.

Dated: December 8, 2010

                                          By:   /s/ Steven L. Wittels

                                                    Steven L. Wittels
                                                    **SANFORD, WITTELS, AND HEISLER, LLP**
                                                    1350 Ave of the Americas, 31st Fl.
                                                    New York, NY 10019
                                                    Telephone:  (646) 723-2947
                                                    Facsimile: (646) 723-2948
                                                    Email: swittels@swhlegal.com
                                                    *Lead Counsel for Plaintiffs and the Class*