**From:** Shea, Patrick W. [patrickshea@paulhastings.com]
**Sent:** Tuesday, December 07, 2010 9:57 AM
**To:** Zachary Waisman
**Cc:** Leonard, Erika L.; Dent, Leslie; Steven Wittels; Jeremy Heisler; Janette Wipper; Andrew Melzer; Deepika Bains; Sean Garcia; Ben Wiener; Eclarkmadisonlaw@aol.com

**Subject:** RE: Perkins, et al. v. SNET (3:07-cv-967-JCH)

Steve,

I have your letter of December 6, 2010. We will not withdraw Dr. Lundquist's report. We agreed that neither side would call an expert to offer an opinion on whether the positions at issue in this litigation are exempt or not under the FLSA or Connecticut law. As we discussed, and as I stated to Judge Hall, that is a legal determination, and expert testimony is not taken on issues of law.

Dr. Lundquist's report does not run afoul of either our agreement or my statement to Judge Hall. At no point in her report does Dr. Lundquist offer any opinion as to whether the positions she studied are exempt or not. Instead, she uses well accepted job analysis techniques to identify the relevant content of the jobs in question. You state that her report is otherwise defective, but provide no basis for that assertion, and thus no reason to withdraw the report.

Finally, you suggest that I have gone back on my word. I have not. Our agreement was clear that we would not call an expert to offer a legal opinion on whether the positions at issue were exempt, and I have not done so.

Pat

**From:** Zachary Waisman [mailto:zwaisman@swhlegal.com]
**Sent:** Monday, December 06, 2010 4:51 PM
**To:** Shea, Patrick W.
**Cc:** Leonard, Erika L.; Dent, Leslie; Steven Wittels; Jeremy Heisler; Janette Wipper; Andrew Melzer; Deepika Bains; Sean Garcia; Ben Wiener; Eclarkmadisonlaw@aol.com
**Subject:** Perkins, et al. v. SNET (3:07-cv-967-JCH)

**From:** Zachary Waisman [mailto:zwaisman@swhlegal.com]
**Sent:** Monday, December 06, 2010 4:51 PM
**To:** Shea, Patrick W.
**Cc:** Leonard, Erika L.; Dent, Leslie; Steven Wittels; Jeremy Heisler; Janette Wipper; Andrew Melzer; Deepika Bains; Sean Garcia; Ben Wiener; Eclarkmadisonlaw@aol.com
**Subject:** Perkins, et al. v. SNET (3:07-cv-967-JCH)

Dear Counsel:

Attached please find a letter from Steven L. Wittels.

Regards,
*Zachary B. Waisman*
*Legal Assistant | Sanford Wittels & Heisler, LLP*
*1350 Avenue of the Americas, 31st Floor*
*New York, NY 10019*
*zwaisman@swhlegal.com*
*ph: (646) 723-2947 | fax: (646) 723-2948*

12/7/2010

CONFIDENTIAL INFORMATION: This message and any information contained herein or attached hereto is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  Thank you.

************************************************************
IRS Circular 230 Disclosure:    As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
************************************************************

This message is sent by a law firm and may contain
information that is privileged or confidential.  If you
received this transmission in error, please notify the
sender by reply e-mail and delete the message and any
attachments.

For additional information, please visit our website at
www.paulhastings.com.