**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
(646) 723-2947
Fax: (646) 723-2948
E-Mail: swittels@swhlegal.com
www.swhlegal.com

| | | |
|---|---|---|
| 555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>(415) 391-6900<br>Fax: (415) 421-4784 | 1666 Connecticut Avenue<br>Suite 310<br>Washington, D.C. 20009<br>Direct Dial: (202) 742-7780<br>Fax: (202) 742-7776 | 440 West Street<br>Fort Lee, NJ 07024<br>(201) 585-5288<br>Fax: (201) 585-5233 |

December 6, 2010

**VIA E-MAIL & U.S. MAIL**
Patrick Shea, Esq.
Paul Hastings
Park Avenue Tower
75 E. 55th Street, First Floor
New York, New York 10022
patrickshea@paulhastings.com

      Re:    Perkins, et al. v. SNET

Dear Pat,

Please withdraw the expert report of Dr. Kathleen K. Lundquist that SNET served us with on Friday, December 3, 2010.

The report is defective on a number of grounds. First, Dr. Lundquist draws ultimate legal conclusions, specifically, that (a) SNET's Level One Managers' primary duty is management, and (b) the Level Ones exercise discretion in the performance of their jobs. Both of these conclusions should be made by a judge, not a hired expert. Additionally, Lundquist's methodology is fundamentally flawed and doesn't come close to satisfying *Daubert/Kumho* standards.

Finally, Dr. Lundquist's report violates our agreement that the parties would <u>not</u> call experts on liability issues. The report also contradicts your representation to the Court that a liability expert is inappropriate in a wage and hour case like ours.

Until Friday, I believed your word was good. Apparently, it is not. My trust in you can still be restored, but only if you withdraw the Lundquist report.

Please respond to this letter by 12:00 p.m. tomorrow stating whether you will withdraw the Lundquist report. If we don't hear from you, we will have no choice but to make a motion to strike.

Very Truly Yours,

/s/

Steven L. Wittels

cc:
Erika Leonard, Esq. (via e-mail)
Leslie Dent, Esq. (via e-mail)