UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al.     )<br>  *Plaintiffs*                           )<br>                                             )<br>v.                                        )<br>                                             )<br>SOUTHERN NEW ENGLAND )<br>TELEPHONE COMPANY,      )<br>                                             )<br>  *Defendant.*                         )<br>                                             )<br>                                             ) | 3:07-cv-967 (JCH)<br><br>[Proposed] First Amended<br>Scheduling Order |

IT IS HEREBY ORDERED that the Scheduling Order dated April 6, 2010 is amended as follows:

**Plaintiffs' Expedited Motion to Strike Kathleen Lundquist's Expert Report**

Plaintiffs' Motion to Strike Defendant's liability expert report of Dr. Kathleen Lundquist shall be briefed under the following schedule:

1. Defendant's Opposition to Plaintiffs' Motion to Strike shall be filed and served by December 15, 2010;

2. Plaintiffs' Reply in Support of their Motion to Strike shall be filed and served by December 16, 2010.

~~**Dispositive Motions**~~

~~Any dispositive motions shall be filed no later than January 15, 2011, or 15 days after the Court decides Plaintiffs' Motion to Strike Dr. Lundquist's expert report, whichever is later.~~

1

**Discovery Related to Expert Witnesses**

If the Court denies Plaintiffs' Motion to Strike defense expert Dr. Lundquist's report, Plaintiffs may serve their own affirmative liability expert report or a rebuttal report within 20 days after the Court decides the Motion to Strike. Otherwise, all expert discovery on the parties' disclosed damages experts shall be completed by December 31, 2010.

**Discovery Deadline**

The prior December 31, 2010 discovery cut-off shall remain in effect except as to discovery related to liability experts set forth above.

**Other Deadlines**

All other deadlines in the Scheduling Order dated April 6, 2010 remain in effect.


SO ORDERED: _Janet C. Hall_          Dated: 12/13/2010
            Janet C. Hall