UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., **Individually and on Behalf of Others Similarly Situated,** PLAINTIFFS, v. SOUTHERN NEW ENGLAND TELEPHONE COMPANY, DEFENDANT. | CIVIL ACTION NO. 3:07CV967 (JCH) |

## DECLARATION OF ERIKA LEONARD

I, Erika Leonard, declare:

1. I am one of the attorneys representing the Defendant in the captioned matter.

2. Attached as Exhibit A is a true and correct copy of e-mail correspondence between defense counsel and Plaintiffs' counsel regarding the Rule 23 class and the attached Rule 23 class list provided to defense counsel by Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 15, 2010

Respectfully submitted,

By: _____
Erika L. Leonard (PHV 03875)
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
erikaleonard@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

# EXHIBIT A

| | |
|---|---|
| **From:** | Andrew Melzer [amelzer@nydclaw.com] |
| **Sent:** | Monday, April 26, 2010 7:57 PM |
| **To:** | Shea, Patrick W.; Steven Wittels; Sean Garcia; Deepika Bains; Eclarkmadisonlaw@aol.com |
| **Cc:** | Dent, Leslie; Bentley, Stacey A.; Leonard, Erika L.; Max Richards; Janette Wipper |
| **Subject:** | RE: Deposition Designations |
| **Attachments:** | Rule 23 L1s -- 42 total.xls; Opt Ins not in class definition-- 8 total.xls |

Pat et al.

Here are the final lists of the 8 FLSA opt-ins excluded under the class definition and the additional Rule 23 class members



*Andrew Melzer*
*Associate | Sanford Wittels & Heisler, LLP*
*1350 Avenue of the Americas, 31st Floor*
*New York, NY 10019*
*amelzer@swhlegal.com*
*ph: (646) 723-2947 | fax: (646) 723-2948*

CONFIDENTIAL INFORMATION: This message and any information contained herein or attached hereto is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Thank you.

*Andrew Melzer*
*Associate | Sanford Wittels & Heisler, LLP*
*1350 Avenue of the Americas, 31st Floor*
*New York, NY 10019*
*amelzer@swhlegal.com*
*ph: (646) 723-2947 | fax: (646) 723-2948*

CONFIDENTIAL INFORMATION: This message and any information contained herein or attached hereto is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Thank you.

**From:** Shea, Patrick W. [mailto:patrickshea@paulhastings.com]
**Sent:** Sunday, April 25, 2010 12:23 PM
**To:** Steven Wittels; Andrew Melzer; Sean Garcia; Deepika Bains; Eclarkmadisonlaw@aol.com
**Cc:** Dent, Leslie; Bentley, Stacey A.; Leonard, Erika L.
**Subject:** Deposition Designations

Steve,

This will confirm the agreement that we made on Friday. Plaintiffs will provide us no later than Monday morning with the final class lists for the both the opt in and Rule 23 classes and with a list of dates that counsel are available to conduct depositions. Defendant will have until April 27, 2010 to designate its first 14 deponents.

Pat

---

Patrick W. Shea, Partner | Paul, Hastings, Janofsky & Walker LLP | 75 East 55th Street, New York, NY 10022 | direct: 212 318 6405 | main: 212 318-6000 | direct fax: 212 752 2542 | patrickshea@paulhastings.com | www.paulhastings.com

*Paul Hastings is committed to sustainable practices. Reducing printed waste saves resources.*

***********************************************************
IRS Circular 230 Disclosure:   As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
***********************************************************

This message is sent by a law firm and may contain
information that is privileged or confidential.  If you
received this transmission in error, please notify the
sender by reply e-mail and delete the message and any
attachments.

For additional information, please visit our website at
www.paulhastings.com.

| FIRST | LAST |
|---|---|
| MERIBETH | BAKOS |
| KARI | BALICKI |
| ROBERT | BLACKWELL |
| ROBERT | BRITT |
| TIMOTHY | BUNCE |
| PASQUALE | COFRANCESCO |
| WILLIAM | COLELLO |
| VINCENT | CUPO |
| WILLIAM | DRISCOLL |
| MARTIN | EICHELMAN |
| MICHAEL | FRISBY |
| JASON | GALASSO |
| DAVID | GOODFELLOW |
| KENNETH | GUMBULEVICH |
| GARY | HARRIS |
| HYSNI | HAXHI |
| CRAIG | HILLBORN |
| DAVID | HYDE |
| JAMES | KAMINSKI |
| MARK | KENNEY |
| RAYMOND | LENTOCHA |
| ALAN | LEWANDOSKY |
| CHRISTOPHER | LONGO |
| JANICE | LYNN |
| MARK | LYNN |
| STEVEN | MALINOSKI |
| PATRICK | MATTO |
| THOMAS | MCDONALD |
| ANTONIO | MOLINA |
| JAMES | MOSES |
| KATHLEEN | PEPIN |
| ROBERT | PETRIZZI |
| JAMES | PICKETT |
| KEVIN | ROCHE |
| PHILLIP | SIMMONS |
| WILLIAM | SPUSTA |
| WILLIAM | ST ONGE |
| JAMES | STEWART |
| STEPHEN | STRYCHARZ |
| CHRISTOPHER | SZYPULSKI |
| DAVID | TURNER |
| LOURDES | USCILLA |