# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | ) ) ) |
| **Individually and on Behalf of Others Similarly Situated,** | ) No: 3:07CV967 (JCH) ) ) |
| **PLAINTIFFS,** | ) ) ) |
| **v.** | ) ) |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | ) ) ) ) |
| **DEFENDANT.** | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2010, copies of the following documents were filed electronically and served by mail on anyone unable to accept electronic filing:

1. Plaintiffs' Reply Memorandum of Law in Support of Emergency Motion to Strike the Expert Liability Report of Kathleen Lundquist;

2. Declaration of Steven L. Wittels, Esq.; and

3. Declaration of Andrew Melzer, Esq. with attached exhibits.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    /s/ Steven L. Wittels  
Steven L. Wittels  
**SANFORD WITTELS & HEISLER, LLP**  
1350 Avenue of the Americas, 31st Floor  
New York, NY 10019

             Telephone:  (646) 723-2947
             Facsimile: (646) 723-2948
             Email: <u>swittels@swhlegal.com</u>
             *Lead Counsel for Plaintiff Sharon L. Perkins*
             *and the Opt-In Collective Action Plaintiffs*