UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., **Individually and on Behalf of Others Similarly Situated,**           **PLAINTIFFS,** v. **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,**           **DEFENDANT.** | **CIVIL ACTION NO. 3:07CV967 (JCH)** January 13, 2011 |

### DEFENDANT SNET'S MOTION TO PERMIT *EX PARTE* CONTACT OR, IN THE ALTERNATIVE, COMPEL DEPOSITION OF JOHN TAIT

COMES NOW Defendant Southern New England Telephone Company, by and through its counsel, pursuant to Federal Rules of Civil Procedure 26 and 30, and requests an order from the Court permitting Defendant to interview John Tait *ex parte*, or in the alternative, to permit the previously-noticed deposition of Tait to go forward. Tait is a current Rule 23 class member, who Plaintiffs' counsel have represented will be opting out of the Rule 23 class, and who has already withdrawn his consent to join the Fair Labor Standards Act class in this matter. Plaintiffs have provided no basis for their demand that Defendant have no contact with Tait. As set forth more fully in the accompanying Memorandum in Support, Defendant is entitled to interview Tait, a management-level employee of Defendant with evidence relevant to the claims and defenses in this case.

WHEREFORE, Defendant respectfully requests an Order that Defendant may interview Tait *ex parte*, or in the alternative, depose Tait in the presence of Plaintiffs' counsel.

Dated: New York, New York
       January 13, 2011

Respectfully submitted,

By: /s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

Leslie A. Dent (PHV 03877)
John F. Wymer, III (PHV 03876)
Erika L. Leonard (PHV 03875)
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
lesliedent@paulhastings.com
johnwymer@paulhastings.com
erikaleonard@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY