UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | |
| **Individually and on Behalf of Others Similarly Situated,** | **CIVIL ACTION NO. 3:07CV967 (JCH)** |
| **PLAINTIFFS,** | |
| v. | |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | January 18, 2011 |
| **DEFENDANT.** | |

## DEFENDANT SOUTHERN NEW ENGLAND TELEPHONE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Defendant Southern New England Telephone Company ("SNET" or "Defendant"), and files this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, on the grounds that no genuine issues of material fact exist regarding the Second Claim for Relief under Connecticut state law alleged by Plaintiffs Sharon L. Perkins, Michael Blasko, Joseph E. Kiely, Michael C. McDermott and Kelly Werbinski, on behalf of themselves and the other class members (collectively, "Plaintiffs") in their Second Amended Complaint [Doc. 118] and that Defendant is entitled to judgment thereon, as set forth fully in Defendant's Memorandum of Law in Support of this Motion and Defendant's Local Rule 56(a)(1) Statement of Facts.  Accordingly, Defendant respectfully requests that the Court grant Defendant's motion for partial summary judgment.

2

Dated: New York, New York　　　　　　Respectfully submitted,
　　　　　January 18, 2011

　　　　　　　　　　　　　　　　　By:　/s/ Patrick W. Shea
　　　　　　　　　　　　　　　　　　　Patrick W. Shea (CT07071)
　　　　　　　　　　　　　　　　　　　Paul, Hastings, Janofsky & Walker LLP
　　　　　　　　　　　　　　　　　　　75 East 55th Street
　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　Telephone: (212) 318-6000
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 319-4090
　　　　　　　　　　　　　　　　　　　patrickshea@paulhastings.com

　　　　　　　　　　　　　　　　　　　Leslie A. Dent (PHV 03877)
　　　　　　　　　　　　　　　　　　　John F. Wymer, III (PHV 03876)
　　　　　　　　　　　　　　　　　　　Erika L. Leonard (PHV 03875)
　　　　　　　　　　　　　　　　　　　Paul, Hastings, Janofsky & Walker LLP
　　　　　　　　　　　　　　　　　　　600 Peachtree Street, N.E., Suite 2400
　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30308
　　　　　　　　　　　　　　　　　　　Telephone: (404) 815-2400
　　　　　　　　　　　　　　　　　　　Facsimile: (404) 815-2424
　　　　　　　　　　　　　　　　　　　lesliedent@paulhastings.com
　　　　　　　　　　　　　　　　　　　johnwymer@paulhastings.com
　　　　　　　　　　　　　　　　　　　erikaleonard@paulhastings.com

　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　SOUTHERN NEW ENGLAND
　　　　　　　　　　　　　　　　　　　TELEPHONE COMPANY

LEGAL_US_W # 66966841.1