UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al.,<br><br>Individually and on Behalf of Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>DEFENDANT. | No: 3:07CV967 (JCH) |

**PLAINTIFFS' MOTION TO FILE A SEALED RESPONSE TO DEFENDANT SNET'S MOTION REGARDING JOHN TAIT**

Pursuant to Local Rule of Civil Procedure 5(e), Plaintiffs Sharon L. Perkins, et al., through their undersigned counsel, of Sanford Wittels & Heisler, LLP and the Law Office of Edmond Clark, hereby respectfully move to submit their response to Defendant SNET's January 13, 2011 Motion to Permit Ex Parte Contact or, in the Alternative, Compel Deposition of John Tait to this Court under seal.

As is set forth more fully in the accompanying Memorandum of Law in Support of Plaintiffs' Motion to File Sealed Response to Defendant SNET's Motion Regarding John Tait; and in Opposition to Defendant's Motion, Plaintiffs' response to Defendant's motion necessarily must relate to privileged information divulged by John Tait. Plaintiffs, therefore, respectfully request that this Court allow Plaintiffs to file the memorandum and accompanying declaration under seal.

Dated: February 3, 2011

  /S/ Jeremy Heisler_____
Jeremy Heisler (JH-0145)
**SANFORD WITTELS, & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
jheisler@swhlegal.com

___/S/ Edmond Clark____
Edmond Clark
Law Office of Edmond Clark
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2011, a true and correct copy of Plaintiffs' Motion to File a Sealed Response to Defendant SNET's Motion Regarding John Tait was filed electronically and by hand.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

      /S/ Jeremy Heisler
Jeremy Heisler (JH-0145)
**SANFORD WITTELS, & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
jheisler@swhlegal.com


    /S/ Edmond Clark
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for the Plaintiffs and the Class*