UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | ) ) ) |
| Individually and on Behalf of Others Similarly Situated, | ) No: 3:07CV967 (JCH) ) ) |
| PLAINTIFFS, | ) ) ) |
| v. | ) ) ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) ) ) |
| DEFENDANT. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2011, copies of the following documents were filed electronically:

1. Plaintiffs' Memorandum of Law in Opposition to Defendant SNET's Motion for Partial Summary Judgment;

2. Plaintiffs' Local Rule 56(a)(2) Statement;

3. Declaration of Jeremy Heisler, Esq. with attached exhibits;

4. Declaration of Deepika Bains, Esq. with attached exhibits.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Jeremy Heisler
Jeremy Heisler

                                          **SANFORD WITTELS & HEISLER, LLP**
                                          1350 Avenue of the Americas, 31st Floor
                                          New York, NY 10019
                                          Telephone: (646) 723-2947
                                          Facsimile: (646) 723-2948
                                          Email: swittels@swhlegal.com
                                          *Lead Counsel for Plaintiff Sharon L. Perkins*
                                          *and the Opt-In Collective Action Plaintiffs*