**SANFORD WITTELS & HEISLER, LLP**
**1350 Avenue of the Americas, 31st Floor**
**New York, NY 10019**
**(646) 723-2947**
**Fax: (646) 723-2948**
**E-Mail: jheisler@swhlegal.com**
**www.swhlegal.com**

| | | |
|---|---|---|
| 555 Montgomery Street, Suite 820 | 1666 Connecticut Avenue | 440 West Street |
| San Francisco, CA 94111 | Suite 310 | Fort Lee, NJ 07024 |
| (415) 391-6900 | Washington, D.C. 20009 | (201) 585-5288 |
| Fax: (415) 421-4784 | Direct Dial: (202) 742-7780 | Fax: (201) 585-5233 |
| | Fax: (202) 742-7776 | |

March 11, 2011

<u>VIA ECF</u>
The Honorable Janet C. Hall
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard – Suite 917
Bridgeport, Connecticut 06604

  Re: <u>Perkins, et al. v. Southern New England Telephone Company</u>
     <u>Case No.: 3:07CV967 (JCH)</u>

Dear Judge Hall,

At the Court's request, Plaintiffs write to inform you of their consent to the appointment of Parajudicial Officer Hawkins as a Special Master to make advisory opinions to the Court.

       Very truly yours,

       /s/

       Jeremy Heisler