# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

1(212) 318-6405
patrickshea@paulhastings.com

March 14, 2011                                                                 36516.00176

The Honorable Judge Janet C. Hall
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - Suite 417
Bridgeport, Connecticut 06604

Re:     *Perkins v. Southern New England Telephone Company*
        Case No.: 3:07CV967(JCH)

Dear Judge Hall:

Defendant Southern New England Telephone Company consents to the appointment of
James Hawkins as Special Master in this case to provide the Court with advisory reports in
this matter. Defendant respectfully requests that the Order appointing Mr. Hawkins as
Special Master specify that his reports and recommendations shall be reviewed de novo by
the Court in accordance with Federal Rule of Civil Procedure 53.

Sincerely,

Patrick W. Shea
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

LEGAL_US_W # 67456847.1