UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | ) )  ) |
| **Individually and on Behalf of Others Similarly Situated,** | ) No: 3:07CV967 (JCH) ) ) |
| **PLAINTIFFS,** | ) PLAINTIFFS' ) MOTION TO PRECLUDE SNET ) FROM USING |
| **v.** | ) ALL DOCUMENTS THAT IT ) UNTIMELY PRODUCED ON ) MAY 12, 2011 |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | ) ) ) |
| **DEFENDANT.** | ) ) ) |

To:  Patrick Shea
     Paul Hastings
     Park Avenue Tower
     75 E. 55th Street
     First Floor
     New York, NY 10022
     Counsel for Defendant SNET

   Please take notice that as soon as counsel may be heard, Plaintiffs and the Class will move before the Honorable Judge Janet C. Hall, United States District Court for the District of Connecticut, for an order precluding Defendant Southern New England Telephone Company ("Defendant" or "SNET") from using any of the 500+ pages of surprise and prejudicial documents that it belatedly produced on May 12, 2011, nearly five months after the discovery cutoff and just fourteen days before the parties are scheduled to select witnesses for trial.  SNET has refused to specify which of the 500+ documents are new, although Plaintiffs have identified various previously unproduced emails and other documents in the accompanying Declaration of Steven Wittels ("Wittels Declaration").

To remedy Defendant's violation of this Court's Scheduling Order, Federal Rule of Civil Procedures 37 and Local Rule 37, Plaintiffs respectfully request that this Court (1) preclude Defendant from using any of the wrongfully withheld and untimely produced documents in any way in this litigation, including at deposition or trial; and (2) grant such other relief that the Court deems proper.  Plaintiffs' counsel has repeatedly conferred unsuccessfully with defense counsel and Parajudicial Officer Hawkins in an effort to avoid this motion.

Respectfully submitted,

Dated: May 23, 2011
/s/ Steven L. Wittels
Steven Wittels, (SLW-8110)
Jeremy Heisler, (JH-0145)
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

David W. Sanford
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*