UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON L. PERKINS, ET AL., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:07-cv-967 (JCH) |
| | : | |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | MAY 24, 2011 |
| TELEPHONE CO., | : | |
| Defendant. | : | |

## ORDER RE: MOTION TO PRECLUDE (DOC. NO. 355)

The court hereby orders the parties to reschedule the depositions of John Tait and Greg Albert to a date no later than June 7, 2011, according to the same time limits the parties had originally agreed to when the depositions were originally scheduled to take place on Friday, May 20. Defendants are permitted to use the documents discussed in plaintiffs' Motion to Preclude at the depositions. However, the court reserves judgment as to what, if any, effect the court's resolution of plaintiffs' Motion will have on the admissibility of the portions of the depositions that involve the use of these documents. The court also reserves judgment on whether defendant may utilize any of these documents at trial.

The court will consider plaintiffs' Motion to Preclude in due course, once it has been joined. The court will expect briefing to take place in accordance with the Local Rules, with no extensions. To that extent, Docket Number 354 is modified.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 24th day of May, 2011.

        /s/ Janet C. Hall
        Janet C. Hall
        United States District Judge