UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON L. PERKINS, ET AL., | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:07-cv-967 (JCH) |
| | : | |
|    v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | JUNE 22, 2011 |
| TELEPHONE CO., | : | |
|    Defendant. | : | |

**RULING RE: BIFURCATION AND ORDER OF PROOF**

The parties have briefed the issues of bifurcation of liability and damages. At this time, the court declines to bifurcate. After submission of the Joint Pretrial Memorandum, the court will entertain consideration of bifurcation in light of the outline of evidence in the Pretrial Memorandum. At this time, however, the court is unpersuaded that bifurcation would advance the interests of justice.

The parties have also briefed the issue of who should go first in the order of proof. The court declines to deviate from normal order of proof (plaintiff first, defendant second). While the defendant "admits" liability, see Doc. No 334 at 2 ("the elements of Plaintiffs' *prima facie* case are generally undisputed"), this admission is less than fulsome. Defendant still intends to contest issues that would be part of plaintiffs' proof. Further, plaintiff has the burden on wilfulness. The court finds defendant's case citations either factually distinguishable, or merely unpersuasive. Therefore, plaintiffs will proceed first at trial.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 22nd day of June, 2011.


    /s/ Janet C. Hall
Janet C. Hall
United States District Judge