# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **SHARON L. PERKINS, et al.,** | ) |
|  | ) |
|  | ) |
| **Individually and on Behalf of Others** | )   **No: 3:07CV967 (JCH)** |
| **Similarly Situated,** | ) |
|  | ) |
| **PLAINTIFFS,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **SOUTHERN NEW ENGLAND** | ) |
| **TELEPHONE COMPANY,** | ) |
|  | ) |
| **DEFENDANT.** | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2011 a copy of the foregoing Reply Regarding

Plaintiffs' Motion to Preclude SNET from Using All Documents that it Untimely

Produced on May 12, 2011 was filed electronically and served by mail on anyone unable

to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by

operation of the Court's electronic filing system or by mail to any one unable to accept

electronic filing as indicated on the Notice of Electronic Filing. Parties may access this

filing through the Court's CM/ECF system.

   /s/ Steven L. Wittels
Steven L. Wittels
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone:  (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@swhlegal.com
*Lead Counsel for Plaintiff Sharon L. Perkins*
*and the Opt-In Collective Action Plaintiffs*