UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., <br><br>Individually and on Behalf of Others Similarly Situated, <br><br>PLAINTIFFS, <br><br>v. <br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY, <br><br>DEFENDANT. | No: 3:07CV967 (JCH) <br><br>JOINT MOTION TO EXTEND SCHEDULE FOR SUBMISSION OF JOINT TRIAL MEMORANDUM AND MOTIONS IN LIMINE |

To:  All Parties

Please take notice that as soon as counsel may be heard, the parties will jointly move before the Honorable Judge Janet C. Hall, United States District Court for the District of Connecticut, for an order extending the schedule for submission of the parties' Joint Trial Memorandum and Motions in Limine.

The parties respectfully request that the Court order the following deadlines:

- Parties' Exchange List of All Proposed Trial Exhibits: July 22, 2011

- Joint Trial Memorandum and Motions in Limine due: July 29, 2011

- Oppositions to Motions in Limine due:  August 19, 2011

- Pre-Trial Conference:  August 26, 2011

Dated:  June 30, 2011

Respectfully submitted,

/s/ Steven Wittels
Steven L. Wittels (SLW-8110)
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of Americas, 26th Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
*Lead Counsel for Plaintiffs and the Class*

Edmond Clark (CT 22396)
83 Scotland Ave.
Madison, CT 06443
*Co-Counsel for Plaintiffs and the Class*

By:  Patrick W. Shea (CT07071)
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
*Counsel for Defendant Southern New England Telephone Company*