UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al.,<br><br>Individually and on Behalf of Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>DEFENDANT. | No: 3:07CV967 (JCH) |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND SCHEDULE FOR SUBMISSION OF JOINT TRIAL MEMORANDUM AND MOTIONS IN LIMINE**

The parties, through their respective counsel, jointly move for an order to extend the schedule for submission of the Joint Trial Memorandum ("JTM") and initial Motions in Limine. Our proposed revised schedule does not, however, seek any adjustment of the Court's August 26 pretrial conference date. The parties' proposal also seeks to confirm the schedule for filing oppositions to the motions in limine; the opposition due date the Court ordered in its June 22, 2011 Scheduling Order (p. 7, para.13) – August 19 – differs from what Parajudicial Officer Mr. Hawkins directed at last week's conference – August 12.

We ask that in considering this request, the Court note that under the current schedule there are barely two weeks left for the parties to identify, mark and exchange their extensive trial exhibits so that the other side can make objections and/or make additional motions in limine in advance of the current July 22 JTM filing date. Under the present schedule, the parties must

accomplish this immense task by July 15 – made more difficult by the intervening July 4th holiday. The extra week requested will be greatly appreciated by both sides.

Below is the proposed adjustment requested by the parties, together with the current schedule under the Court's June 22nd Scheduling Order:

| Pre-Trial Item | Currently Due | Proposed Date |
|---|---|---|
| Parties' Exchange List of All Proposed Trial Exhibits | July 15 | July 22 |
| Joint Trial Memo + Motions in Limine | July 22 | July 29 |
| Oppositions to Motions in Limine | August 19 (Judge Hall) August 12 (Mr. Hawkins) | August 19 |
| Pre-Trial Conference | August 26 | August 26 (unchanged) |

This joint motion is made in good faith and not for purposes of delay. It is the first request for an extension of time with respect to these deadlines.

Dated: June 30, 2011

Respectfully submitted,

/s/ Steven Wittels
Steven L. Wittels (SLW-8110)
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of Americas, 26th Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
*Lead Counsel for Plaintiffs and the Class*

Edmond Clark (CT 22396)
83 Scotland Ave.
Madison, CT 06443
*Co-Counsel for Plaintiffs and the Class*

By:  Patrick W. Shea (CT07071)
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
*Counsel for Defendant Southern New England Telephone Company*