# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | ) |
| Individually and on Behalf of Others Similarly Situated, | ) ) ) |
| PLAINTIFFS, | ) No: 3:07CV967 (JCH) |
| v. | ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) ) |
| DEFENDANT. | ) |

## [PROPOSED] ORDER

The Court having considered the parties' Joint Motion to Extend Schedule for Submission of Pretrial Memorandum and Motions in Limine, and good cause having been shown:

It is hereby ORDERED that the Joint Motion is GRANTED. The parties must exchange a list of proposed trial exhibits on July 22, 2011. The parties' Joint Trial Memorandum and Motions in Limine are due on July 29, 2011. Oppositions to Motions in Limine are due on August 19, 2011. The Pre-trial Conference shall be held on August 26, 2011.

SO ORDERED, this _____ day of _____, 2011.

_____
Honorable Janet C. Hall
United States District Court
District of Connecticut

1