UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., <br><br> Individually and on Behalf of Others Similarly Situated, <br><br> PLAINTIFFS, <br><br> v. <br><br> SOUTHERN NEW ENGLAND TELEPHONE COMPANY, <br><br> DEFENDANT. | No: 3:07CV967 (JCH) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2011 a copy of the foregoing Joint Motion to Extend Schedule for Submission of Joint Trial Memorandum and Motions in Limine, Memorandum in Support of Joint Motion to Extend Schedule for Submission of Joint Trial Memorandum and Motions in Limine, and Proposed Order were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    /s/ Steven L. Wittels
Steven L. Wittels
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@swhlegal.com
*Lead Counsel for Plaintiff Sharon L. Perkins*

*and the Opt-In Collective Action Plaintiffs*