# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | ) |
| | ) |
| Individually and on Behalf of Others Similarly Situated, | ) No: 3:07CV967 (JCH) |
| | ) |
| PLAINTIFFS, | ) PLAINTIFFS' MEMORANDUM IN |
| | ) OPPOSITION TO DEFENDANT |
| v. | ) SNET'S MOTION FOR LEAVE TO |
| | ) FILE SURREPLY |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) |
| | ) |
| DEFENDANT. | ) |

The Court should deny Defendant SNET's Motion for leave to file a Surreply in Opposition to Plaintiffs' Motion to Preclude Use of Documents (Doc. 370).

Under this Court's Chambers Practices, surreply briefs are highly discouraged. *See also*, *e.g.*, *Root v. Liston*, 2003 U.S. Dist. LEXIS 22318, at *8 (D. Conn. Dec. 10, 2003) ("No sur-reply is permitted under the Local Rules. *See* D. Conn. Local Rule 7"); *OneBeacon Am. Ins. Co. v. Comsec Ventures Int'l, Inc.*, 2010 U.S. Dist. LEXIS 1193, at *10-11 (N.D.N.Y. Jan. 7, 2010)("Neither the Federal Rules of Civil Procedure nor the Local Rules permit such a surreply, and the Court is under no obligation to give plaintiff another chance to make his arguments.")(citations omitted).

SNET's only argument in support of its motion is a bare one-sentence assertion that Plaintiffs raised "new arguments" in their Reply. (Motion for Leave at ¶ 2) SNET is wrong. Plaintiffs' Reply merely responded to SNET's arguments opposing preclusion, further discussing the multiple document requests to which the belatedly-produced documents were responsive. All of these pertinent document requests were cited and included in Plaintiffs' initial brief and were addressed in SNET's opposition.

Hence, Plaintiffs' Reply does not "introduce new issues or new evidence." *Bonnie & Co. Fashions v. Bankers Trust Co.*, 945 F. Supp. 693, 708 (S.D.N.Y. 1996) (denying leave to file surreply affidavits). *See also ADR/JB Corp. v. MCY III, Inc.*, 299 F. Supp.2d 110, 116 (E.D.N.Y. 2004); *Litton Indus. Inc. v. Lehman Bros. Kuhn Loeb, Inc.*, 767 F. Supp. 1220, 1235 (S.D.N.Y. 1991), *rev'd on other grounds*, 967 F.2d 742. Instead, it "directly respond[s] to issues raised in [SNET's] opposition." *Mattera v. Clear Channel Communs., Inc.*, 239 F.R.D. 70, 74 n.4 (S.D.N.Y. 2006). *See also Perkins v. S. New Eng. Tel. Co.*, 669 F. Supp.2d 212, 226-27 (D. Conn. 2009). As the Second Circuit recently affirmed, "reply papers may properly address new material issues raised in the opposition

papers so as to avoid giving unfair advantage to the answering party." *Guadagni v. N.Y. City Transit Auth.*, 387 Fed. Appx. 124, 125-26 (2d Cir. 2010), citing *Bayway Ref. Co. v. Oxygenated Mktg & Trading A.G.*, 215 F.3d 219, 226-27 (2d Cir. 2000).

Moreover, SNET's motion suffers from a "fundamental procedural defect": it was improper for SNET to append its "proposed" surreply to the motion, putting Plaintiffs in a position of having to unring the bell. SNET's motion should be denied on this procedural ground alone. *See Travelers Ins. Co. v. Buffalo Reinsurance Co.*, 735 F. Supp. 492, 495 (S.D.N.Y. 1990), *vac'd in part on other grounds*, 739 F. Supp. 209; *Locals 302 and 612 of the Int'l Union of Operating Eng'rs v. Blanchard*, 2005 U.S. Dist. LEXIS 17679, at *19 n.8 (S.D.N.Y. Aug. 25, 2005); *Richard Feiner & Co. v. Turner Entm't Co.*, 2004 U.S. Dist LEXIS 21074 (S.D.N.Y. Oct. 21, 2004).

For the foregoing reasons, the Court should deny SNET's motion for a surreply and disregard its attached brief.

Respectfully submitted.

Dated: July 1, 2011            /s/ Steven L. Wittels
                               Steven Wittels, (SLW-8110)
                               Jeremy Heisler, (JH-0145)
                               **SANFORD WITTELS & HEISLER, LLP**
                               1350 Avenue of the Americas, 31st Floor
                               New York, NY 10019
                               Telephone: (646) 723-2947
                               Facsimile: (646) 723-2948

                               David W. Sanford
                               **SANFORD WITTELS & HEISLER, LLP**
                               1666 Connecticut Avenue, N.W., Suite 310
                               Washington, D.C. 20009
                               Telephone: (202) 742-7780
                               Facsimile: (202) 742-7776

Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*