UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., <br><br> Individually and on Behalf of Others Similarly Situated, <br><br> PLAINTIFFS, <br><br> v. <br><br> SOUTHERN NEW ENGLAND TELEPHONE COMPANY, <br><br> DEFENDANT. | CIVIL ACTION NO. 3:07CV967 (JCH) |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that Paul, Hastings, Janofsky & Walker LLP, counsel for Defendant Southern New England Telephone Company, is now known as Paul Hastings LLP. Paul Hastings LLP is the successor in interest to Paul, Hastings, Janofsky & Walker LLP.

Respectfully submitted, this 26th day of July, 2011:

        By: /s/ *Leslie A. Dent*
            Leslie A. Dent (PHV 03877)
            John F. Wymer, III (PHV 03876)
            Erika L. Leonard (PHV 03875)
            PAUL HASTINGS LLP
            600 Peachtree Street, N.E., Suite 2400
            Atlanta, Georgia 30308
            Telephone: (404) 815-2400
            Facsimile: (404) 815-2424

Patrick W. Shea (CT07071)
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Attorneys for Defendant Southern New England
Telephone Company

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al.,<br><br>Individually and on Behalf of Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>DEFENDANT. | CIVIL ACTION NO. 3:07CV967 (JCH) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2011, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM NAME** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys:

>   Steven Wittels
>   Sanford Wittels & Heisler, LLP
>   1350 Avenue of the Americas, 31st Floor
>   New York, NY 10019
>
>   Edmond Clark
>   83 Scotland Avenue
>   Madison, CT 06443-2501

>   /s/ *Leslie A. Dent*
>   Leslie A. Dent
>
>   Attorney for Defendant
>   Southern New England Telephone Company