UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SHARON L. PERKINS, et al.** | : | |
| | : | **Plaintiffs' Notice and Explanation** |
| | : | **of Untimely Electronic Filing of** |
| | : | **the Parties' Joint Pretrial** |
| | : | **Submission Due to Email Outage** |
| | : | |
| | : | Case No.: |
| *Plaintiffs* | : | 3:07CV967 (JCH) |
| | : | |
| *v.* | : | |
| | : | |
| | : | |
| **SOUTHERN NEW ENGLAND** | : | |
| **TELEPHONE COMPANY** | : | |
| | : | |
| *Defendant,* | : | |

To: Patrick W. Shea
　　Paul Hastings LLP
　　Park Avenue Tower
　　75 E. 55th Street
　　New York, NY 10022
　　*Counsel for Defendant SNET*

　　　Plaintiffs respectfully submit the following notice to apologize and explain their reasons for delay in the submission of the parties' Joint Pretrial Motion. At approximately 10:45 PM EST on July 27, 2011, as Plaintiffs were preparing to file the Joint Pretrial Motion of the parties, the New York and Washington, DC offices of counsel for Plaintiffs Sanford Wittels & Heisler lost access to all Firm email due to an outage in the Dupont Circle (DC) area. At the time, Counsel for Plaintiffs were still able to access the internet, and thus were able to timely file all Motions in Limine prior to the expiration of this Court's July 27, 2011 deadline for pretrial submissions. However, because Plaintiffs had offered and agreed to submit the Joint Pretrial

Motion on behalf of both parties, a delay ensued wherein Counsel for Plaintiffs endeavored to ensure that all of Defendant's portion of the joint submission, which had been sent to Plaintiffs via email, had been received and incorporated into the joint filing.  Plaintiffs have endeavored to file as close as possible to the deadline and expect that the final filing will be submitted shortly.

Undersigned Counsel hereby apologize to both the Court and Counsel for SNET for any inconvenience caused by our delay in filing.

Dated: July 28, 2011                          Respectfully Submitted,


By:     /s/ Steven L. Wittels

Steven L. Wittels
**SANFORD WITTELS AND HEISLER, LLP**
1350 Ave of the Americas, 31st Floor
New York, NY 10019
Telephone:  (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@swhlegal.com
*Lead Counsel for Plaintiffs and the Class*

   /S/ Edmond Clark
Edmond Clark
Law Office of Edmond Clark
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via ECF this 28th day of July, 2011 upon the following counsel of record:

**Patrick Shea**
Paul Hastings
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
212-318-6405
Fax: 212-752-2542
Email: patrickshea@paulhastings.com

*Attorneys for Defendant*


    /s/ Steven L Wittels_____
        Steven L. Wittels