UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., <br><br> Individually and on Behalf of Others Similarly Situated, <br><br> PLAINTIFFS, <br><br> v. <br><br> SOUTHERN NEW ENGLAND TELEPHONE COMPANY, <br><br> DEFENDANT. | No: 3:07CV967 (JCH) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2011 a copy of the foregoing Plaintiffs' Responses and Objections to SNET's Jury Instructions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Jeremy Heisler
Jeremy Heisler
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
Email: jheisler@swhlegal.com
Counsel for Plaintiff Sharon L. Perkins and the Opt-In Collective Action Plaintiffs