UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | ) ) ) |
| Individually and on Behalf of Others Similarly Situated, | ) ) ) No: 3:07CV967 (JCH) ) |
| PLAINTIFFS, | ) PLAINTIFFS' WITHDRAWAL OF ) JURY DEMAND ) |
| v. | ) ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) ) ) |
| DEFENDANT. | ) ) |

Plaintiffs hereby withdraw their prior demand for a jury trial.

Dated: July 29, 2011

                        Respectfully Submitted,

                        /s/ Steven L. Wittels
                        Steven L. Wittels (SLW-8110)
                        Jeremy Heisler (JH-0145)
                        **SANFORD WITTELS & HEISLER, LLP**
                        1350 Avenue of the Americas, 31st Floor
                        New York, NY 10019
                        Telephone: (646) 723-2947
                        Facsimile: (646) 723-2948
                        swittels@swhlegal.com
                        jheisler@swhlegal.com

                        David W. Sanford
                        **SANFORD WITTELS & HEISLER, LLP**
                        1666 Connecticut Avenue, N.W., Suite 310
                        Washington, D.C. 20009
                        Telephone: (202) 742-7780
                        Facsimile: (202) 742-7776
                        dsanford@swhlegal.com

Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*