UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,**<br><br>**Individually and on Behalf of Others Similarly Situated,**<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**SOUTHERN NEW ENGLAND TELEPHONE COMPANY,**<br><br>**DEFENDANT.** | **CIVIL ACTION NO. 3:07CV967 (JCH)**<br><br><br>**AUGUST 1, 2011** |

## DEFENDANT SNET'S OBJECTION TO PLAINTIFFS' ATTEMPTED WITHDRAWAL OF JURY DEMAND

Defendant Southern New England Telephone Company ("SNET") ("Defendant") objects to Plaintiffs' attempted withdrawal of jury demand [Doc. 422]. Defendant properly relied upon Plaintiffs' initial jury demand to preserve its own right to a jury trial. See Gargiulo v. Delsole, 769 F.2d 77, 79 (2d Cir. 1985) (holding that a party may rely on its adversary's jury demand to preserve its own right to a jury trial). Under the Federal Rules of Civil Procedure, consent from both parties is required to withdraw a jury trial demand. See Fed. R. Civ. P. 38(d) ("A proper demand may be withdrawn only if the parties consent."); Fed. R. Civ. P. 39(a) ("The trial of all issues so demanded shall be by jury, unless . . . the parties or their attorneys of record, by written stipulation filed with the court or by an oral stipulation made in open court and entered in the record, consent to trial by the court sitting without a jury. . ."); Thomas v. Lord, No. 99-345, 2000 WL 1551566, at *1 (2d Cir. Oct. 16, 2000) ("Once a demand for a jury trial has properly been made . . . the demand may not be withdrawn without the consent of both parties."); Rosen v. Dick, 639 F.2d 82, 91-92 (2d Cir. 1980) (Rule "38(d) gives each party an effective veto over the withdrawal of a jury demand").

Plaintiffs cannot unilaterally waive the right to a jury trial without Defendant's express consent. Defendant files this objection to clarify that it does not consent to Plaintiffs' attempted withdrawal of jury demand and wishes to proceed with trial by jury.

Dated:  New York, New York
        August 1, 2011

Respectfully submitted,

By: /s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

Leslie A. Dent (PHV 03877)
John F. Wymer, III (PHV 03876)
Erika L. Leonard (PHV 03875)
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
lesliedent@paulhastings.com
johnwymer@paulhastings.com
erikaleonard@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** **Individually and on Behalf of Others Similarly Situated,** **PLAINTIFFS,** v. **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** **DEFENDANT.** | **CIVIL ACTION NO. 3:07CV967 (JCH)** **AUGUST 1, 2011** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2011, a copy of foregoing DEFENDANT SNET'S OBJECTION TO PLAINTIFFS' ATTEMPTED WITHDRAWAL OF JURY DEMAND was filed electronically and served by U.S. mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

*Attorney for Defendant SNET*