UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS ET AL.<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>*Defendant.* | 3:07CV967 (JCH)<br><br>PLAINTIFFS' MOTION FOR ADMISSION OF ATTORNEY ROGER M. ADELMAN AS COUNSEL <u>PRO HAC VICE</u> |

## PLAINTIFFS' MOTION FOR ADMISSION OF ATTORNEY ROGER M. ADELMAN AS COUNSEL PRO HAC VICE

Plaintiffs respectfully move this Court for an order granting Roger M. Adelman of the Law Offices of Roger M. Adelman, 1100 Connecticut Avenue NW, Suite 730, Washington, DC, 20036, leave to practice before this Court as visiting attorney for the purposes of this action as counsel for Plaintiffs and the Class.

Dated: August 9, 2011

_____
Edmond Clark
Law Office of Edmond Clark
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

Steven Wittels, (SLW-8110)
Jeremy Heisler, (JH-0145)
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON PERKINS ET AL. ) | FILED |
| ) | |
| *Plaintiff,* ) | 3:07CV967 (JCH) 2011 AUG 10 A 10: 00 |
| ) | |
| v. ) | AFFIDAVIT OF ROGER M. U.S. DISTRICT COURT |
| ) | ADELMAN IN SUPPORT BRIDGEPORT, CONN |
| SOUTHERN NEW ENGLAND ) | OF MOTION TO |
| TELEPHONE COMPANY, ) | ADMIT COUNSEL |
| ) | **PRO HAC VICE** |
| *Defendant.* ) | |
| ) | |
| ) | |
| WASHINGTON , D.C. ) | |

ROGER M. ADELMAN, being duly sworn, deposes and says as follows:

Pursuant to Local Rule 83.1 of the United States District Court of the District of Connecticut, I submit this affidavit in support of Plaintiff's motion for my admission as an attorney *pro hac vice* for Plaintiffs and the Class:

1. I operate the Law Office of Roger M. Adelman, Suite 730, 1100 Connecticut Avenue NW, Washington DC 20036, phone: (202) 822-0600 facsimile: (202) 822-6722, email: radelman@erols.com.

2. I am a member in good standing of the Bar of the District of Columbia and the State of Pennsylvania.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application to practice before this Court or any other court.

5. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. Plaintiffs have requested that I be admitted to this court *pro hac vice* for the purpose of acting as one of the counsel for the Plaintiffs in this action due to my particular expertise in trial law, evidence law, procedure, and related matters.

7. Pursuant to Local Rule 83.1 of the United States District Court of the District of Connecticut, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

| | |
|---|---|
| Roger M. Adelman, Esq.<br>Law Office of Roger M. Adelman<br>Suite 730<br>1100 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: 202-822-0600<br>Facsimile: 202-822-6722<br>radelman@erols.com | *and*<br>Law Office of Edmond Clark<br>83 Scotland Avenue<br>Madison, CT 06443-2501<br>Telephone: (203) 245-4602<br>Fax: (203) 245-9734<br>eclarkmadisonlaw@aol.com |

WHEREFORE, your affiant respectfully requests that Plaintiff's motion for my admission as an attorney *pro hac vice* be granted.

_____
Roger M. Adelman

Dated: August 2, 2011

Sworn to and subscribed before me this
2nd day of August 2011

_____
Notary Public

Bonnie K. Miller
Notary Public, District of Columbia
My Commission Expires 4/30/2015

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SHARON PERKINS ET AL.

*Plaintiff,*

v.

SOUTHERN NEW ENGLAND
TELEPHONE COMPANY,

*Defendant.*

3:07CV967 (JCH)

ORDER ADMITTING ROGER M.
ADELMAN, ESQ. AS COUNSEL
PRO HAC VICE

This matter having been brought before the Court by Edmond Clark, Esq., of the Law Office of Edmond Clark and Steven L. Wittels, Esq., of Sanford Wittels & Heisler, LLP, attorneys for Plaintiffs and the Class, for an Order allowing Roger M. Adelman, Esq., to appear and participate pro hac vice, and the Court having considered the moving papers, and for good cause having been shown pursuant to L. Civ. R. 83.1(d) of the United States District Court for the District of Connecticut,

**IT IS** on this_____ day of _____, 2011;

**ORDERED** that Roger M. Adelman, Esq., of the Law Offices of Roger M. Adelman, attorney for Plaintiffs and the Class, be permitted to appear pro hac vice in the above matter on behalf of Plaintiffs in the United States District Court for the District of Connecticut pursuant to L. Civ. R. 83.1(d); and it is further

**ORDERED** that Roger M. Adelman, Esq., shall pay $25.00 to the Clerk, United States District Court, in accordance with L. Civ. R. 83.1(d)(2), within twenty (20) days from the date of entry of this Order; and it is further

**ORDERED** that Roger M. Adelman, Esq., shall be bound by the Local Civil Rules of the United States District Court for the District of Connecticut, including, but not limited to, the provisions of L. Civ. R. 83.2, *Discipline of Attorneys*; and it is further

**ORDERED** that a true copy of the within Order shall be served upon all counsel within seven (7) days of receipt hereof by attorneys for Plaintiffs.

Dated: August __, 2011

_____
United States District Judge Janet C. Hall

## **CERTIFICATION OF SERVICE**

       This is to certify that a copy of the foregoing was filed electronically to all counsel and pro se parties of record and served by mail on anyone unable to accept electronic filing on this 10th day of August 2011.

       Pursuant to Local Rule and by operation of the Court's electronic filing system, notice of this filing will be electronically communicated to all Parties able to accept electronic filing. Parties may access this filing through the Court's electronic data base.

       Patrick W. Shea, Esq.
       Paul Hastings LLP
       75 East 55th Street
       New York, NY 10022

       Leslie A. Dent, Esq.
       Paul Hastings LLP
       600 Peachtree Street, N.E.
       Suite 2400
       Atlanta, GA 30308

       Erika L. Leonard, Esq.
       Paul Hastings LLP
       600 Peachtree Street, N.E.
       Suite 2400
       Atlanta, GA 30308

By: _____
           Edmond Clark