UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sharon L. Perkins et al. <br><br> *Plaintiff*, <br><br> v. <br><br> SOUTHERN NEW ENGLAND TELEPHONE COMPANY <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) 3:07CV967 (JCH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID SANFORD

Pursuant to Local Rule of Civil Procedure 83.1(d), Edmond Clark, a member of the Bar of this Court and Attorney at The Law Offices of Edmond Clark in Madison, Connecticut, respectfully moves that Attorney David Sanford of the law firm of Sanford Wittels & Heisler, LLP be admitted *pro hac vice* to appear in this action on behalf of Plaintiffs and the Class.

In support of this motion, the undersigned represents:

1. Attorney Sanford is Managing Partner at the law firm of Sanford Wittels & Heisler, LLP, located at 1666 Connecticut Avenue NW, Suite 300, Washington, DC 20009.

2. Attorney Sanford is a member in good standing of the Bars of the State of Maryland and the District of Columbia.

3. Attorney Sanford has never been denied admission or disciplined by this Court or any other court.

4. Attorney Sanford has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5.  In accordance with Local Rule of Civil Procedure 83.1(d), this Motion is accompanied by the duly sworn and executed Affidavit of David Sanford (Exhibit A attached hereto).

6.  Payment of the necessary fee pursuant to Local Rule of Civil Procedure 83.1 accompanies this motion.

WHEREFORE, Edmond Clark, a member of the Bar of this Court, moves that the Court enter an order permitting Attorney David Sanford to appear *pro hac vice* on behalf of Plaintiffs and the Class in this action.

Dated: August 17th, 2011

_____
Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorney for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sharon L. Perkins et al.<br><br>*Plaintiff,*<br><br>v.<br><br>**SOUTHERN NEW ENGLAND TELEPHONE COMPANY**<br><br>*Defendant.* | )<br>)<br>)<br>)  3:07CV967 (JCH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF DAVID SANFORD

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

DAVID SANFORD, being duly sworn, deposes and says as follows:

Pursuant to Local Rule 83.1 of the United States District Court of the District of Connecticut, I submit this affidavit in support of Attorney Edmond Clark's motion for my admission as an attorney *pro hac vice* for Plaintiffs and the Class:

1. I am a Managing Partner in the law firm of Sanford Wittels & Heisler, LLP, 1666 Connecticut Avenue NW, Suite 300, Washington, DC 20009, phone: (202) 742-7777 facsimile: (415) 391-6901, email: dsanford@swhlegal.com.

2. I am a member in good standing of the Bar of the State of Maryland (Bar No. 13619) and the District of Columbia (Bar No. 457933).

3. I also am admitted to practice before the U.S. Supreme Court and U.S. District Courts of the Central District of Illinois, the Northern District of Florida, Maryland, and the District of Columbia.

4. I have no pending disciplinary complaints of any kind.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application to practice before this Court or any other court.

6. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate Attorney Edmond Clark as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

_____
David Sanford

Dated: August 11, 2011

Sworn to and subscribed before me this

11 day of Aug 2011

_____
Notary Public
My commission expires
10-31-2011

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sharon L. Perkins et al. *Plaintiff,* v. SOUTHERN NEW ENGLAND TELEPHONE COMPANY *Defendant.* | 3:07CV967 (JCH) |

## ORDER

Pursuant to L. Civ. R. 83.1(d) of the United States District Court for the District of Connecticut, the motion for *pro hac vice* admission of David Sanford is hereby GRANTED.

Dated this ____ day of _____, 2011;

_____
United States District Judge Janet C. Hall

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was filed electronically to all counsel and pro se parties of record and served by mail on anyone unable to accept electronic filing on this 17th day of August 2011.

Pursuant to Local Rule and by operation of the Court's electronic filing system, notice of this filing will be electronically communicated to all Parties able to accept electronic filing. Parties may access this filing through the Court's electronic data base.

Patrick W. Shea, Esq.
Paul Hastings LLP
75 East 55th Street
New York, NY  10022

Leslie A. Dent, Esq.
Paul Hastings LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA  30308

Erika L. Leonard, Esq.
Paul Hastings LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA  30308

By: _____
Edmond Clark