UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Sharon L. Perkins et al.** ) | |
| ) | |
| *Plaintiff,* ) | 3:07CV967 (JCH) |
| ) | |
| v. ) | |
| ) | |
| **SOUTHERN NEW ENGLAND** ) | |
| **TELEPHONE COMPANY** ) | |
| ) | |
| *Defendant.* ) | |

### MOTION FOR *PRO HAC VICE* ADMISSION OF ANDREW MELZER

Pursuant to Local Rule of Civil Procedure 83.1(d), Edmond Clark, a member of the Bar of this Court and Attorney at The Law Offices of Edmond Clark in Madison, Connecticut, respectfully moves that Attorney Andrew Melzer of the law firm of Sanford Wittels & Heisler, LLP be admitted *pro hac vice* to appear in this action on behalf of Plaintiffs and the Class.

In support of this motion, the undersigned represents:

1. Attorney Melzer is an associate of the law firm of Sanford Wittels & Heisler, LLP, located at 1350 Avenue of the Americas, 31st Floor, New York, NY 10019.

2. Attorney Melzer is a member in good standing of the Bars of the State of Connecticut, the State of New York, and the District of Columbia.

3. Attorney Melzer has never been denied admission or disciplined by this Court or any other court.

4. Attorney Melzer has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. In accordance with Local Rule of Civil Procedure 83.1(d), this Motion is accompanied by the duly sworn and executed Affidavit of Andrew Melzer (Exhibit A attached hereto).

6. Payment of the necessary fee pursuant to Local Rule of Civil Procedure 83.1 accompanies this motion.

WHEREFORE, Edmond Clark, a member of the Bar of this Court, moves that the Court enter an order permitting Attorney Andrew Melzer to appear *pro hac vice* on behalf of Plaintiffs and the Class in this action.

Dated: August 17th, 2011

_____
Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorney for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sharon L. Perkins et al.,<br><br>*Plaintiff*,<br><br>v.<br><br>**SOUTHERN NEW ENGLAND TELEPHONE COMPANY**<br><br>*Defendant*. | 3:07CV967 (JCH) |

**AFFIDAVIT OF ANDREW MELZER**

STATE OF NEW YORK      )
                       ) ss.
COUNTY OF NEW YORK     )

ANDREW MELZER, being duly sworn, deposes and says as follows:

Pursuant to Local Rule 83.1 of the United States District Court of the District of Connecticut, I submit this affidavit in support of Attorney Edmond Clark's Motion for my admission as an attorney *pro hac vice* for Plaintiffs and the Class:

1. I am an associate of the law firm of Sanford Wittels & Heisler, LLP, 1350 Avenue of the Americas, 31st Floor, New York, New York, 10019, phone: (646)723-2453 facsimile: (646)723-2948, email: amelzer@swhlegal.com.

2. I am a member in good standing of the Bar of the State of New York (Bar No. 4270682).

1

3. I also am admitted to practice before the United States District Court, Southern District of New York and the United States Court of Appeals for the Second Circuit.

4. I have no pending disciplinary complaints of any kind.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application to practice before this Court or any other court.

6. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate Attorney Edmond Clark as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

_____
Andrew Melzer

Dated: August 12, 2011

Sworn to and subscribed before me this

12th day of Aug, 2011

_____
Notary Public

JEREMY HEISLER, ESQ.
NOTARY PUBLIC, STATE OF NEW YORK
KINGS COUNTY
No. 02HE6140741
Qualified in New York County
Commission Expires Feb. 6, 2014

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sharon L. Perkins et al. ) | |
| ) | |
| *Plaintiff,* ) | 3:07CV967 (JCH) |
| ) | |
| v. ) | |
| ) | |
| SOUTHERN NEW ENGLAND ) | |
| TELEPHONE COMPANY ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

Pursuant to L. Civ. R. 83.1(d) of the United States District Court for the District of Connecticut, the motion for *pro hac vice* admission of Andrew Melzer is hereby GRANTED.

Dated this____ day of _____, 2011;

_____
United States District Judge Janet C. Hall

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was filed electronically to all counsel and pro se parties of record and served by mail on anyone unable to accept electronic filing on this 17th day of August 2011.

Pursuant to Local Rule and by operation of the Court's electronic filing system, notice of this filing will be electronically communicated to all Parties able to accept electronic filing. Parties may access this filing through the Court's electronic data base.

Patrick W. Shea, Esq.
Paul Hastings LLP
75 East 55th Street
New York, NY  10022

Leslie A. Dent, Esq.
Paul Hastings LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA  30308

Erika L. Leonard, Esq.
Paul Hastings LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA  30308

By: _____
Edmond Clark