UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** <br><br> **Individually and on Behalf of Others Similarly Situated,** <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** <br><br> **DEFENDANT.** | CIVIL ACTION NO. 3:07CV967 (JCH) <br><br><br> AUGUST 22, 2011 |

## DEFENDANT SNET'S EXPERT SUBMISSION

In compliance with the Court's June 22, 2011 Scheduling Order [Doc. 367], at pp. 4-5, Defendant Southern New England Telephone Company ("Defendant" or "SNET") attaches the report of its expert, Dr. David Lamoreaux, containing:

- a biographical sketch of Dr. Lamoreaux and a statement of Dr. Lamoreaux's area of expertise (see cover letter and **Report in the Matter of Sharon L. Perkins, *et al.* v. Southern New England Telephone Company** ("Lamoreaux Report") at page 24 and Appendix A, page 1);

- each opinion to be expressed by Dr. Lamoreaux (see Lamoreaux Report at pages i, 1-22);

- a brief summary of the basis of each opinion (see Lamoreaux Report 1-22);

- a list of materials upon which Dr. Lamoreaux intends to rely (see Lamoreaux Report at page 23);

1

- a copy of the Rule 26 disclosure (see Lamoreaux report, attached).[1]

Dated: New York, New York
       August 22, 2011

Respectfully submitted,

By: /s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

Leslie A. Dent (PHV 03877)
John F. Wymer, III (PHV 03876)
Erika L. Leonard (PHV 03875)
Paul Hastings LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
lesliedent@paulhastings.com
johnwymer@paulhastings.com
erikaleonard@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

---

[1] A courtesy copy of the previous version of Dr. Lamoreaux's report was submitted to the Court on July 27, 2011 along with courtesy copies of all of Defendant's previous submissions to Parajudicial Officer James Hawkins.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,**<br><br>**Individually and on Behalf of Others Similarly Situated,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SOUTHERN NEW ENGLAND TELEPHONE COMPANY,**<br><br>**DEFENDANT.** | CIVIL ACTION NO. 3:07CV967 (JCH)<br><br><br>AUGUST 22, 2011 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2011, a copy of foregoing DEFENDANT SNET'S EXPERT SUBMISSION was filed electronically and served by U.S. mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

*Attorney for Defendant SNET*

LEGAL_US_W # 68900145.2 36516.00176

3