

# Memorandum

To: Patrick W. Shea, Esq.
Leslie Dent, Esq.

From: David Lamoreaux, Ph.D.

Date: August 22, 2011

Subject: **EXPERT DISCLOSURES (SHARON PERKINS, ET AL. V. THE SOUTHERN TELEPHONE COMPANY)**

At your request, I have attached a copy of my report in this matter, originally submitted on December 3, 2010.  In reviewing my calculations in this matter, I discovered an error relating to the compounding of the FLSA interest.  The calculations of alleged back pay and interest for rule 23 claims are unaffected.  Tables 9 – 12 reflect the updated FLSA interest calculations.   Appendix A provides an updated version of my qualifications and credentials.