UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., ) | |
| ) | |
| **Individually and on Behalf of** ) | **No: 3:07CV967 (JCH)** |
| **Others Similarly Situated,** ) | |

SHARON L. PERKINS, et al.,                )

Individually and on Behalf of          )        No: 3:07CV967 (JCH)
Others Similarly Situated,              )

 PLAINTIFFS,                            )

v.                                      )

SOUTHERN NEW ENGLAND                    )
TELEPHONE COMPANY,                      )

 DEFENDANT.                             )
                                        )
_____        )

**PLAINTIFFS' PRETRIAL EXPERT WITNESS STATEMENT
PURSUANT TO PRETRIAL SCHEDULING ORDER (¶ 8)**

In accordance with paragraph 8 of the Court's pretrial Scheduling Order dated, June 6, 2011, Plaintiffs provide the following information regarding their testifying expert witness, Dr. Richard Drogin.[1]

**Biographical Sketch**

Dr. Drogin earned a Ph.D. in statistics from the University of California at Berkeley in 1970. Currently, he is Emeritus Professor in the Department of Statistics at California State University, where he has taught graduate and undergraduate courses in data analysis, non-parametric methods, regression analysis, sample surveys, probability theory, queuing theory, simulation methods, and design of statistical software. Dr. Drogin has been employed at California State University since 1996.

---

[1] Plaintiffs no longer intend to call Yevgeny Klimov to testify at trial.

1

Dr. Drogin is a partner in the statistical consulting firm of Drogin, Kakigi & Associates, which offers consulting services and computerized database management. He has been retained as a statistical consultant in over 250 class action cases, including wage and hour claims, and Dr. Drogin has testified over 25 times as an expert witness (statistical analysis, computer processing) in numerous state and federal cases. He has been involved as a statistician in numerous wage and hour cases where information from a random sample of class members has been used successfully to gather representative evidence for determination of damages.

**Areas of Expertise**

Dr. Drogin is an expert in the areas of statistics and sampling issues, and computation of damages estimates in employment cases.

**Opinions to be Expressed**

The opinions to be expressed are included in Dr. Drogin's reports, declarations, and deposition testimony. He will offer testimony regarding his opinion that random sampling of class members successfully may be used to gather representative evidence for determination of damages. He will express opinions regarding how random sampling, as a statistical technique, may be used to make inferences about an entire population based upon information gathered from a subset of the population. Dr. Drogin will describe the data that he analyzed and how it was processed to reach his conclusions. He found that the average number of hours worked per week, based on interrogatory responses from 29 randomly selected class members ranged from a low value of 54.72 to a high of 57.24 hours per week.

In addition to his analysis and testimony regarding random sampling, Dr.

Drogin has reported statistics on the average number of hours worked per week from 49 class members selected by Defendant. He will offer opinions regarding the number of hours worked by this non-randomly selected group, in which the average number of hours ranged from a low value of 51.6 to a high of 54.3 hours per week.

Dr. Drogin will also testify about the frequency distribution by hour of occurrence for various time stamped work activities.

Dr. Drogin has computed damages that would result from a finding of liability, and he will testify regarding his damage models. If updated payroll information is provided at a later time, Dr. Drogin's damage calculations could be updated.

Dr. Drogin also will address some aspects of Dr. Lamoreaux's opinions, as noted in previous declarations and deposition testimony. In particular, he will address issues of sampling and damages.

**Reliance Materials**

To support his opinions, Dr. Drogin relies upon the materials identified in his reports and declarations, which include the following:

1. Plaintiffs' Second Amended Complaint, *Perkins, et. al v. SNET*

2. Order granting motion for collective and Rule 23 class certification. *Perkins v. SNET*

3. Plaintiffs' fifth and sixth sets of requests for production of documents to Defendant

4. Depositions of Joseph Kiely, Michael McDermott and Maureen Anderson, *Perkins, et al. v. SNET*

5. 22 pre-deposed opt-ins hours and duty chart.xls

6. L1 deposition excerpts regarding overtime.doc

7. L1 deposition excerpts regarding duty.doc

8. Disk A-1st Levels in CT.xlsx

9. Class Notice Distribution List #1 12-10-09.xls.

10. Request for production numbers 1-20

11. Excerpts from Daniel Chantlos' deposition

12. Contemporaneous time stamped data, discovery responses, and bi-weekly payroll data identified in Appendix 2 of Dr. Drogin's declaration in this case dated September 30, 2010.

13. Interrogatory responses from 29 class members selected at random by Defendant's expert.

14. Interrogatory responses from additional trial witnesses.

15. Interest rates found at http://www.federalreserve.gov/Releases/H15/data.htm

16. Statutory interest rates incorporated in Connecticut state law.

## **Rule 26 Disclosure**

The Rule 26 disclosure for Dr. Drogin was included in his expert reports, which have been filed as Plaintiffs' Exhibits 2997-3000.

Respectfully submitted,

Dated: August 22, 2011          /s/  Steven L. Wittels
                                Steven Wittels, (SLW-8110)
                                Jeremy Heisler, (JH-0145)
                                **SANFORD WITTELS & HEISLER, LLP**
                                1350 Avenue of the Americas, 31st Floor
                                New York, NY 10019
                                Telephone: (646) 723-2947
                                Facsimile: (646) 723-2948

David W. Sanford
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served via ECF

this 22nd day of August, 2011 upon the following counsel of record:

**Patrick Shea**
Paul Hastings
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
212-318-6405
Fax: 212-752-2542
Email: patrickshea@paulhastings.com

*Attorneys for Defendant*

___/s/ Steven L Wittels_____
        Steven L. Wittels