UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., <br><br> Individually and on Behalf of Others Similarly Situated, <br><br> PLAINTIFFS, <br><br> v. <br><br> SOUTHERN NEW ENGLAND TELEPHONE COMPANY, <br><br> DEFENDANT. | ) ) ) ) )  No: 3:07CV967 (JCH) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION REQUESTING PERMISSION TO EXCUSE ATTORNEYS DAVID SANFORD AND ROGER ADELMAN FROM PRETRIAL CONFERENCE**

Pursuant to the Court's pretrial Scheduling Order dated June 22, 2011, Plaintiffs request that Attorneys David Sanford and Roger Adelman be excused from participating in the Pretrial Conference scheduled for August 26, 2011. Attorneys Sanford and Adelman respectfully request that they be excused in order to attend to work commitments that they could not reschedule requiring both attorneys to be on the West Coast on the day of the conference. All of Plaintiffs' other trial counsel, including Attorneys Wittels, Melzer and Clark, will be present at the August 26 conference.

Both Attorneys Sanford and Adelman are experienced trial attorneys who will review the transcript of pretrial conference proceedings and confer with Attorney Wittels and other trial counsel for Plaintiffs in attendance. Therefore, both attorneys will be ready for trial fully familiar with all of the Court's requirements addressed during the Pretrial Conference.

Accordingly, Plaintiffs respectfully request that Attorneys Sanford and Adelman be excused from participation at the pretrial conference due to their preexisting commitments.

Respectfully Submitted,

Dated: August 22, 2011         /s/ Steven L. Wittels
                               Steven Wittels, (SLW-8110)
                               Jeremy Heisler, (JH-0145)
                               **SANFORD WITTELS & HEISLER, LLP**
                               1350 Avenue of the Americas, 31st Floor
                               New York, NY 10019
                               Telephone: (646) 723-2947
                               Facsimile: (646) 723-2948

                               David W. Sanford
                               **SANFORD WITTELS & HEISLER, LLP**
                               1666 Connecticut Avenue, N.W., Suite 310
                               Washington, D.C. 20009
                               Telephone: (202) 742-7780
                               Facsimile:  (202) 742-7776

                               Edmond Clark
                               **Law Office of Edmond Clark**
                               83 Scotland Avenue
                               Madison, CT 06443-2501
                               Telephone: (203) 245-4602
                               Fax: (203) 245-9734
                               eclarkmadisonlaw@aol.com

                               *Attorneys for Plaintiffs and the Class*