# Prem Tech RJP/PTA FAQs

| Question | Answer |
|---|---|
| Are all 1st level managers to be trained in the interviewing process? | All 1st level Field Managers (with exceptions only for those managers with current, documented performance issues) in the UFO organization must be trained to conduct the RJP and PTA.<br><br>This includes initial training of all 1st level Field Managers as well as training of new 1st level Field Managers as they enter their new role.<br><br>You need to feel comfortable that each Manager is ready to conduct the RJP and PTA. If you do not believe they are ready, you will need to schedule additional time for them to practice with you observing and providing feedback before they conduct actual RJPs and PTAs. |
| If all the managers are trained, can we as the Area Manager "select" those who will actually do the RJP/PTA versus having all do it? | The responsibility for conducting the RJPs and PTAs should be rotated throughout the trained managers and not assigned to a select group.<br><br>If you do not believe a particular manager is ready to conduct RJPs and PTAs, you will need to schedule additional time for them to practice with you observing and providing feedback. |
| During the RJP, the manager will cover the basic Job Duties and reference "physical work." During the PTA, what do we say if a candidate asks about specific physical requirements? | The manager should answer questions the candidate has about the job, including physical requirements. |
| During the PTA, the candidate discloses to me certain health issues. How do I respond? | Do not document this information on the PTA documentation form. Direct the candidate back to the interview questions. The candidate will go through the Physical Abilities Evaluation if given a conditional job offer. You may verbally provide this information to Staffing. |
| In the material, the scheduling of the RJP/PTA was noted. However, will Staffing work with us as area managers directly to do the scheduling with the candidates coming to the garage location, or will the communication be with the 1st level manager? | As part of implementation, the UFO organization has provided Staffing with a spreadsheet that details the location of where RJPs and PTAs will be conducted along with a point of contract for each garage. This point of contact is who Staffing will communicate with. |
| How much weight does the PTA actually have in the final selection of the Prem Tech? | The PTA is one of multiple steps in the selection process. A candidate must be qualified on the PTA in order to continue on in the process and to be given a job offer. A candidate who is Not Qualified on the PTA cannot continue on in the process. |

# Prem Tech RJP/PTA FAQs

| Question | Answer |
|---|---|
| For the RJP, can we clarify on the guide a reference that all performance items will be managed through discipline. It is highlighted under Attendance currently. Looking that we address performance consistently under the major sections. | Remember that the RJP Guide is just an outline of the topics you need to cover. The manager is able to emphasize this area throughout if he/she would like to. |
| Will the candidate be assigned to the garage where the RJP/PTA was held? | Possibly, but not a given. The intent of the RJP/PTA was to provide an objective approach to determine whether the candidate's background and qualifications match that of the Prem Tech position.<br><br>Final selection process may have the candidate placed at a different location. |
| For the RJP and company overview, can we get a set of key bullet points to cover for consistency? Also, can we add a point to describe our "product" for U-verse and how it is different than cable? | We intentionally left this open since there are some differences by region and even garage. It would be okay for your group to come up with what you want to cover so you are consistent. |
| On the PTA, can we get example from school since we get many candidates right out of high school with no formal company experience? | If the candidate cannot provide a work related response, you are able to probe for a school example. |
| For the PTA, is 15 minutes realistic? Can we go past this? If so, how much? | When first administering the PTA, it may be over 15 minutes. For an experienced interviewer, 15 minutes is realistic. Depending on the candidate, some may go longer and some may go shorter. We recommend keeping the PTA to 15 to 20 minutes. |
| What is the typical timeframe in which the candidate will hear from staffing? We know the candidate will ask. | You may let candidates know that they should here from Staffing within a week (may be through email or phone). Make sure you send the scheduling spreadsheet back to Staffing as soon as you have completed the RJP and PTAs. |
| Can the PTA be built so responses can be typed into the fields online? Word document with locked fields for text entries? | We believe that when conducting an interview face to face with a candidate, it works better to write your notes instead of typing them in. Typing tends to cause a distraction. |
| When sending the PTA, is it okay to scan the form and email to staffing? Are the fax numbers a fixed process? | Currently the fax numbers are a fixed process. Once the process is underway, we will assess how it is working and determine if we need to adjust it. |
| Do we have the flexibility to do the interviews in pairs with a candidate versus 1x1? | The PTA was set up to be done 1x1 to minimize the amount of time it takes away from other work duties. The Master Trainer will periodically monitor the 1st level managers conducting the interviews (although they should not actively |

# Prem Tech RJP/PTA FAQs

| Question | Answer |
|---|---|
| | participate in the interview). If you have the resources, you may conduct the PTAs in pairs (but not more) and both managers must be trained. |
| If the candidate has questions, does he/she have a specific Staffing contact person? | The candidate should contact the Staffing person who scheduled them for the RJP/PTA. |
| If asked by the candidate, "...will I be contacted by Staffing either way (selected or not?)," how should we respond? | Candidates will be contacted by Staffing (could be through an email) whether they qualified or not. |
| During the PTA, if asked, "will I be graded on this?" what is the best response? | Let the candidates know that they will be scored on how they performed throughout the PTA. |
| If the candidate cannot think of a situation, can we provide an example situation and ask how they would handle? (customer is dissatisfied about xyz...how would you approach or deal with the situation?) | All attempts should be made to allow the candidate an opportunity to provide a situation from their past. The interviewer may need to skip the question and come back to it. In addition, let the candidate know that the situation can be from school or a community activity. Providing an example question should only be done as a last resort. |
| The Candidate cannot answer a question and immediately asks "Will this disqualify me?" How does the manager respond? | You should first ask follow-up questions to try to get a response to each question. Make sure and allow enough time for the candidate to respond. You may also choose to come back to the question at the end of the interview. Let the candidate know that they will be rated based on how they perform throughout the entire assessment. |
| We understand how the RJP/PTA will be a benefit, but what is the rationale on why the training is being done now during this part of the year? With possible surplus or hiring limited, why the push to do this now? | This new process is being implemented across the entire UFO organization and in many locations there is active hiring. By rolling the training out now, you will be ready when hiring does pick up. |
| Should the 1st line managers have company ID displayed when conducting the assessment? | It is always a good idea to have your company ID displayed when interacting with candidates. |
| Should the candidate have access to a business card from the manager? | It is not necessary to provide a business card to the candidate. Interaction outside of the RJP and PTA should be through Staffing. |
| During the PTA, the candidate has new information to share such as an updated contact number. What should we do with that information or how do we respond? | The candidate should provide this information to the Staffing contact they have working with (the person who scheduled them for the RJP/PTA). |
| What is the timeframe on having all 1st levels trained? | All 1st level managers (with the exception of those with performance issues) should be trained by May 31st. |
| For the future, can this training be added to the 1st level U-verse field manager training program | We would have to look into this. |

# Prem Tech RJP/PTA FAQs

| Question | Answer |
|---|---|
| (currently being conducted) as an additional module? | |
| What actions are being taking with Staffing to improve the initial screening and testing to have the most qualified candidates sent to us for the RJP/PTA? The root cause to this whole issue seems to be the initial staffing process. | HR Research has been working with Staffing and the UFO organization to review the entire staffing process for bringing on new Prem Techs. We do plan on making additional changes to the initial screening and testing process later this year. |
| As a result of the PTA and a "not qualified status," does the candidate still have an opportunity to be hired by Staffing, or will our decision hold the final or most of the final determination? | In order to be hired into a Prem Tech job, the candidate must qualify on the PTA. If they are NQ on the PTA, they cannot be hired into the Prem Tech job. They will be able to retest after 6 months. |
| Is the RJP video part of the initial screening that Staffing conducts? | There is a similar video available on att.jobs.com. We are hoping to update the video used in the RJP and keep the current video as more of a marketing tool. |
| Will the 1st level managers have a copy of the candidate's resume or application from the Staffing organization at the time of the RJP/PTA? | No. |
| Will Staffing contact the candidate "regardless" of the outcome? | Yes, the candidate will be contacted whether they qualify or not on the PTA. They may be contacted by phone or email. |
| The field orientation that is currently done includes a video overview of the prem tech job and we cover the responsibilities of the job role. Won't the RJP be a redundant step now? | The RJP does cover many of the same things covered in orientation, but we feel it is important for the candidate to have this information before they are hired so they can decide if the Prem Tech job is for them. |
| We have cases where Staffing passes the individual with no security issues found. Then, when Corporate Security conducts a check, they find the individual has a criminal record. Why doesn't Staffing catch all of this before we get the individual? | You will need to contact Staffing with any specific concerns you have on the background checks being conducted. |
| All 1st levels must be trained with the exception of those with current, documented performance issues. Does this only include formal PIPs or also informal PIPs and coaching plans? | Only those on formal, documented discipline are excludable, and, even then, they are excludable only while on the formal discipline.<br><br>Conducting the RJP and the PTA is a job duty of the first level now, so the goal is to include, not exclude, first levels. Consistent with that, we'd exclude only those on formal PIPs, in our view. |
| During the PTA, on question 1, is it okay to ask why they are not in a particular job anymore? | Yes, you may ask this, but don't push if the candidate does not want to go into detail on the reasons. This may lead down a path we don't |

# Prem Tech RJP/PTA FAQs

| Question | Answer |
|---|---|
|  | want to go. |
| When the candidates come for the RJP, should we check their IDs? | In order to allow external candidates onto AT&T property, you will most likely need to check IDs. It is also beneficial to verify the candidate's identity. |
| Who from the U-verse second level manager perspective was involved in developing the questions for the PTA? The focus on the customer is there, but there is no question on specific computer skills or technical aptitude. | HR Research worked with a group of Subject Matter Experts from across the UFO organization in the development of the PTA. Remember that the PTA is only one step in the selection process and we measure different things at the different steps. For example, candidates take the TMTF II which measures technical ability.<br><br>During the first question on the PTA, you may want to ask follow up questions around their previous experience/training/education related o the Prem Tech job (which includes technical and computer skills). |
| For the PTA "background/work experience" question, can the field manager probe on specifics such as opportunity to use tools, work with computers, software, etc? | Yes, you may probe into these areas as long as they are job-related. These questions are related to job fit. |
| Will there be an analysis as the field managers complete the PTAs to review the percent of candidates who are being qualified or not qualified per field manager? | We will monitor pass rate on the PTA. If Staffing starts to detect a problem (not able to fill jobs, etc), we may look into the pass rates by location or manager. |
| During the initial screening, does Staffing lay out the job requirements (as cited in the RJP) to the candidate? | The job requirements are presented to candidates in several places. Some are part of the prescreening questions candidates answer when applying for the job. Staffing also provided some information. The RJP's main purpose is to provide this information. |
| What do you do if the picture on the drivers license does not look like the employee? | Staffing has said this rarely, if ever, happens. If it did, you may request additional identification with a more recent picture. Contact Staffing if you are still not sure what to do in a specific situation. |
| Are the technical tests waived based on skills or degrees? | The TMTF II (Technical/Mechanical Test) is required for the Prem Tech position. There are exemptions available for candidates with certain degrees and experience. Staffing will determine eligibility. Even if a candidate is exempt on the TMTF II, they will still go through the RJP and PTA. |
| What do we do with people who have piercings (large holes in their ears) | Make sure the candidate understands our appearance policy and the consequences for not following the policy. Continue them on in the |

## Prem Tech RJP/PTA FAQs

| Question | Answer |
|---|---|
|  | process as you would all other candidates. If after the PTA you still have concerns, please discuss them with Staffing. |
| Can we manipulate the document to move Safety up on the document so that they talk about that first during the RJP? | When conducting the RJP, the manager has the ability to present the information in the order they see is best. The important thing is that all of the information is covered. |
| On the PTA Candidate Documentation Form, we fax the first sheet. Are we destroying the other pages? | You should fax the entire PTA Candidate Documentation Form to the Staffing fax numbers provided. Staffing will maintain the entire document. |