

*Rethink Possible*

# Premises Technician RJP/PTA Training

© 2010 AT&T Intellectual Property. All rights reserved. AT&T and the AT&T logo are trademarks of AT&T Intellectual Property.
AT&T Proprietary (Restricted) authorized individuals only

# Overview of the PT Selection Process



*The UFO organization conducts the RJP and PTA. Both the RJP and PTA <u>must</u> be conducted by trained First Level Field Managers

2   © 2010 AT&T Intellectual Property. All rights reserved. AT&T and the AT&T logo are trademarks of AT&T Intellectual Property.
AT&T Proprietary (Restricted) authorized individuals only



# Training Requirements for First Level Field Managers

<u>All</u> First Level Field Managers in the UFO organization must be trained to conduct the RJP and PTA

- Exceptions only for those managers with current, documented performance issues

Training for First Level Field Managers includes:

- Effective Selection Interviewing  (LMC course #50981780)
    - an online, interactive course that takes approximately 2 hours to complete.
- RJP/PTA Training
    - face to face training that takes approximately 4 hours to complete



3   © 2010 AT&T Intellectual Property. All rights reserved. AT&T and the AT&T logo are trademarks of AT&T Intellectual Property.
AT&T Proprietary (Restricted) authorized individuals only



# RJP/PTA Training Overview



PT Selection Process *(15 min)*

Conducting the RJP *(30 min)*

Review of Behavioral Interviewing *(60 min)*

Conducting the PTA *(30 min)*

Practice-PTA *(90 min)*

Summary/Next Steps/Q&A *(15 min)*

4   © 2010 AT&T Intellectual Property. All rights reserved. AT&T and the AT&T logo are trademarks of AT&T Intellectual Property.
AT&T Proprietary (Restricted) authorized individuals only

