

**PREMISES TECHNICIAN ASSESSMENT (PTA)**
**CANDIDATE DOCUMENTATION FORM**

| Candidate Name: | Date: |
|---|---|
| Taleo ID #: | Assessor ATTUID: |
| Requisition #: | Staffing Manager ATTUID: |

**Has this candidate completed the RJP and decided to continue on in the selection process?*   Yes   No**
   *The RJP must be conducted before the PTA is conducted

*Record the dimension ratings (1-5) in the table below. Add the dimension ratings together to create the Total score.*

| Dimension | Rating |
|---|---|
| Customer Focus | |
| Customer Education | |
| Conscientiousness | |
| Oral Communication | |
| Job Fit | |
| Professionalism | |
| **TOTAL** | |

*Use the table below to indicate whether or not the candidate is qualified. Candidates who receive a score of "1" on ANY dimension(s) are automatically Not Qualified, regardless of Total Score.*

**Qualification Status**

| | |
|---|---|
| Qualified (18 or above) | |
| Not Qualified (17 or below and/or 1 on a dimension) | |

| Comments |
|---|
| |

***Fax this form to the appropriate staffing fax number listed below after the ratings have been completed.***

   Southeast: 214-486-8106
   Midwest: 214-486-8107
   West: 214-486-8175
   East: 214-486-8187
   Southwest: 214-653-2224

HR Research                    Retention is 7 years                    Rev. 6/11
**RESTRICTED-PROPRIETARY INFORMATION**
The information contained herein is for use by authorized agents of AT&T Inc. only
and is not for general distribution within the Company.

# PREMISES TECHNICIAN ASSESSMENT (PTA)
# CANDIDATE DOCUMENTATION FORM



1. Please describe any work experience, education or training you have that you believe prepares you for the Prem Tech job.

2. Tell me about a time when you dealt with a customer who was angry or upset with you or the company you worked for.

| | |
|---|---|
| SITUATION | |
| BEHAVIOR | |
| OUTCOME | |

HR Research            Retention is 7 years            Rev. 6/11
**RESTRICTED-PROPRIETARY INFORMATION**
The information contained herein is for use by authorized agents of AT&T Inc. only
and is not for general distribution within the Company.

**PREMISES TECHNICIAN ASSESSMENT (PTA)**
**CANDIDATE DOCUMENTATION FORM**



| | |
|---|---|
| 3. Tell me about a time when you had to explain or demonstrate how to use a product to someone. (the candidate could also discuss a piece of equipment or software, a service, or an idea) ||
| **SITUATION** | |
| **BEHAVIOR** | |
| **OUTCOME** | |

| | |
|---|---|
| 4. Tell me about a time when you needed to overcome a difficult obstacle or problem in your work. ||
| **SITUATION** | |
| **BEHAVIOR** | |
| **OUTCOME** | |

HR Research                  Retention is 7 years                  Rev. 6/11
**RESTRICTED-PROPRIETARY INFORMATION**
The information contained herein is for use by authorized agents of AT&T Inc. only
and is not for general distribution within the Company.

**PREMISES TECHNICIAN ASSESSMENT (PTA)**
**CANDIDATE DOCUMENTATION FORM**



| Oral Communication/Professionalism Notes |
|---|
|  |

HR Research — Retention is 7 years — Rev. 6/11
**RESTRICTED-PROPRIETARY INFORMATION**
The information contained herein is for use by authorized agents of AT&T Inc. only
and is not for general distribution within the Company.

# PREMISES TECHNICIAN ASSESSMENT (PTA)
# ASSESSMENT GUIDE



### Instructions
The Premises Technician Assessment (PTA) is a structured set of questions designed to evaluate a candidate's readiness to function in a Premises Technician job. The PTA must be conducted individually by a trained First Level Field Manager. The candidate must have completed the RJP and decided to continue on in the selection process in order to be given the PTA.

Throughout the assessment, you must document the candidate's response to each question as well as the ratings given using the PTA Candidate Documentation Form.

### Introduction
Introduce yourself to the candidate and then set the stage by saying:

> *"We are about to begin the Premises Technician Assessment, or PTA. The purpose of the PTA is to determine whether your background and qualifications match that of the Premises Technician position. The assessment will last about 15 minutes. I will first ask you some general questions about your work experience and skills. Then we will spend some time talking about your past experiences. I will ask you to describe how you handled certain situations in the past. I will take notes throughout the process to ensure that I accurately record your responses. Do you have any questions before we begin?"*

### Asking the Questions
You should now ask each of the questions listed below in bold. Probe questions have been provided for use as necessary to gather a complete response. Candidates who do not have previous work experience should describe situations dealing with school or community activities.

1. **Please describe any work experience, education or training you have that you believe prepares you for the Prem Tech job.**

    Probes:   *What were the tasks or responsibilities you worked on?*
    *What are the things you most liked about your previous or current job? Why?*
    *What are the things you least liked about your previous or current job? Why?*

2. **Tell me about a time when you dealt with a customer who was angry or upset with you or the company you worked for.**

    Probes:   *Why was the person upset?*
    *How did you react?*
    *At what point did you intervene?*
    *What did you say?*
    *How did the customer respond?*
    *How did the situation turn out?*
    *How do you generally deal with others in similar situations?*
    *How would you deal with similar situations in the future?*

HR Research

**RESTRICTED-PROPRIETARY INFORMATION**
The information contained herein is for use by authorized agents of AT&T Inc. only
and is not for general distribution within the Company.

Rev. 4/11

# PREMISES TECHNICIAN ASSESSMENT (PTA)
# ASSESSMENT GUIDE



3. **Tell me about a time when you had to explain or demonstrate how to use a product to someone.**
   (the candidate could also discuss a piece of equipment or software, a service, or an idea)

   Probes:   *What was the product?*
   *Who was the person?*
   *What specific steps did you take?*
   *What methods did you use?*
   *What did you say?*
   *How did the situation turn out?*
   *How would you know if the person understood?*
   *What would you do if the person didn't understand your explanation?*

4. **Tell me about a time when you needed to overcome a difficult obstacle or problem in your work.**

   Probes:   *What was the situation?*
   *What were the obstacles?*
   *How did you overcome the obstacles?*
   *What did you do to maintain a high level of commitment?*
   *What were the results?*
   *What did you learn from this situation?*

### Closing the PTA
Once you have asked each of the questions, let the candidate know that the assessment is complete. Thank the candidate for their interest in AT&T and the Prem Tech position and let them know that Staffing will contact them with their qualification status. Escort the candidate out.

### Rating the PTA
Once you have asked each of the questions, you should immediately rate the PTA using the rating scales provided on the following pages. Dimension ratings and the candidate's qualification status should be recorded on the PTA Candidate Documentation Form.

### Providing Feedback
Staffing will provide feedback to candidates on whether or not they qualified. You should not give candidates their qualification status. In addition, you cannot provide candidates any specific score information or dimension feedback.

RESTRICTED-PROPRIETARY INFORMATION
The information contained herein is for use by authorized agents of AT&T Inc. only
and is not for general distribution within the Company.

# PREMISES TECHNICIAN ASSESSMENT (PTA)
# ASSESSMENT GUIDE



### Customer Focus
*Ability to listen and respond effectively and enthusiastically to customer questions, requests and problems; Ability to maintain a positive work attitude when working through problematic situations with customers; Maintains customers as the number one priority.*

5     Consistently maintains a positive upbeat manner regardless of first impression. Is able to calm irate customers. Asks questions and probes for information to thoroughly understand the problem or situation. Utilizes information gathered from listening and demonstrates sensitivity and a genuine interest in being of service to customers. Is proactive in finding ways to improve internal work functions. Identifies various alternatives to solving customer problems and selects the most reasonable solutions. Apologizes sincerely for company errors and takes personal responsibility for ensuring that the problem is resolved.

4

3     Generally exhibits a courteous and cooperative manner. Listens and is patient with an angry customer. Typically asks appropriate questions and demonstrates an understanding of a customer's problem or situation. May not be proactive in finding ways of being more efficient or viewing the situation from the customer's perspective. Often relies on customers to be forthright with their feelings and concerns. Can generally identify at least one way of appropriately resolving customer problems. Apologizes for company errors and works at having the problem or issue resolved.

2

1     Responds to customers in an apathetic or unfriendly manner. Reacts defensively to angry customers. Poor listener. Does not show any form of sensitivity or understanding towards a customer's problem. Blames others for errors, instead of assisting the customer to resolve the problem. If apologetic for any company errors, it lacks sincerity and does not acknowledge the customer's concern.

RESTRICTED-PROPRIETARY INFORMATION
The information contained herein is for use by authorized agents of AT&T Inc. only and is not for general distribution within the Company.

PREMISES TECHNICIAN ASSESSMENT (PTA)
ASSESSMENT GUIDE



**Customer Education**
*Ability to explain and demonstrate the use of products, equipment, and software to customers; Ability to effectively listen and determine when a customer needs additional education to become comfortable with a product or service.*

5   Adept at explaining both complex and non-complex information clearly and concisely. Is skillful and proactive in finding ways to teach/demonstrate products/equipment/software to customers. Selects the most appropriate method of teaching according to the customer's level of need. Answers questions thoroughly and accurately to ensure customer fully understands the procedures that are being explained/taught. Patiently rephrases information multiple times if customer does not understand.

4

3   Explains both complex and non-complex information clearly. Is capable of finding ways to teach/demonstrate products/equipment/software to customers. Selects the most appropriate method of teaching according to the customer's level of understanding. Answers questions satisfactorily and accurately to ensure customer understands the procedures that are being explained/taught. Is willing to rephrase information multiple times if customer does not understand.

2

1   Does not explain complex or non-complex information clearly. Has difficulty finding ways to teach/demonstrate products/equipment/software to customers. Is not able to adequately assess the customer's level of need. Does not ensure customer understands the procedures that are being explained/taught. Is reluctant to rephrase information multiple times if customer does not understand.

**RESTRICTED-PROPRIETARY INFORMATION**
The information contained herein is for use by authorized agents of AT&T Inc. only
and is not for general distribution within the Company.

# PREMISES TECHNICIAN ASSESSMENT (PTA)
# ASSESSMENT GUIDE



### Conscientiousness
*A drive to consistently meet work goals and deadlines according to organizational standards and expectations.*

5      Is consistently motivated to meet work goals and deadlines despite any obstacles or challenges. Has a high attention to detail and is extremely thorough. Takes personal responsibility for going "above and beyond" work requirements and goals.

4

3      Is able to finish what is started by overcoming obstacles. Double checks work to prevent errors. Takes personal responsibility for meeting work goals.

2

1      Has difficulty completing what is started. Is not attentive to detail and often makes errors. Tries to meet work goals, but does not follow through with required tasks. Easily blocked by challenges and obstacles to goals.

**RESTRICTED-PROPRIETARY INFORMATION**
The information contained herein is for use by authorized agents of AT&T Inc. only and is not for general distribution within the Company.

# PREMISES TECHNICIAN ASSESSMENT (PTA)
# ASSESSMENT GUIDE



### Oral Communication
*Ability to orally express ideas and thoughts in a clear, logical and pleasant manner.*

5      Always communicates in a very clear, organized and concise manner. Uses a pleasant tone of voice with appropriate inflection. Responds using reasonable and logical answers. Gets point across in a highly professional and enthusiastic manner. Actively listens to others and asks pertinent questions when necessary and appropriate. Extremely professional in style. In face-to-face administration, skillfully uses non-verbal responses or cues (eye contact and gestures) to assist in making a point or enhancing conversation. Does not use inappropriate non-verbal responses or cues.

4

3      Communicates clearly, using good grammar and a pleasant tone of voice. Answers are reasonable and logical. Listens attentively and knows when to ask questions for clarification. Is comfortable when speaking with others. In face-to-face administration, satisfactorily uses non-verbal responses or cues (eye contact and gestures). Does not use inappropriate non-verbal responses or cues.

2

1      Fails to communicate clearly. Makes many grammatical errors. Tone of voice is frequently harsh. Speaks in monotone inflection. Answers to questions are not logical or well organized. Poor listener. Unprofessional in style. In face-to-face administration, uses non-verbal responses or cues inappropriately by avoiding eye contact and using few gestures.

**RESTRICTED-PROPRIETARY INFORMATION**
The information contained herein is for use by authorized agents of AT&T Inc. only
and is not for general distribution within the Company.

**PREMISES TECHNICIAN ASSESSMENT (PTA)**
**ASSESSMENT GUIDE**



### Job Fit

*Extent to which a candidate's skills, interests and personal characteristics are compatible with the work requirements and job responsibilities.*

5      Work experience, education and training are highly compatible with the work requirements and job responsibilities. Expresses strong preferences for many essential characteristics of the job they are applying for such as dealing with customers, working independently, using simple diagnostic tools, working in various environments (outdoors and indoors), wearing appropriate safety equipment, performing physically demanding work (lifting materials), reviewing and interpreting work documents, working on a computer and dynamic work schedule.

4

3      Work experience, education and training are moderately compatible with the work requirements and job responsibilities. Did not express any strong dislikes for representative characteristics of the relevant job. Expresses satisfaction with some of the characteristics that are important to the job they are applying for such as dealing with customers, working independently, using simple diagnostic tools, working in various environments (outdoors and indoors), wearing appropriate safety equipment, performing physically demanding work (lifting materials), reviewing and interpreting work documents, working on a computer and dynamic work schedule.

2

1      Work experience, education and training are not compatible with the work requirements and job responsibilities. Expresses strong dislike for any characteristics of the job they are applying for such as dealing with customers, working independently, using simple diagnostic tools, working in various environments (outdoors and indoors), wearing appropriate safety equipment, performing physically demanding work (lifting materials), reviewing and interpreting work documents, working on a computer and dynamic work schedule.

**RESTRICTED-PROPRIETARY INFORMATION**
The information contained herein is for use by authorized agents of AT&T Inc. only and is not for general distribution within the Company.

## PREMISES TECHNICIAN ASSESSMENT (PTA)
## ASSESSMENT GUIDE



### Professionalism

*Ability to display courtesy, honesty and responsibility when dealing with others; Ability to create a positive first impression.*

5    Displays a very positive first impression. Consistently displays a high level of courtesy, honesty and responsibility when dealing with others.

4

3    Displays a positive first impression. Displays an appropriate level of courtesy, honesty and responsibility when dealing with others.

2

1    Makes a negative first impression. Does not display an appropriate level of courtesy, honesty and responsibility when dealing with others.

**RESTRICTED-PROPRIETARY INFORMATION**
The information contained herein is for use by authorized agents of AT&T Inc. only
and is not for general distribution within the Company.