| | |
|---|---|
| **From:** | VENDITTO, GRETCHEN (ATTSI) |
| **Sent:** | Monday, October 25, 2010 9:59 PM |
| **To:** | KOUNS, COY (ATTOHB); MUSTAKA, BARRY A (ATTSNET); PUGH, CHRISTOPHER D (ATTILB); KENNER, CASSANDRA M (ATTMIB); DALY, AMBER M (ATTPB); MARTINEZ, MARLON A (ATTPB); MARTIN, GREG F (ATTPB); BELL, PATRICK (ATTSWBT); DOWNEY, DANIEL R (ATTSWBT); BOTTORFF, LARRY R (ATTSWBT); BALL, RANDY K (ATTBST); SCARBROUGH, MICHAEL (ATTBST); WATON, JASON J (ATTBST); JONES, ERIC T (ATTBST); KRAFT, CRIS M (ATTSI); ALMARAZ, BERNIE (ATTSI); O'BRIEN, JOSEPH F (ATTSI) |
| **Cc:** | NELSON, JON (ATTSI); STEPHENS, JUDY B (ATTBST) |
| **Subject:** | Prem Tech RJP/PTI SME Committee |

Hello-

My name is Gretchen Venditto and I am part of the HR Research team. We are responsible for the development, validation and implementation of the selection tests used throughout AT&T. This includes the tests that candidates have to take in order to become a Prem Tech. Over the past several months, HR Research, along with Staffing, has been meeting with representatives from the UFO organization regarding the current Prem Tech selection process. As a result, we have identified several areas in which we plan to make changes. We will be implementing these changes in two phases.

We are now initiating work on Phase I. As part of this phase, we will:
1. Develop and implement an enhanced Realistic Job Preview (RJP) across all regions (an RJP is currently being conducted in the SE only)
2. Develop, validate and implement the field administered Premises Technician Interview (PTI)
3. Discontinue use of the Customer Service Assessment-Field (CSAF) (this is an interview currently being conducted by Staffing)

In order to develop and the validate the RJP and PTI, we need input from Subject Matter Experts (SMEs), those most familiar with the Prem Tech job. This is where you come in. You were selected by your leadership to serve on the SME Committee for this project. As part of the SME committee, you will be asked to complete a series of tasks through email and conference calls over the next several months. Each task will have a due date associated with it. Please do your best to meet these deadlines so we can stay on schedule. I've attached a Project Plan so you can know what to expect (look at the 4th tab). I will go ahead and schedule the AT&T Connect Meetings we will have over the next month or two so you will have them on your schedule and can plan to attend.


Project Plan-Phase I.xlsx

Task 1: Review and Edit Task and KSA Lists
**Your first task will be due Monday, November 1, 2010.** For this assignment, you will be asked to review and edit Task and KSA Lists. In order to develop and validate a new test, we need to complete a job analysis. This is where we collect information about a job, including compiling a list of all the tasks a Prem Tech is required to perform on the job along with a list of the knowledge, skills and abilities (KSAs) necessary to perform these tasks. Attached are previous versions of Task and KSA lists (these were used

when the Prem Tech job was first being created).  **Your task is to review these lists and make any edits, additions or deletions you feel necessary**.  Remember, our goal is to end up with a list of Tasks and KSAs that provide a complete picture of the Prem Tech job and the KSAs necessary to perform these tasks.  Please make your revisions in another color or highlight them so I can easily identify them.

  
Task List.doc    KSA List.doc

I know I have provided you a lot of information.  If you have any questions or concerns, please do not hesitate to call me.  I really appreciate your participation on this SME committee and look forward to working with you.

Thank you!
Gretchen


*Gretchen J. Venditto*
AT&T HR Research
208 S. Akard St. | Room 2210.19 | Dallas, TX | 75202
Phone: 214.757.5618 | Fax: 214.486.8166
E-mail: gv9461@att.com

AT&T Proprietary (Internal Use Only)
Not for use or disclosure outside the AT&T companies except under written agreement.

This e-mail and any files transmitted with it are the property of AT&T, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this message in error, please notify the sender at 214.757.5618 and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.