UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | ) |
| Individually and on Behalf of Others Similarly Situated, | ) No: 3:07CV967 (JCH) |
| PLAINTIFFS, | ) |
| v. | ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) |
| DEFENDANT. | ) |

**PLAINTIFFS' MOTION REQUESTING PERMISSION TO EXCUSE ATTORNEYS DAVID SANFORD AND ROGER ADELMAN FROM PRETRIAL CONFERENCE**

Pursuant to the Court's pretrial Scheduling Order dated June 22, 2011, Plaintiffs request that Attorneys David Sanford and Roger Adelman be excused from participating in the Pretrial Conference rescheduled for September 1, 2011.  Attorneys Sanford and Adelman respectfully request that they be excused in order to attend to work commitments that they could not reschedule requiring both attorneys to be on the West Coast until after September 5, 2011.  All of Plaintiffs' other trial counsel, including Attorneys Wittels, Melzer, Bains, Eubanks, Marcuse, and Clark, will be present at the September 1 conference.

Both Attorneys Sanford and Adelman are experienced trial attorneys who will review the transcript of pretrial conference proceedings and confer with Attorney Wittels and other trial counsel for Plaintiffs in attendance.  Therefore, both attorneys will be ready for trial fully familiar with all of the Court's requirements addressed during the Pretrial Conference.

Accordingly, Plaintiffs respectfully request that Attorneys Sanford and Adelman be excused from participation at the pretrial conference due to their preexisting commitments through September 5, 2011.

                                       Respectfully Submitted,

Dated: August 30, 2011         /s/  Steven L. Wittels
                                      Steven Wittels, (SLW-8110)
                                      Jeremy Heisler, (JH-0145)
                                      **SANFORD WITTELS & HEISLER, LLP**
                                      1350 Avenue of the Americas, 31st Floor
                                      New York, NY 10019
                                      Telephone: (646) 723-2947
                                      Facsimile: (646) 723-2948

                                      David W. Sanford
                                      **SANFORD WITTELS & HEISLER, LLP**
                                      1666 Connecticut Avenue, N.W., Suite 310
                                      Washington, D.C. 20009
                                      Telephone: (202) 742-7780
                                      Facsimilie: (202) 742-7776

                                      Edmond Clark
                                      **Law Office of Edmond Clark**
                                      83 Scotland Avenue
                                      Madison, CT 06443-2501
                                      Telephone: (203) 245-4602
                                      Fax: (203) 245-9734
                                      eclarkmadisonlaw@aol.com

                                      *Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via ECF this 30th day of August, 2011 upon the following counsel of record:

**Patrick Shea**
Paul Hastings
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
212-318-6405
Fax: 212-752-2542
Email: patrickshea@paulhastings.com

*Attorneys for Defendant*


____/s/ Steven L Wittels_____
          Steven L. Wittels