UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | ) |
| Individually and on Behalf of Others Similarly Situated, | ) No: 3:07CV967 (JCH) |
| PLAINTIFFS, | ) |
| v. | ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) |
| DEFENDANT. | ) |

NOTICE OF COMPLIANCE WITH PRETRIAL ORDER: PLAINTIFFS'
**PRELIMINARY GLOSSARY OF TERMS**

Pursuant to Paragraph 14 of the Court's June 22, 2011 Scheduling Order (Docket No. 367), Plaintiffs hereby submit their preliminary glossary of terms. Plaintiffs provide this glossary to assist the Court and will update it as necessary.

| Acronym/Term | Description |
|---|---|
| C&E | Construction and Engineering |
| DITL | Day in the Life; the company's studies and conclusions about the typical day (including hours and duties) of a Level One employee, performed between 2007 and 2009 |
| Duty/Duty Pay | Plaintiffs and the Level Ones are required to perform duty, during which they are on-call for a 24/7 period for an entire week and/or are required to work weekends. Level Ones used to receive lump duty pay for working duty. |

| Acronym/Term | Description |
|---|---|
| GJi8 | Good Jobs in 8, how many jobs a tech successfully completes in 8 hours |
| I&M | Installation and Maintenance |
| I&R | Installation and Repair |
| I10 | How many Installations return as unsuccessful within 10 days |
| IRT | Installation and Repair Technician |
| Level Three, L3, Third Level | Directors, the head of a particular local organization |
| Level Two, L2, Second Level, AM | Area Managers, the Level Ones immediate superiors |
| MSOC | Management Systems Operating Control |
| NDT | Network Delivery Technician or Network Deployment Technician |
| OPT | Outside Plant Technician |
| Prem Tech | Premises Technician |
| R10 | How many Repairs return as unsuccessful within 10 days |

| Acronym/Term | Description |
|---|---|
| SBC | Southwestern Bell Co. |
| SDT | Service Delivery Technician |
| SNET | Southern New England Telephone Company |
| SPEAR | SNET's system for paying duty pay and special extended effort payments to Level Ones |
| Straw Boss | Also known as Assistant Construction Supervisor. Straw bosses were working foremen, who worked on line crews in C&E and helped out the L1s with administrative duties. Straw bosses were non-exempt and were paid overtime. The company discontinued the position in 2008. |
| TACR | The AT&T Customer Rules |
| Tech | Technician |
| U-Verse | AT&T's customer service package for television, phone, and internet |
| VCB | Visual Communications Board |
| VTS | SNET's system for GPS tracking on the techs' vehicles |
| WEBADD | AT&T's system for L1s to enter forms and information into the computer |

4

          Respectfully Submitted,

Dated: August 31, 2011    <u>/s/ Steven L. Wittels</u>
          Steven Wittels, (SLW-8110)
          Jeremy Heisler, (JH-0145)
          **SANFORD WITTELS & HEISLER, LLP**
          1350 Avenue of the Americas, 31st Floor
          New York, NY 10019
          Telephone: (646) 723-2947
          Facsimile: (646) 723-2948

          David W. Sanford
          **SANFORD WITTELS & HEISLER, LLP**
          1666 Connecticut Avenue, N.W., Suite 310
          Washington, D.C. 20009
          Telephone: (202) 742-7780
          Facsimile:  (202) 742-7776

          Edmond Clark
          **Law Office of Edmond Clark**
          83 Scotland Avenue
          Madison, CT 06443-2501
          Telephone: (203) 245-4602
          Fax: (203) 245-9734
          eclarkmadisonlaw@aol.com

          *Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via ECF this 31st day of August, 2011 upon the following counsel of record:

**Patrick Shea**

Paul Hastings

Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022

212-318-6405
Fax: 212-752-2542

Email: patrickshea@paulhastings.com

*Attorneys for Defendant*

    /s/ Steven L Wittels_____

        Steven L. Wittels