Civil- (Dec-2008)

HONORABLE: _____
DEPUTY CLERK _____   RPTR/ECRO/TAPE _____
TOTAL TIME: ____ hours ____ minutes
DATE: _____ START TIME: _____ END TIME: _____
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

J. Heisler, A. Melzer,
S. Eubanks, S. Wittles,
D. Bains, D. Marcuse & E. Clark
_____
Plaintiff's Counsel

vs

_____
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing       X PRETRIAL CONFERENCE

☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …..# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ …. Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____  ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____