UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | |
| Individually and on Behalf of Others Similarly Situated, | CIVIL ACTION NO. 3:07CV967 (JCH) |
| PLAINTIFFS, | |
| | SEPTEMBER 6, 2011 |
| v. | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | |
| DEFENDANT. | |

## DEFENDANT'S WITNESS LIST

Pursuant to the Court's instructions, Defendant Southern New England Telephone Company ("SNET" or "Defendant") submits the following witness list.

**I.      WITNESSES THAT DEFENDANT WILL CALL AT TRIAL**

| NAME | TITLE | ADDRESS | DESCRIPTION OF ANTICIPATED TESTIMONY |
|---|---|---|---|
| Greg Albert | SNET First Level Manager/Opt-in Plaintiff | 125 S. Main St. 1st floor West Hartford, CT   06107 | Testimony regarding job duties and hours worked |
| John Andrasik | Former SNET Director – Construction & Engineering; AT&T – Director Labor Relations | 310 Orange St. 5th floor New Haven, CT   06510 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Michael Blasko | SNET First Level Manager/Opt-in Plaintiff | 4 Hamilton St. 2nd floor New Haven, CT   06511 | Testimony regarding job duties and hours worked |
| Richard Burke | Former SNET Director – Network | 50 Heather Rd Monroe, CT   06468 | Testimony regarding First Level Manager duties generally, as well |

|  | Services |  | as testimony specific to particular opt-in trial witnesses |
|---|---|---|---|
| John Buxton | SNET Area Manager- Construction & Engineering | 40 Brainard Rd. Hartford, CT   06114 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Rick Campanelli | AT&T - Lead Analyst, Asset Protection | 310 Orange St. 10th floor New Haven, CT   06510 | Testimony regarding knowledge of first level manager duties as they relate to Asset Protection investigations |
| Dan Chantlos | SNET Area Manager – U-Verse Network Services | 1175 Woodend Rd Stratford, CT   06615 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Glen Damboise | SNET First Level Manager/Opt-in Plaintiff | 40 Brainard Rd. Hartford, CT   06114 | Testimony regarding job duties and hours worked |
| Steve Gemmell | SNET Area Manager - Network Services | 40 Brainard Rd. Hartford, CT   06114 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Yevgeny Klimov | Vice President & Managing Director, DOAR Litigation Consulting | DOAR Litigation Consulting 170 Earle Avenue Lynbrook, NY 11563 | Testimony regarding creation of database from SNET time-stamped business records |
| Richard Kreuzer | SNET Area Manager – Network Services | 85 Main St. 1st Bristol, CT   06010 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial |

| | | | |
|---|---|---|---|
| | | | witnesses |
| David Lamoreaux | Vice President, CRA International | 1545 Raymond Diehl Road Suite 260 Tallahassee, Florida 32308 | Expert testimony regarding damages |
| Louis Lastrina | SNET Area Manager – Network Services | 550 Highland Av. 1st floor Middletown, CT   06457 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Deborah MacDonald | Former AT&T Director Labor Relations | 310 Orange St 5th floor New Haven, CT   06510 | Testimony regarding knowledge of first level manager duties, including, but not limited to, first level involvement with discipline, grievances, and arbitrations |
| Joseph Martone | SNET Area Manager – Network Services | 325 Morse St. 1st floor Hamden, CT   06517 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Cathy McDonald | SNET Area Manager – U-Verse Network Services | 555 Lakewood Rd Waterbury, CT   06704 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Stewart "Buddy" McElhannon | AT&T Director, Network Process & Quality | 675 W. Peachtree St. NW Atlanta, GA   30375 | Testimony regarding Day in the Life initiative and the MSOC system |
| Steve McNamara | SNET Director – U-verse Network Services | 10 Willard Rd Fl. 1 Norwalk, CT   06851 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Barry Mustaka | SNET First Level Manager/Opt-in | 1175 Woodend Rd Fl. 1 | Testimony regarding job duties and hours |

| | Plaintiff | Stratford, CT   06615 | worked |
|---|---|---|---|
| John Sullivan | SNET - Network Process & Quality Manager | 40 Court Street<br>New Britain, CT   06051 | Testimony regarding knowledge of first level manager duties generally and MSOC |
| John Nasznic | AT&T Lead Labor Relations Manager | 310 Orange Street<br>5th floor<br>New Haven, CT   06510 | Testimony regarding knowledge of first level manager duties, including, but not limited to, testimony regarding first level involvement with discipline, grievances, and arbitrations |
| John Tait | SNET First Level Manager/Rule 23 Plaintiff | 1629 King St<br>1st floor<br>Enfield, CT   06082 | Testimony regarding job duties and hours worked |

**II.     WITNESSES THAT DEFENDANT MAY CALL AT TRIAL**

| NAME | TITLE | ADDRESS | DESCRIPTION OF ANTICIPATED TESTIMONY |
|---|---|---|---|
| Elisa Aiello | AT&T Senior Risk Specialist | 200 W AT&T Center Dr – Z2, Room 3C09B<br>Hoffman Estates, IL 60192 | Testimony regarding knowledge of first level manager duties, including, but not limited to, property damage and other risk management issues |
| Richard Aitro | Former SNET Director – Construction & Engineering | 2 Ridgetop Lane<br>North Branford, CT 06471 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Lawrence Albert | SNET First Level Manager/Opt-in Plaintiff | 85 Main St.<br>1st floor<br>Bristol, CT   06010 | Testimony regarding job duties and hours worked |

| Bruce Austin | AT&T – Senior Admin. Environmental Health & Safety | 310 Orange St. New Haven, CT  06510 | Testimony regarding knowledge of first level manager duties including, but not limited to, safety management and first level involvement in accident investigations |
| Gregory Austin | SNET Director – Construction & Engineering | 1441 N. Colony Rd, Meriden, CT 06450 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Nicole Barnes | AT&T - HR Employee Relations Manager II | 105 Auditorium Cir. San Antonio, TX  78205 | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline and performance management |
| Peter Barney | SNET First Level Manager/Opt-in Plaintiff | 4 Hamiliton St. 2nd floor New Haven, CT  06511 | Testimony regarding job duties and hours worked |
| Harry Bermas | AT&T – Lead Analyst Asset Protection | 310 Orange St, 10th floor New Haven, CT  06510 | Testimony regarding knowledge of first level manager duties as they relate to Asset Protection investigations |
| Bryan Brevard | SNET First Level Manager/Opt-in Plaintiff | 4 Hamilton St. 2nd floor New Haven, CT  06511 | Testimony regarding job duties and hours worked |
| Lynn Brown | SNET First Level Manager/Opt-in Plaintiff | 40 Brainard Rd. 1st floor Hartford, CT  06114 | Testimony regarding job duties and hours worked |
| Tom Brzezinski | Former AT&T Director, | 108 North Park Dr Golden Lake | Testimony regarding knowledge of first level |

|  | Compensation | Oconomowoc, WI   53066 | management compensation and benefits |
|---|---|---|---|
| Fred Bucchieri | SNET Area Manager – OSP Planning & Engineering Design | 1441 N. Colony Rd. 1st floor Meriden, CT   06450 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Sharon Clark | SNET First Level Manager/Opt-in Plaintiff | 10 Willard Rd. Norwalk, CT   06851 | Testimony regarding job duties and hours worked |
| Mark Daley | SNET Senior Network Process & Quality | 545 Long Wharf Dr. 3rd floor New Haven, CT   06511 | Testimony regarding knowledge of first level manager duties generally |
| Peter Dean | Former SNET Area Manager, Network Services | 126 Parker Rd East Haddam, CT   06423 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Leslie Dernulc | AT&T HR Employee Relations Manager II | 7220 Kennedy Ave. Fl. 1 Hammond, IN   46323 | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline and performance management |
| Brian DiMeo | Ameritech – Network Force Load Analyst | 23500 Northwetern Hwy Bldg C, C200 Southfield, MI   48075 | Testimony regarding knowledge of first level manager duties, including, but not limited to, testimony regarding work allocation and scheduling |

| Marianne Esposito | Former SNET AVP Construction & Engineering | 27 Shelter Harbour Rd Westbrook, CT 06498 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
|---|---|---|---|
| Mark Fusco | SNET – Lead HR Specialist/Generalist | 310 Orange St 5th floor New Haven, CT 06510 | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline, grievances, and arbitrations |
| Roger Gantenbein | SNET Area Manager - U-Verse Network Services | 40 Brainard Rd 1st floor Hartford, CT 06114 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Paul Garych | SNET First Level Manager/Opt-in Plaintiff | 4 Hamilton St. New Haven, CT 06511 | Testimony regarding job duties and hours worked |
| Robert Georgini | Former SNET Area Manager – Network Services | 496 Wigwam Road Kensington, CT 06037 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Shanita Gilbert | BellSouth – Network Force Load Analyst | 754 Peachtree St NE Atlanta, GA 98218 | Testimony regarding knowledge of first level manager duties including, but not limited to, work allocation and scheduling |
| Dan Gill | Former SNET Area Manager – Network Services | 1422 Unquowa Road Fairfield, CT 06824 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial |

| | | | witnesses |
|---|---|---|---|
| Marc Hanna | Former SNET Area Manager – Network Services | 75 Tinker Pond Rd Bolton, CT   06043 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| James Hsu | AT&T HR Employee Relations Manager II | 225 W. Randolph St. Z1 Chicago, IL   60606 | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline and performance management |
| G.W. Hungerford | Former SNET Area Manager; AT&T – Senior Network Process & Quality Manager | 555 Lakewood Rd 1st floor Waterbury, CT   06704 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Michael Imbriglio | SNET -Area Manager – Construction & Engineering | 578 Vauxhall St. Ext. 1st Waterford, CT   06385 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Peter Johnson | SNET Area Manager – Consruction & Engineering | 1175 Woodend Rd 1st Stratford, CT   06615 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Robert Judge | Former SNET Area Manager; SNET Network Services Support | 128 Grove St Unit 1B Clinton, CT   06413 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |

| Patrick Kavanaugh | SNET First Level Manager/Opt-in Plaintiff | 32 Commerce Dr North Branford, CT 06471 | Testimony regarding job duties and hours worked |
|---|---|---|---|
| Fred Kisiday | Former SNET Area Manager; AT&T Mobility – Director Construction & Engineering | 45 Erieview Plz Cleveland, OH   44114 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Andrea Konetchy | Former SNET Director Operations Center | 762 Orange Street New Haven, CT   06511 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Michael Lombardi | SNET Area Manager OSP Planning & Engineering Design | 1175 Woodend Rd 1st floor Stratford, CT   06615 | Testimony regarding knowledge of first level manager duties generally |
| Jeff McKinney | AT&T Director, Quality Management | 675 W. Peachtree St. NW Atlanta, GA   30375 | Testimony regarding knowledge of first level manager duties as they relate to MSOC |
| Debi Neal | AT&T - Lead HR Specialist/Generalist | 2700 Watt Ave Sacramento, CT   95821 | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline and performance management |
| Libby Neeley | AT&T HR Employee Relations Manager II | 826 E. Park Dr. Grayson, KY   41143 | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline and performance management |
| Jerry Nuzzo | SNET First Level Manager/Opt-in | 4 Hamilton St | Testimony regarding job duties and hours |

|  | Plaintiff | New Haven, CT   06511 | worked |
|---|---|---|---|
| Marlene Parks | AT&T Senior Risk Management | 337 Milligan Rd Sparta, TN   38583 | Testimony regarding knowledge of first level manager duties as they relate to risk management issues |
| Dwight Phelps | Former SNET - Senior Technical Support Analysis Network | 7 Middle Dr Windsor Locks, CT 06096 | Testimony regarding knowledge of first level manager duties including, but not limited to, first level participation in restorations |
| Larry Pollack | SNET First Level Manager/Opt-in Plaintiff | 40 Brainard Rd 1st floor Hartford, CT   06114 | Testimony regarding job duties and hours worked |
| Shelli Reaves | Ameritech – Network Force Load Analyst | 23500 Northwestern Hwy, Bldg C Southfield, MI   48075 | Testimony regarding knowledge of first level manager duties including, but not limited to, work allocation and scheduling |
| Ed Saavedra | Former SNET Director; AT&T - AVP – Network Services | 1 AT&T Way Bedminster, NJ   07921 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Jeffrey Schena | SNET First Level Manager/Opt-in Plaintiff | 134 Club Rd North Windham, CT 06256 | Testimony regarding job duties and hours worked |

| Eric Schneider | AT&T Mobility - Area Manager Construction & Engineering | 500 Enterprise Dr Rocky Hill, CT   06067 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
|---|---|---|---|
| Robert Secondi | Former SNET Area Manager – Network Services | 27 Deerwood Avenue Milford, CT   06460 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| David Sheehan | Former SNET Area Manager; AT&T - Mobility Professional Tech. Proj Management | 500 Enterprise Dr Fl. 1 Rocky Hill, CT   06067 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Lawrence St. John | Former SNET Area Manager – Network Services | 80 St,. John Rd Jewett City, CT   06351 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Donald Sylvain | Former SNET Manager – Construction & Engineering | 37 Hull Road Madison, CT   06443 | Testimony regarding knowledge of first level manager duties including, but not limited to, safety management and first level involvement with accident investigations |
| Rick Trevethan | Former SNET Area Manager; SNET Engineer | 32 Olive Street Newington, CT   06111 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |

| | | | |
|---|---|---|---|
| Jane Van Allen | AT&T Senior Network Support | 40 Brainard Rd Hartford, CT   06114 | Testimony regarding knowledge of first level manager duties including, but not limited to, first level participation in restorations |
| Dan Wiley | AT&T Director – Installation & Repair | 7201 Far Hills Ave 1st floor Centerville, OH   45459 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Paul Zelenski | Former SNET Area Manager; BellSouth Area Manager, Construction & Engineering | 8171 Baymeadows Way W. F1 Jacksonville, FL   32256 | Testimony regarding First Level Manager duties generally, as well as testimony specific to particular opt-in trial witnesses |
| Kevin Zupkus | AT&T Assistant Vice President, Labor Relations | 310 Orange St 5th floor New Haven, CT   06510 | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline, grievances, and arbitrations |

**III.   WITNESSES DEFENDANT MAY CALL TO INDIVIDUALLY AUTHENTICATE BUSINESS RECORDS UNDERLYING THE KLIMOV DATABASE**

If Plaintiffs are unwilling to stipulate that the database of their expert, Yevgeny Klimov (withdrawn by Plaintiffs on August 22, 2011), was created using admissible time-stamped business records, Defendant will be required to individually authenticate each type of business record underlying the Klimov database.  A list of individuals who may be needed to authenticate these business records includes, but is not limited to:

| NAME | TITLE | ADDRESS | DESCRIPTION OF ANTICIPATED TESTIMONY |
|---|---|---|---|
| Mary B. Anderson | Director IT | 11760 US Hwy One North Palm Beach, FL 33408 | Testimony regarding opt-in cell phone, text messaging, and cell data records |
| Roger Daniel | Sr. Specialist – CRE Global Field Support | 208 S Akard St. Dallas, TX 75202 | Testimony regarding badge swipe data |
| Lito Fernando | Sr. Data Analyst | 1 AT&T Way Bedminster, NJ 07921 | Testimony regarding VPN login data, email header data, and full content email data for random sample of 20 plaintiffs |
| David Gawlinski | Sr. Technical Director | 20309 North Creek Pkwy Bothell, WA 98011 | Testimony regarding WebAdd data |
| Tom McDonald | Sr. Specialist – Application Developer | 299 Main St. S Woodbury, CT 06798 | Testimony regarding callout database data |
| Barry Queen | Sr. Specialist – Network Support | 310 Himes Dr. Euless, TX 76039 | Testimony regarding WebAdd data |
| Michelle Zollman | Executive Director - Payroll | 909 Chestnut St. Saint Louis, MO 63101 | Testimony regarding SPEAR data and biweekly pay data |

Dated: New York, New York
       September 6, 2011

Respectfully submitted,

By: /s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

Leslie A. Dent (PHV 03877)
John F. Wymer, III (PHV 03876)
Erika L. Leonard (PHV 03875)
Paul Hastings LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
lesliedent@paulhastings.com
johnwymer@paulhastings.com
erikaleonard@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** <br><br> **Individually and on Behalf of Others Similarly Situated,** <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** <br><br> **DEFENDANT.** | CIVIL ACTION NO. 3:07CV967 (JCH) <br><br><br> SEPTEMBER 6, 2011 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2011, a copy of foregoing DEFENDANT'S WITNESS LIST was filed electronically and served by U.S. mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

*Attorney for Defendant SNET*

LEGAL_US_W # 69007850.2