UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | |
| **Individually and on Behalf of Others Similarly Situated,** | **CIVIL ACTION NO. 3:07CV967 (JCH)** |
| **PLAINTIFFS,** | |
| **v.** | **SEPTEMBER 6, 2011** |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | |
| **DEFENDANT.** | |

## <u>NOTICE REGARDING THOMAS BRZEZINSKI</u>

Pursuant to the Court's instructions, Defendant Southern New England Telephone

Company ("SNET" or "Defendant") verifies that Thomas Brzezinski has signed no agreement

with AT&T or SNET which would obligate him to appear to testify in this matter, on behalf of

either party.

Dated: New York, New York
      September 6, 2011

Respectfully submitted,

By:   /s/ Patrick W. Shea
      Patrick W. Shea (CT07071)
      Paul Hastings LLP
      75 East 55th Street
      New York, NY 10022
      Telephone: (212) 318-6000
      Facsimile: (212) 319-4090
      patrickshea@paulhastings.com

Leslie A. Dent (PHV 03877)
John F. Wymer, III (PHV 03876)
Erika L. Leonard (PHV 03875)
Paul Hastings LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
lesliedent@paulhastings.com
johnwymer@paulhastings.com
erikaleonard@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | |
| **Individually and on Behalf of Others Similarly Situated,** | **CIVIL ACTION NO. 3:07CV967 (JCH)** |
| **PLAINTIFFS,** | |
| **v.** | **SEPTEMBER 6, 2011** |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | |
| **DEFENDANT.** | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 6, 2011, a copy of foregoing NOTICE REGARDING THOMAS BRZEZINSKI was filed electronically and served by U.S. mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Patrick W. Shea</u>
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

*Attorney for Defendant SNET*

LEGAL_US_W # 68995339.1