UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | ) |
| Individually and on Behalf of Others Similarly Situated, | ) No: 3:07CV967 (JCH) |
| PLAINTIFFS, | ) |
| v. | ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) |
| DEFENDANT. | ) |

**PLAINTIFFS' MOTION REQUESTING PERMISSION TO EXCUSE ATTORNEYS DAVID SANFORD, ROGER ADELMAN, AND DEBORAH MARCUSE FROM THE SEPTEMBER 9, 2011 PRETRIAL CONFERENCE**

Pursuant to the Court's pretrial Scheduling Order dated June 22, 2011, Plaintiffs request that Attorneys David Sanford, Roger Adelman, and Deborah Marcuse be excused from participating in the continuation of the Pretrial Conference now scheduled for September 9, 2011. Attorneys Sanford and Adelman both have commitments in Washington, DC that they cannot reschedule: Attorney Sanford must accompany a family member to a medical appointment, and Attorney Adelman must attend to legal matters he could not postpone. Attorney Marcuse has an urgent family matter that requires her to travel to Massachusetts on September 9. All of Plaintiffs' other trial counsel will be present at the September 9 conference.

Attorneys Sanford, Adelman and Marcuse will review the transcript of the September 9 pretrial conference proceedings and confer with Attorney Wittels and other trial counsel for

Plaintiffs in attendance. All attorneys will be ready for trial fully familiar with all of the Court's requirements addressed during the September 9 session. Accordingly, Plaintiffs respectfully request that Attorneys Sanford, Adelman and Marcuse be excused from participation at the pretrial conference due to their preexisting commitments.

                                                Respectfully Submitted,

Dated: September 6, 2011        /s/_ Steven L. Wittels
                                                Steven Wittels, (SLW-8110)
                                                Jeremy Heisler, (JH-0145)
                                                **SANFORD WITTELS & HEISLER, LLP**
                                                1350 Avenue of the Americas, 31st Floor
                                                New York, NY 10019
                                                Telephone: (646) 723-2947
                                                Facsimile: (646) 723-2948

                                                David W. Sanford
                                                **SANFORD WITTELS & HEISLER, LLP**
                                                1666 Connecticut Avenue, N.W., Suite 310
                                                Washington, D.C. 20009
                                                Telephone: (202) 742-7780
                                                Facsimile:  (202) 742-7776

                                                Edmond Clark
                                                **Law Office of Edmond Clark**
                                                83 Scotland Avenue
                                                Madison, CT 06443-2501
                                                Telephone: (203) 245-4602
                                                Fax: (203) 245-9734
                                                eclarkmadisonlaw@aol.com

                                                *Attorneys for Plaintiffs and the Class*