UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | |
| **Individually and on Behalf of Others Similarly Situated,** | **CIVIL ACTION NO. 3:07CV967 (JCH)** |
| **PLAINTIFFS,** | |
| | **SEPTEMBER 8, 2011** |
| **v.** | |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | |
| **DEFENDANT.** | |

## AMENDED NOTICE REGARDING THOMAS BRZEZINSKI

Pursuant to the Court's instructions, Defendant Southern New England Telephone Company ("SNET" or "Defendant") verified on September 6, 2011 that Thomas Brzezinski had signed no agreement with AT&T or SNET which would obligate him to appear to testify in this matter, on behalf of either party.  See Notice Regarding Thomas Brzezinski [Doc. 478]. Following SNET's filing of this notice, and upon review of the transcript from the Court's September 1, 2011 pretrial conference hearing, the parties agreed that the Court's oral order regarding SNET's duty to verify Mr. Brzezinski's obligations was broader than the subject matter included in SNET's original notice.  SNET subsequently investigated whether Mr. Brzezinski signed any documents creating further obligations of **any kind** to the Company and confirmed that he did not.  Defendant thus further verifies that Mr. Brzezinski retired from SNET without any employee exit package or other agreement setting forth any continuing obligations to the Company.

- 2 -

Dated:  New York, New York                    Respectfully submitted,
        September 8, 2011

                                            By:   /s/ Patrick W. Shea
                                                  Patrick W. Shea (CT07071)
                                                  Paul Hastings LLP
                                                  75 East 55th Street
                                                  New York, NY 10022
                                                  Telephone: (212) 318-6000
                                                  Facsimile: (212) 319-4090
                                                  patrickshea@paulhastings.com

                                                  Leslie A. Dent (PHV 03877)
                                                  John F. Wymer, III (PHV 03876)
                                                  Erika L. Leonard (PHV 03875)
                                                  Paul Hastings LLP
                                                  600 Peachtree Street, N.E., Suite 2400
                                                  Atlanta, Georgia 30308
                                                  Telephone: (404) 815-2400
                                                  Facsimile: (404) 815-2424
                                                  lesliedent@paulhastings.com
                                                  johnwymer@paulhastings.com
                                                  erikaleonard@paulhastings.com

                                                  Counsel for Defendant
                                                  SOUTHERN NEW ENGLAND
                                                  TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,**<br><br>**Individually and on Behalf of Others Similarly Situated,**<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**SOUTHERN NEW ENGLAND TELEPHONE COMPANY,**<br><br>**DEFENDANT.** | CIVIL ACTION NO. 3:07CV967 (JCH)<br><br><br>SEPTEMBER 8, 2011 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2011, a copy of foregoing AMENDED NOTICE REGARDING THOMAS BRZEZINSKI was filed electronically and served by U.S. mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

*Attorney for Defendant SNET*

LEGAL_US_W # 69043766.1