UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. Perkins, et al., | ) |
| Individually and on Behalf of Others Similarly Situated, | ) No: 3:07CV967 (JCH) |
| PLAINTIFFS, | ) |
| v. | ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) |
| DEFENDANT. | ) |

## PLAINTIFFS' WITNESS LIST

Pursuant to the Court's September 1, 2011 Order (Docket No. 474) Plaintiffs submit the following witness list.

### I. WITNESSES THAT PLAINTIFF WILL CALL AT TRIAL

| Witness Name | Title | Address | Expected Testimony |
|---|---|---|---|
| Maureen Anderson | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Andrew Bekech | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Gregory Ensling | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Joseph Kiely | Level One Opt-In Plaintiff | c/o Sanford | Testimony regarding the duties, authority, hours, and |

|  |  | Wittels & Heisler | compensation of Level Ones and technicians |
|---|---|---|---|
| James Lane | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| William Lechnar | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Michael McDermott | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Thomas McKeon | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Edward Miller | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Charles Nixon | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| William Poirier | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Louis Rogulski | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |

| Thomas Troiano | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
|---|---|---|---|
| Tom Brzezinski | AT&T Director | Address to be provided by SNET | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Cindy Bucks | AT&T Vice President | Current AT&T employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Daniel Chantlos | Level Two Manager | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Dan Coffin | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Howard Coling | Technician | 45 Sagamore Drive, Seymour, CT 06483 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Richard Drogin, Ph.D. | Professor Emeritus from California State University | c/o Sanford Wittels & Heisler | Expert testimony regarding damages. |
| Bob Georgini | Level Two Manager | 496 Wigwam Road, Kensington, CT 06037 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |

3

| Mark Fauxbel | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| --- | --- | --- | --- |
| Peter Mazzadra | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Stewart (Buddy) McElhannon | AT&T Director | Current AT&T employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Jeff McKinney | AT&T Director | Current AT&T employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| William Novella | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Larry St. John | Level Two Manager | 80 St. John Road, Jewett City, CT 06351 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |

## II. WITNESSES THAT PLAINTIFFS MAY CALL AT TRIAL

| Frank Baranowsky | Level One Opt-In | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| --- | --- | --- | --- |
| Laura Reynolds | Level One Opt-In | c/o Sanford Wittels | Testimony regarding the duties, authority, hours, and compensation of Level Ones and |

|  |  | &Heisler | technicians |
|---|---|---|---|
| Peter Dean | Level Two Manager | 126 Parker Rd. East Haddam, CT 06423 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Mark House | Technician |  | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Michael Imbriglio | Level Two Manager | 578 Vauxhall St. Ext. 1st Waterford, CT 06385 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Charlie Isom | AT&T Vice President | Updated address to be provided by SNET | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Richard Kreuzer | Level Two Manager | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Peter Johnson | Level Two Manager | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Marcus Little | Technician | 145 Damascus Road, Branford, CT 06405 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |

| Paul Ouellette | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
|---|---|---|---|
| Stephen Tar | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| All witnesses listed on Defendants' Level One Witness List | | | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| All witnesses listed on Defendants non-Level One Witness List (subject to Plaintiffs' MIL #13 on SNET's non-L1 witness list) | | | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| All witnesses required to authenticate documents | | | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |