UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. Perkins, et al., ) | |
| ) | |
| Individually and on Behalf of Others ) | No: 3:07CV967 (JCH) |
| Similarly Situated, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | |
| ) | |
| SOUTHERN NEW ENGLAND ) | |
| TELEPHONE COMPANY, ) | |
| ) | |
| DEFENDANT. ) | |

## PLAINTIFFS' AMENDED WITNESS LIST

Pursuant to the Court's September 1, 2011 Order (Docket No. 474) Plaintiffs submit the following witness list. Plaintiffs respectfully request that the Court accept this list in place of Document Number 489, which was filed erroneously.

### I.  WITNESSES THAT PLAINTIFF WILL CALL AT TRIAL

| Witness Name | Title | Address | Expected Testimony |
|---|---|---|---|
| Maureen Anderson | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Andrew Bekech | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Gregory Ensling | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Joseph Kiely | Level One Opt- | c/o Sanford | Testimony regarding the duties, |

|  | In Plaintiff | Wittels & Heisler | authority, hours, and compensation of Level Ones and technicians |
|---|---|---|---|
| James Lane | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| William Lechnar | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Michael McDermott | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Thomas McKeon | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Edward Miller | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Charles Nixon | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| William Poirier | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Louis Rogulski | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and |

|  |  |  | technicians |
|---|---|---|---|
| Thomas Troiano | Level One Opt-In Plaintiff | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Tom Brzezinski | AT&T Director | Address to be provided by SNET | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Cindy Bucks | AT&T Vice President | Current AT&T employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Daniel Chantlos | Level Two Manager | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Dan Coffin | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Howard Coling | Technician | 45 Sagamore Drive, Seymour, CT 06483 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Richard Drogin, Ph.D. | Professor Emeritus from California State University | c/o Sanford Wittels & Heisler | Expert testimony regarding damages. |
| Bob Georgini | Level Two Manager | 496 Wigwam Road, Kensington, CT 06037 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |

| Mark Fauxbel | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Peter Mazzadra | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Stewart (Buddy) McElhannon | AT&T Director | Current AT&T employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Jeff McKinney | AT&T Director | Current AT&T employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| William Novella | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Larry St. John | Level Two Manager | 80 St. John Road, Jewett City, CT 06351 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Rick Trevethan | Level Two Manager | 32 Olive Street, Newington, CT 06111 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |

## II. WITNESSES THAT PLAINTIFFS MAY CALL AT TRIAL

| Frank Baranowsky | Level One Opt-In | c/o Sanford Wittels & Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |

| Laura Reynolds | Level One Opt-In | c/o Sanford Wittels &Heisler | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
|---|---|---|---|
| Peter Dean | Level Two Manager | 126 Parker Rd. East Haddam, CT 06423 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Mark House | Technician | | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Michael Imbriglio | Level Two Manager | 578 Vauxhall St. Ext. 1st Waterford, CT 06385 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Charlie Isom | AT&T Vice President | Updated address to be provided by SNET | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Richard Kreuzer | Level Two Manager | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Peter Johnson | Level Two Manager | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| Marcus Little | Technician | 145 Damascus Road, Branford, CT 06405 | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |

| Paul Ouellette | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| --- | --- | --- | --- |
| Stephen Tar | Technician | Current SNET employee | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| All witnesses listed on Defendants' Level One Witness List | | | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| All witnesses listed on Defendants non-Level One Witness List (subject to Plaintiffs' MIL #13 on SNET's non-L1 witness list) | | | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |
| All witnesses required to authenticate documents | | | Testimony regarding the duties, authority, hours, and compensation of Level Ones and technicians |

                                              Respectfully Submitted,

Dated: September 9, 2011        /s/ Steven L. Wittels
                                            Steven Wittels, (SLW-8110)
                                            Jeremy Heisler, (JH-0145)
                                            **SANFORD WITTELS & HEISLER, LLP**

1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

David W. Sanford
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2011, copies of the following documents were filed electronically: Plaintiffs' Amended Witness List.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Steven L. Wittels
Steven L. Wittels
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@swhlegal.com
*Lead Counsel for Plaintiff Sharon L. Perkins and the Opt-In Collective Action Plaintiffs*