UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | |
| **Individually and on Behalf of Others Similarly Situated,** | CIVIL ACTION NO. 3:07CV967 (JCH) |
| **PLAINTIFFS,** | |
| v. | SEPTEMBER 12, 2011 |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | |
| **DEFENDANT.** | |

## DEFENDANT'S IDENTIFICATION OF SUMMARY EXHIBITS

Pursuant to the Court's instructions, Defendant Southern New England Telephone Company ("SNET" or "Defendant") submits the following list of its exhibits which are summaries, identifying for each such exhibit the original exhibits being summarized:

| Defendant's Exhibit No. for summary exhibit | Description | Data and/or Exhibit Nos. Being Summarized |
|---|---|---|
| 5115 | Maureen Anderson Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5116 | Frank Baranowsky Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5117 | Andrew Bekech Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5118 | Gregory Ensling Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5119 | Joseph Kiely Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5120 | William Lechnar Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |

| | | |
|---|---|---|
| 5121 | Michael McDermott Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5122 | Thomas McKeon Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5123 | Edward Miller Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5124 | Charles Nixon Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5125 | William Poirier Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5126 | Laura Reynolds Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5127 | Louis Rogulski Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5128 | Thomas Troiano Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5129 | Greg Albert Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5130 | Lawrence Albert Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5131 | Peter Barney Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5132 | Michael Blasko Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5133 | Bryan Brevard Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5134 | Lynn "Rich Brown" Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5135 | Sharon Clark Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5136 | Glen Damboise Callout Database Duty | Callout database data, |

| | | |
|---|---|---|
| | Schedule | produced on cd bates-labeled SNET052706 |
| 5137 | Paul Garych Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5138 | Patrick Kavanaugh Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5139 | Barry Mustaka Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5140 | Gerard Nuzzo Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5141 | Larry Pollack Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5142 | Jeffrey Schena Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5143 | John Tait Callout Database Duty Schedule | Callout database data, produced on cd bates-labeled SNET052706 |
| 5144 | Maureen Anderson SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5145 | Frank Baranowsky SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5146 | Andrew Bekech SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5147 | Joseph Kiely SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5148 | James Lane SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5149 | Michael McDermott SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5150 | Charles Nixon SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5151 | Louis Rogulski SPEAR Data | SPEAR data, produced on cd bates-labeled |

| | | SNET052707 |
|---|---|---|
| 5152 | Gregory Albert SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5153 | Peter Barney SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5154 | Michael Blasko SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5155 | Paul Garych SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5156 | Patrick Kavanaugh SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5157 | Barry Mustaka SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5158 | Gerard Nuzzo SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5159 | Jeffrey Schena SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5160 | John Tait SPEAR Data | SPEAR data, produced on cd bates-labeled SNET052707 |
| 5179 | Andrew Bekech WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5180 | Charles Nixon WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5181 | Edward Miller WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5182 | Frank Baranowsky WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5183 | Gregory Albert WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5184 | Gregory Ensling WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |

| | | |
|---|---|---|
| 5185 | James Lane WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5186 | Joseph Kiely WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5187 | Laura Reynolds WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5188 | Louis Rogulski WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5189 | Michael McDermott WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5190 | Thomas McKeon WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5191 | Thomas Troiano WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5192 | William Lechnar WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5193 | William Poirier WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5194 | Maureen Anderson WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5195 | Barry Mustaka WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5196 | Bryan Brevard WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5197 | Gerard Nuzzo WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5198 | Glen Damboise WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5199 | Jeffrey Schena WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5200 | John Tait WEBADD Notice of Reportable | WebAdd data produced |

| | | | |
|---|---|---|---|
| | | Action forms | on cd bates-labeled SNET00411576 |
| 5201 | | Lawrence Albert WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5202 | | Lawrence Pollack WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5203 | | Lynn "Rich" Brown WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5204 | | Michael Blasko WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5205 | | Patrick Kavanaugh WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5206 | | Paul Garych WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5207 | | Peter Barney WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 5208 | | Sharon Clark WEBADD Notice of Reportable Action forms | WebAdd data produced on cd bates-labeled SNET00411576 |
| 6764 | | Action Plan Form - Frank Baranowsky | WebAdd data produced on CD bates-labeled SNET052710 |
| 6765 | | Action Plan Form - Andrew Bekech | WebAdd data produced on CD bates-labeled SNET052710 |
| 6766 | | Action Plan Form - William Lechnar | WebAdd data produced on CD bates-labeled SNET052710 |
| 6767 | | Action Plan Form - Edward Miller | WebAdd data produced on CD bates-labeled SNET052710 |
| 6768 | | Action Plan Form - Thomas Troiano | WebAdd data produced on CD bates-labeled SNET052710 |
| 6769 | | Action Plan Form - Larry Albert | WebAdd data produced on CD bates-labeled SNET052710 |
| 6770 | | Action Plan Form - Michael Blasko | WebAdd data produced on CD bates-labeled |

| | | |
|---|---|---|
| | | SNET052710 |
| 6771 | Action Plan Form - Bryan Brevard | WebAdd data produced on CD bates-labeled SNET052710 |
| 6772 | Action Plan Form - Sharon Clark | WebAdd data produced on CD bates-labeled SNET052710 |
| 6773 | Action Plan Form - Glen Damboise | WebAdd data produced on CD bates-labeled SNET052710 |
| 6774 | Action Plan Form - Paul Garych | WebAdd data produced on CD bates-labeled SNET052710 |
| 6775 | Action Plan Form - Patrick Kavanaugh | WebAdd data produced on CD bates-labeled SNET052710 |
| 6776 | Action Plan Form - Barry Mustaka | WebAdd data produced on CD bates-labeled SNET052710 |
| 6777 | Action Plan Form - Larry Pollack | WebAdd data produced on CD bates-labeled SNET052710 |
| 6778 | Action Plan Form - John Tait | WebAdd data produced on CD bates-labeled SNET052710 |
| 6779 | EHS Investigation Form - Joseph Kiely | WebAdd data produced on CD bates-labeled SNET052710 |
| 6780 | EHS Investigation Form - William Lechnar | WebAdd data produced on CD bates-labeled SNET052710 |
| 6781 | EHS Investigation Form - Edward Miller | WebAdd data produced on CD bates-labeled SNET052710 |
| 6782 | EHS Investigation Form - Thomas Troiano | WebAdd data produced on CD bates-labeled SNET052710 |
| 6783 | EHS Investigation Form - Pete Barney | WebAdd data produced on CD bates-labeled SNET052710 |
| 6784 | EHS Investigation Form - Mike Blasko | WebAdd data produced on CD bates-labeled SNET052710 |
| 6785 | EHS Investigation Form - Barry Mustaka | WebAdd data produced on CD bates-labeled SNET052710 |

| | | |
|---|---|---|
| 6786 | EHS Investigation Form - Gerry Nuzzo | WebAdd data produced on CD bates-labeled SNET052710 |
| 6787 | EHS Investigation Form -  Jeff Schena | WebAdd data produced on CD bates-labeled SNET052710 |
| 6788 | EHS Investigation Form - John Tait | WebAdd data produced on CD bates-labeled SNET052710 |
| 6789 | Employee Discussion Form - Maureen Anderson | WebAdd data produced on CD bates-labeled SNET052710 |
| 6790 | Employee Discussion Form - Frank Baranowsky | WebAdd data produced on CD bates-labeled SNET052710 |
| 6791 | Formal Step Form - Maureen Anderson | WebAdd data produced on CD bates-labeled SNET055660 |
| 6792 | Formal Step Form - Thomas Troiano | WebAdd data produced on CD bates-labeled SNET055660 |
| 6793 | Formal Step Form - Pete Barney | WebAdd data produced on CD bates-labeled SNET055660 |
| 6794 | Formal Step Form - Michael Blasko | WebAdd data produced on CD bates-labeled SNET055660 |
| 6795 | Formal Step Form - Barry Mustaka | WebAdd data produced on CD bates-labeled SNET055660 |
| 6796 | Formal Step Form - Gerry Nuzzo | WebAdd data produced on CD bates-labeled SNET055660 |
| 6797 | Formal Step Form - Larry Pollack | WebAdd data produced on CD bates-labeled SNET055660 |
| 6798 | IDP Form - Pete Barney | WebAdd data produced on CD bates-labeled SNET054478 |
| 6799 | IDP Form - Gerry Nuzzo | WebAdd data produced on CD bates-labeled SNET054478 |
| 6800 | Post Meeting Summary Form - Greg Albert | WebAdd data produced on CD bates-labeled SNET052710 |
| 6801 | Pre Meeting Preparation East Ver - Laura | WebAdd data produced |

|  | Reynolds | on CD bates-labeled SNET052710 |
|---|---|---|
| 6802 | Employee Discussion Form - Edward Miller | WebAdd data produced on CD bates-labeled SNET052710 |
| 6803 | Employee Discussion Form - Charles Nixon | WebAdd data produced on CD bates-labeled SNET052710 |
| 6804 | Ride Day Observation Feedback Form - Andrew Bekech | WebAdd data produced on CD bates-labeled SNET052710 |
| 6805 | Ride Day Observation Feedback Form - Joseph Kiely | WebAdd data produced on CD bates-labeled SNET052710 |
| 6806 | Ride Day Observation Feedback Form - James Lane | WebAdd data produced on CD bates-labeled SNET052710 |
| 6807 | Ride Day Observation Feedback Form - Laura Reynolds | WebAdd data produced on CD bates-labeled SNET052710 |
| 6808 | Employee Discussion Form - Peter Barney | WebAdd data produced on CD bates-labeled SNET052710 |
| 6809 | Ride Day Observation Feedback Form - Thomas Troiano | WebAdd data produced on CD bates-labeled SNET052710 |
| 6810 | Ride Day Observation Feedback Form - Michael Blasko | WebAdd data produced on CD bates-labeled SNET052710 |
| 6811 | Ride Day Observation Feedback Form - Glen Damboise | WebAdd data produced on CD bates-labeled SNET052710 |
| 6812 | Ride Day Observation Feedback Form - Barry Mustaka | WebAdd data produced on CD bates-labeled SNET052710 |
| 6813 | Ride Day Observation Feedback Form - John Tait | WebAdd data produced on CD bates-labeled SNET052710 |
| 6814 | Employee Discussion Form - Jeff Schena | WebAdd data produced on CD bates-labeled SNET052710 |
| 6815 | Action Plan Form - Pete Barney | WebAdd data produced on CD bates-labeled SNET052710 |
| 6816 | Performance Assessment Feedback Form - Frank Baranowsky | WebAdd data produced on CD bates-labeled |

| | | |
|---|---|---|
| | | SNET052710 |
| 6817 | Performance Assessment Feedback Form - Andrew Bekech | WebAdd data produced on CD bates-labeled SNET052710 |
| 6818 | Employee Discussion Form - Andrew Bekech | WebAdd data produced on CD bates-labeled SNET052710 |
| 6819 | Performance Assessment Feedback Form - Joseph Kiely | WebAdd data produced on CD bates-labeled SNET052710 |
| 6820 | Employee Discussion Form - Gregory Ensling | WebAdd data produced on CD bates-labeled SNET052710 |
| 6821 | Performance Assessment Feedback Form - William Lechnar | WebAdd data produced on CD bates-labeled SNET052710 |
| 6822 | Employee Discussion Form - Joseph Kiely | WebAdd data produced on CD bates-labeled SNET052710 |
| 6823 | Employee Discussion Form - James Lane | WebAdd data produced on CD bates-labeled SNET052710 |
| 6824 | Employee Discussion Form - William Lechnar | WebAdd data produced on CD bates-labeled SNET052710 |
| 6825 | Employee Discussion Form - Michael McDermott | WebAdd data produced on CD bates-labeled SNET052710 |
| 6826 | Employee Discussion Form - Thomas McKeon | WebAdd data produced on CD bates-labeled SNET052710 |
| 6827 | Performance Assessment Feedback Form - Thomas McKeon | WebAdd data produced on CD bates-labeled SNET052710 |
| 6828 | Employee Discussion Form - William Poirier | WebAdd data produced on CD bates-labeled SNET052710 |
| 6829 | Employee Discussion Form - Laura Reynolds | WebAdd data produced on CD bates-labeled SNET052710 |
| 6830 | Employee Discussion Form - Louis Rogulski | WebAdd data produced on CD bates-labeled SNET052710 |
| 6831 | Performance Assessment Feedback Form - Edward Miller | WebAdd data produced on CD bates-labeled SNET052710 |

| | | |
|---|---|---|
| 6832 | Employee Discussion Form - Thomas Troiano | WebAdd data produced on CD bates-labeled SNET052710 |
| 6833 | Employee Discussion Form - Greg Albert | WebAdd data produced on CD bates-labeled SNET052710 |
| 6834 | Performance Assessment Feedback Form - Laura Reynolds | WebAdd data produced on CD bates-labeled SNET052710 |
| 6835 | Performance Assessment Feedback Form - Louis Rogulski | WebAdd data produced on CD bates-labeled SNET052710 |
| 6836 | Employee Discussion Form - Lawrence Albert | WebAdd data produced on CD bates-labeled SNET052710 |
| 6837 | Employee Discussion Form - Michael Blasko | WebAdd data produced on CD bates-labeled SNET052710 |
| 6838 | Performance Assessment Feedback Form - Larry Albert | WebAdd data produced on CD bates-labeled SNET052710 |
| 6839 | Performance Assessment Feedback Form - Pete Barney | WebAdd data produced on CD bates-labeled SNET052710 |
| 6840 | Employee Discussion Form - Bryan Brevard | WebAdd data produced on CD bates-labeled SNET052710 |
| 6841 | Employee Discussion Form - Lynn Brown | WebAdd data produced on CD bates-labeled SNET052710 |
| 6842 | Employee Discussion Form - Sharon Clark | WebAdd data produced on CD bates-labeled SNET052710 |
| 6843 | Employee Discussion Form - Glen Damboise | WebAdd data produced on CD bates-labeled SNET052710 |
| 6844 | Employee Discussion Form - Paul Garych | WebAdd data produced on CD bates-labeled SNET052710 |
| 6845 | Employee Discussion Form - Patrick Kavanaugh | WebAdd data produced on CD bates-labeled SNET052710 |
| 6846 | Performance Assessment Feedback Form - Michael Blasko | WebAdd data produced on CD bates-labeled SNET052710 |
| 6847 | Employee Discussion Form - Barry Mustaka | WebAdd data produced |

| | | |
|---|---|---|
| | | on CD bates-labeled SNET052710 |
| 6848 | Employee Discussion Form - Gerry Nuzzo | WebAdd data produced on CD bates-labeled SNET052710 |
| 6849 | Employee Discussion Form - Larry Pollack | WebAdd data produced on CD bates-labeled SNET052710 |
| 6850 | Performance Assessment Feedback Form - Bryan Brevard | WebAdd data produced on CD bates-labeled SNET052710 |
| 6851 | Employee Discussion Form - John Tait | WebAdd data produced on CD bates-labeled SNET052710 |
| 6852 | Performance Assessment Feedback Form - Lynn Brown | WebAdd data produced on CD bates-labeled SNET052710 |
| 6853 | Performance Assessment Feedback Form - Sharon Clark | WebAdd data produced on CD bates-labeled SNET052710 |
| 6854 | Performance Assessment Feedback Form - Glen Damboise | WebAdd data produced on CD bates-labeled SNET052710 |
| 6855 | Performance Assessment Feedback Form - Greg Albert | WebAdd data produced on CD bates-labeled SNET052710 |
| 6856 | Performance Assessment Feedback Form - Paul Garych | WebAdd data produced on CD bates-labeled SNET052710 |
| 6857 | Performance Assessment Feedback Form - Patrick Kavanaugh | WebAdd data produced on CD bates-labeled SNET052710 |
| 6858 | Performance Assessment Feedback Form - Barry Mustaka | WebAdd data produced on CD bates-labeled SNET052710 |
| 6859 | Performance Assessment Feedback Form - Michael McDermott | WebAdd data produced on CD bates-labeled SNET052710 |
| 6860 | Performance Assessment Feedback Form - Thomas Troiano | WebAdd data produced on CD bates-labeled SNET052710 |
| 6861 | Performance Assessment Feedback Form - Larry Pollack | WebAdd data produced on CD bates-labeled SNET052710 |
| 6862 | Performance Assessment Feedback Form - Gerry Nuzzo | WebAdd data produced on CD bates-labeled |

| | | |
|---|---|---|
| | | SNET052710 |
| 6863 | Performance Assessment Feedback Form - John Tait | WebAdd data produced on CD bates-labeled SNET052710 |
| 6864 | IAP  Management Tool Form - Andrew Bekech | WebAdd data produced on CD bates-labeled SNET052710 |
| 6865 | IAP  Management Tool Form - Gregory Ensling | WebAdd data produced on CD bates-labeled SNET052710 |
| 6866 | IAP  Management Tool Form - James Lane | WebAdd data produced on CD bates-labeled SNET052710 |
| 6867 | IAP  Management Tool Form - William Lechnar | WebAdd data produced on CD bates-labeled SNET052710 |
| 6868 | IAP  Management Tool Form - Michael McDermott | WebAdd data produced on CD bates-labeled SNET052710 |
| 6869 | EHS Investigation Form - Andrew Bekech | WebAdd data produced on CD bates-labeled SNET052710 |
| 6870 | EHS Investigation Form - Bryan Brevard | WebAdd data produced on CD bates-labeled SNET052710 |
| 6871 | EHS Investigation Form - Charles Nixon | WebAdd data produced on CD bates-labeled SNET052710 |
| 6872 | Pre Meeting Preparation East Ver - Sharon Clark | WebAdd data produced on CD bates-labeled SNET052710 |
| 6873 | EHS Investigation Form - James Lane | WebAdd data produced on CD bates-labeled SNET052710 |
| 6874 | EHS Investigation Form - Larry Albert | WebAdd data produced on CD bates-labeled SNET052710 |
| 6875 | EHS Investigation Form - Larry Pollack | WebAdd data produced on CD bates-labeled SNET052710 |
| 6876 | EHS Investigation Form - Maureen Anderson | WebAdd data produced on CD bates-labeled SNET052710 |
| 6877 | EHS Investigation Form - Michael McDermott | WebAdd data produced on CD bates-labeled SNET052710 |

| | | |
|---|---|---|
| 6878 | IAP Management Tool Form - Thomas McKeon | WebAdd data produced on CD bates-labeled SNET052710 |
| 6879 | EHS Investigation Form - Paul Garych | WebAdd data produced on CD bates-labeled SNET052710 |
| 6880 | EHS Investigation Form - Sharon Clark | WebAdd data produced on CD bates-labeled SNET052710 |
| 6881 | Pre Meeting Preparation East Ver - Thomas Troiano | WebAdd data produced on CD bates-labeled SNET052710 |
| 6882 | EHS Investigation Form - Thomas McKeon | WebAdd data produced on CD bates-labeled SNET052710 |
| 6883 | IAP Management Tool Form - Edward Miller | WebAdd data produced on CD bates-labeled SNET052710 |
| 6884 | EHS Investigation Form - William Poirier | WebAdd data produced on CD bates-labeled SNET052710 |
| 6885 | EHS Investigation Form - Patrick Kavanaugh | WebAdd data produced on CD bates-labeled SNET052710 |
| 6886 | Pre Meeting Preparation East Ver - William Poirier | WebAdd data produced on CD bates-labeled SNET052710 |
| 6887 | IAP Management Tool Form - William Poirier | WebAdd data produced on CD bates-labeled SNET052710 |
| 6888 | Pre Meeting Preparation SW MW Ver - Thomas Troiano | WebAdd data produced on CD bates-labeled SNET052710 |
| 6889 | Ride Day Observation Feedback Form - Louis Rogulski | WebAdd data produced on CD bates-labeled SNET052710 |
| 6890 | Ride Day Observation Feedback Form - Sharon Clark | WebAdd data produced on CD bates-labeled SNET052710 |
| 6891 | Pre Meeting Preparation West SE Ver - Thomas Troiano | WebAdd data produced on CD bates-labeled SNET052710 |
| 6892 | IAP Management Tool Form - Thomas Troiano | WebAdd data produced on CD bates-labeled SNET052710 |
| 6893 | IAP Management Tool Form - Greg Albert | WebAdd data produced |

| | | |
|---|---|---|
| | | on CD bates-labeled SNET052710 |
| 6894 | IAP Management Tool Form - Larry Albert | WebAdd data produced on CD bates-labeled SNET052710 |
| 6895 | IAP Management Tool Form - Michael Blasko | WebAdd data produced on CD bates-labeled SNET052710 |
| 6896 | IAP Management Tool Form - Bryan Brevard | WebAdd data produced on CD bates-labeled SNET052710 |
| 6897 | IAP Management Tool Form - Lynn Brown | WebAdd data produced on CD bates-labeled SNET052710 |
| 6898 | IAP Management Tool Form - Sharon Clark | WebAdd data produced on CD bates-labeled SNET052710 |
| 6899 | IAP Management Tool Form - Glen Damboise | WebAdd data produced on CD bates-labeled SNET052710 |
| 6900 | IAP Management Tool Form - Maureen Anderson | WebAdd data produced on CD bates-labeled SNET052710 |
| 6901 | IAP Management Tool Form - Paul Garych | WebAdd data produced on CD bates-labeled SNET052710 |
| 6902 | IAP Management Tool Form - Frank Baranowsky | WebAdd data produced on CD bates-labeled SNET052710 |
| 6903 | IAP Management Tool Form - Patrick Kavanaugh | WebAdd data produced on CD bates-labeled SNET052710 |
| 6904 | IAP Management Tool Form - Barry Mustaka | WebAdd data produced on CD bates-labeled SNET052710 |
| 6905 | IAP Management Tool Form - Gerry Nuzzo | WebAdd data produced on CD bates-labeled SNET052710 |
| 6906 | IAP Management Tool Form - Pete Barney | WebAdd data produced on CD bates-labeled SNET052710 |
| 6907 | IAP Management Tool Form - Larry Pollack | WebAdd data produced on CD bates-labeled SNET052710 |
| 6908 | IAP Management Tool Form - John Tait | WebAdd data produced on CD bates-labeled |

| | | |
|---|---|---|
| | | SNET052710 |
| 6909 | Performance Improvement Plan Form - Maureen Anderson | WebAdd data produced on CD bates-labeled SNET052710 |
| 6910 | Performance Improvement Plan Form - Frank Faranowsky | WebAdd data produced on CD bates-labeled SNET052710 |
| 6911 | Performance Improvement Plan Form - Andrew Bekech | WebAdd data produced on CD bates-labeled SNET052710 |
| 6912 | Performance Improvement Plan Form - James Lane | WebAdd data produced on CD bates-labeled SNET052710 |
| 6913 | Performance Improvement Plan Form - William Lechnar | WebAdd data produced on CD bates-labeled SNET052710 |
| 6914 | Performance Improvement Plan Form - Michael McDermott | WebAdd data produced on CD bates-labeled SNET052710 |
| 6915 | Performance Improvement Plan Form - Thomas McKeon | WebAdd data produced on CD bates-labeled SNET052710 |
| 6916 | Performance Improvement Plan Form - Thomas Troiano | WebAdd data produced on CD bates-labeled SNET052710 |
| 6917 | Performance Improvement Plan Form - Greg Albert | WebAdd data produced on CD bates-labeled SNET052710 |
| 6918 | Performance Improvement Plan Form - Pete Barney | WebAdd data produced on CD bates-labeled SNET052710 |
| 6919 | Performance Improvement Plan Form - Michael Blasko | WebAdd data produced on CD bates-labeled SNET052710 |
| 6920 | Performance Improvement Plan Form - Paul Garych | WebAdd data produced on CD bates-labeled SNET052710 |
| 6921 | Performance Improvement Plan Form - Larry Pollack | WebAdd data produced on CD bates-labeled SNET052710 |
| 6922 | Performance Improvement Plan Form - Larry Albert | WebAdd data produced on CD bates-labeled SNET052710 |
| 6923 | Performance Improvement Plan Form - Bryan Brevard | WebAdd data produced on CD bates-labeled SNET052710 |

| | | |
|---|---|---|
| 6924 | Performance Improvement Plan Form - Lynn Brown | WebAdd data produced on CD bates-labeled SNET052710 |
| 6925 | Performance Improvement Plan Form - Sharon Clark | WebAdd data produced on CD bates-labeled SNET052710 |
| 6926 | Performance Improvement Plan Form - Glen Damboise | WebAdd data produced on CD bates-labeled SNET052710 |
| 6927 | Performance Improvement Plan Form - John Tait | WebAdd data produced on CD bates-labeled SNET052710 |
| 6928 | Pre Meeting Preparation East Ver - Barry Mustaka | WebAdd data produced on CD bates-labeled SNET052710 |
| 6929 | EHS Investigation Form - Frank Baranowsky | WebAdd data produced on CD bates-labeled SNET052710 |
| 6930 | EHS Investigation Form - Greg Albert | WebAdd data produced on CD bates-labeled SNET052710 |
| 6960 | Greg Albert VPN data summary | PX 3008A |
| 6961 | Lawrence Albert VPN data summary | PX 3008A |
| 6962 | Maureen Anderson VPN data summary | PX 3008A |
| 6963 | Frank Baranowsky VPN data summary | PX 3008A |
| 6964 | Pete Barney VPN data summary | PX 3008A |
| 6965 | Andrew Bekech VPN data summary | PX 3008A |
| 6966 | Michael Blasko VPN data summary | PX 3008A |
| 6967 | Bryan Brevard VPN data summary | PX 3008A |
| 6968 | Lynn Brown VPN data summary | PX 3008A |
| 6969 | Sharon Clark VPN data summary | PX 3008A |
| 6970 | Glen Damboise VPN data summary | PX 3008A |
| 6971 | Gregory Ensling VPN data summary | PX 3008A |

| | | |
|---|---|---|
| 6972 | Paul Garych VPN data summary | PX 3008A |
| 6973 | Patrick Kavanaugh VPN data summary | PX 3008A |
| 6974 | Joseph Kiely VPN data summary | PX 3008A |
| 6975 | James Lane VPN data summary | PX 3008A |
| 6976 | Michael McDermott VPN data summary | PX 3008A |
| 6977 | Thomas McKeon VPN data summary | PX 3008A |
| 6978 | Edward Miller VPN data summary | PX 3008A |
| 6979 | Barry Mustaka VPN data summary | PX 3008A |
| 6980 | Charles Nixon VPN data summary | PX 3008A |
| 6981 | Gerard Nuzzo VPN data summary | PX 3008A |
| 6982 | William Poirier VPN data summary | PX 3008A |
| 6983 | Larry Pollack VPN data summary | PX 3008A |
| 6984 | Laura Reynolds VPN data summary | PX 3008A |
| 6985 | Louis Rogulski VPN data summary | PX 3008A |
| 6986 | Jeff Schena VPN data summary | PX 3008A |
| 6987 | Thomas Troiano VPN data summary | PX 3008A |
| 6988 | Greg Albert building access data summary | PX 3008A |
| 6989 | Lawrence Albert building access data summary | PX 3008A |
| 6990 | Maureen Anderson building access data summary | PX 3008A |
| 6991 | Frank Baranowsky building access data summary | PX 3008A |
| 6992 | Pete Barney building access data summary | PX 3008A |
| 6993 | Andrew Bekech building access data summary | PX 3008A |
| 6994 | Michael Blasko building access data summary | PX 3008A |

| | | |
|---|---|---|
| 6995 | Bryan Brevard building access data summary | PX 3008A |
| 6996 | Lynn Brown building access data summary | PX 3008A |
| 6997 | Sharon Clark building access data summary | PX 3008A |
| 6998 | Glen Damboise building access data summary | PX 3008A |
| 6999 | Paul Garych building access data summary | PX 3008A |
| 7000 | Patrick Kavanaugh building access data summary | PX 3008A |
| 7001 | James Lane building access data summary | PX 3008A |
| 7002 | William Lechnar building access data summary | PX 3008A |
| 7003 | Michael McDermott building access data summary | PX 3008A |
| 7004 | Thomas McKeon building access data summary | PX 3008A |
| 7005 | Edward Miller building access data summary | PX 3008A |
| 7006 | Barry Mustaka building access data summary | PX 3008A |
| 7007 | Charles Nixon building access data summary | PX 3008A |
| 7008 | Gerard Nuzzo building access data summary | PX 3008A |
| 7009 | William Poirier building access data summary | PX 3008A |
| 7010 | Larry Pollack building access data summary | PX 3008A |
| 7011 | Laura Reynolds building access data summary | PX 3008A |
| 7012 | Louis Rogulski building access data summary | PX 3008A |
| 7013 | Jeff Schena building access data summary | PX 3008A |
| 7014 | Thomas Troiano building access data summary | PX 3008A |
| 7015 | Greg Albert summary of daily first building access times (weekdays only) | PX 3008A |
| 7016 | Lawrence Albert summary of daily first building access times (weekdays only) | PX 3008A |
| 7017 | Maureen Anderson summary of daily first building access times (weekdays only) | PX 3008A |

| | | |
|---|---|---|
| 7018 | Frank Baranowsky summary of daily first building access times (weekdays only) | PX 3008A |
| 7019 | Pete Barney summary of daily first building access times (weekdays only) | PX 3008A |
| 7020 | Andrew Bekech summary of daily first building access times (weekdays only) | PX 3008A |
| 7021 | Michael Blasko summary of daily first building access times (weekdays only) | PX 3008A |
| 7022 | Bryan Brevard summary of daily first building access times (weekdays only) | PX 3008A |
| 7023 | Lynn Brown summary of daily first building access times (weekdays only) | PX 3008A |
| 7024 | Sharon Clark summary of daily first building access times (weekdays only) | PX 3008A |
| 7025 | Glen Damboise summary of daily first building access times (weekdays only) | PX 3008A |
| 7026 | Gregory Ensling summary of daily first building access times (weekdays only) | PX 3008A |
| 7027 | Paul Garych summary of daily first building access times (weekdays only) | PX 3008A |
| 7028 | Patrick Kavanaugh summary of daily first building access times (weekdays only) | PX 3008A |
| 7029 | James Lane summary of daily first building access times (weekdays only) | PX 3008A |
| 7030 | William Lechnar summary of daily first building access times (weekdays only) | PX 3008A |
| 7031 | Michael McDermott summary of daily first building access times (weekdays only) | PX 3008A |
| 7032 | Thomas McKeon summary of daily first building access times (weekdays only) | PX 3008A |
| 7033 | Edward Miller summary of daily first building access times (weekdays only) | PX 3008A |
| 7034 | Barry Mustaka summary of daily first building access times (weekdays only) | PX 3008A |
| 7035 | Charles Nixon summary of daily first building access times (weekdays only) | PX 3008A |
| 7036 | Gerard Nuzzo summary of daily first building access times (weekdays only) | PX 3008A |
| 7037 | William Poirier summary of daily first building access times (weekdays only) | PX 3008A |
| 7038 | Larry Pollack summary of daily first building access times (weekdays only) | PX 3008A |
| 7039 | Laura Reynolds summary of daily first building access times (weekdays only) | PX 3008A |
| 7040 | Louis Rogulski summary of daily first building access times (weekdays only) | PX 3008A |

| | | |
|---|---|---|
| 7041 | Jeff Schena summary of daily first building access times (weekdays only) | PX 3008A |
| 7042 | Thomas Troiano summary of daily first building access times (weekdays only) | PX 3008A |
| 7043 | Greg Albert summary of number of days with VPN activity by year | PX 3008A |
| 7044 | Lawrence Albert summary of number of days with VPN activity by year | PX 3008A |
| 7045 | Maureen Anderson summary of number of days with VPN activity by year | PX 3008A |
| 7046 | Frank Baranowsky summary of number of days with VPN activity by year | PX 3008A |
| 7047 | Pete Barney summary of number of days with VPN activity by year | PX 3008A |
| 7048 | Andrew Bekech summary of number of days with VPN activity by year | PX 3008A |
| 7049 | Michael Blasko summary of number of days with VPN activity by year | PX 3008A |
| 7050 | Bryan Brevard summary of number of days with VPN activity by year | PX 3008A |
| 7051 | Lynn Brown summary of number of days with VPN activity by year | PX 3008A |
| 7052 | Sharon Clark summary of number of days with VPN activity by year | PX 3008A |
| 7053 | Glen Damboise summary of number of days with VPN activity by year | PX 3008A |
| 7054 | Gregory Ensling summary of number of days with VPN activity by year | PX 3008A |
| 7055 | Paul Garych summary of number of days with VPN activity by year | PX 3008A |
| 7056 | Patrick Kavanaugh summary of number of days with VPN activity by year | PX 3008A |
| 7057 | Joseph Kiely summary of number of days with VPN activity by year | PX 3008A |
| 7058 | James Lane summary of number of days with VPN activity by year | PX 3008A |
| 7059 | Michael McDermott summary of number of days with VPN activity by year | PX 3008A |
| 7060 | Thomas McKeon summary of number of days with VPN activity by year | PX 3008A |
| 7061 | Edward Miller summary of number of days with VPN activity by year | PX 3008A |
| 7062 | Barry Mustaka summary of number of days with VPN activity by year | PX 3008A |
| 7063 | Charles Nixon summary of number of days with VPN activity by year | PX 3008A |

| | | |
|---|---|---|
| 7064 | Gerard Nuzzo summary of number of days with VPN activity by year | PX 3008A |
| 7065 | William Poirier summary of number of days with VPN activity by year | PX 3008A |
| 7066 | Larry Pollack summary of number of days with VPN activity by year | PX 3008A |
| 7067 | Laura Reynolds summary of number of days with VPN activity by year | PX 3008A |
| 7068 | Louis Rogulski summary of number of days with VPN activity by year | PX 3008A |
| 7069 | Jeff Schena summary of number of days with VPN activity by year | PX 3008A |
| 7070 | Thomas Troiano summary of number of days with VPN activity by year | PX 3008A |

Dated:  New York, New York
        September 12, 2011

Respectfully submitted,

By:   /s/ Patrick W. Shea
      Patrick W. Shea (CT07071)
      Paul Hastings LLP
      75 East 55th Street
      New York, NY 10022
      Telephone: (212) 318-6000
      Facsimile: (212) 319-4090
      patrickshea@paulhastings.com

      Leslie A. Dent (PHV 03877)
      John F. Wymer, III (PHV 03876)
      Erika L. Leonard (PHV 03875)
      Paul Hastings LLP
      600 Peachtree Street, N.E., Suite 2400
      Atlanta, Georgia 30308
      Telephone: (404) 815-2400
      Facsimile: (404) 815-2424
      lesliedent@paulhastings.com
      johnwymer@paulhastings.com
      erikaleonard@paulhastings.com

      Counsel for Defendant
      SOUTHERN NEW ENGLAND
      TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | |
| **Individually and on Behalf of Others Similarly Situated,** | **CIVIL ACTION NO. 3:07CV967 (JCH)** |
| **PLAINTIFFS,** | |
| **v.** | **SEPTEMBER 12, 2011** |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | |
| **DEFENDANT.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2011, a copy of foregoing DEFENDANT'S

IDENTIFICATION OF SUMMARY EXHIBITS was filed electronically and served by U.S.

mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to

all parties by operation of the Court's electronic filing system or by mail to anyone unable to

accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this

filing through the Court's CM/ECF System.

/s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

*Attorney for Defendant SNET*

LEGAL_US_W # 69036642.2

- 23 -