Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____   RPTR/ECRO/TAPE _____

TOTAL TIME: _____ hours _____ minutes

DATE: _____   START TIME: _____   END TIME: _____

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. _____

J. Heisler, A. Melzer,
S. Eubanks, S. Wittles,
D. Bains, & E. Clark
_____
Plaintiff's Counsel

vs

_____
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                 ☐ Show Cause Hearing
☐ Evidentiary Hearing            ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing          X  PRETRIAL CONFERENCE

☐ .....#_____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....    ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____