UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | |
| **Individually and on Behalf of Others Similarly Situated,** | CIVIL ACTION NO. 3:07CV967 (JCH) |
| **PLAINTIFFS,** | |
| | SEPTEMBER 13, 2011 |
| **v.** | |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | |
| **DEFENDANT.** | |

### DEFENDANT SNET'S SUBMISSION OF DECLARATIONS IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #7

Pursuant to the Court's oral ruling at the pretrial conference on September 1, 2011, Defendant Southern New England Telephone Company ("SNET" or "Defendant") submits the attached declarations in further opposition to Plaintiffs' Motion in Limine #7 [Doc. 406]. The Declaration of David Gawlinski is attached as Exhibit 1. The Declaration of Pradeep Pathak is attached as Exhibit 2.

- 2 -

Dated: New York, New York  
      September 13, 2011

Respectfully submitted,

By: /s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

Leslie A. Dent (PHV 03877)
John F. Wymer, III (PHV 03876)
Erika L. Leonard (PHV 03875)
Paul Hastings LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
lesliedent@paulhastings.com
johnwymer@paulhastings.com
erikaleonard@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | |
| **Individually and on Behalf of Others Similarly Situated,** | CIVIL ACTION NO. 3:07CV967 (JCH) |
| **PLAINTIFFS,** | |
| | SEPTEMBER 13, 2011 |
| v. | |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | |
| **DEFENDANT.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2011, a copy of the foregoing DEFENDANT SNET'S SUBMISSION OF DECLARATIONS IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #7 was filed electronically and served by U.S. mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

*Attorney for Defendant SNET*