# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | |
| **Individually and on Behalf of Others Similarly Situated,** | **CIVIL ACTION NO. 3:07CV967 (JCH)** |
| **PLAINTIFFS,** | |
| v. | |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | |
| **DEFENDANT.** | |

## DECLARATION OF PRADEEP PATHAK

I, Pradeep Pathak, declare as follows:

1.      I am over 21 years of age and fully competent to make this Declaration. I make this Declaration of my own personal knowledge and for any uses allowed by law.

2.      I am employed by Tech Mahindra Limited ("Tech Mahindra") in Operations Management. Tech Mahindra contracts with AT&T to provide certain technological production support services. Tech Mahindra works directly with AT&T's Enterprise Midrange Application Services ("EMAS") on AT&T projects. In this capacity, I am generally familiar with the process that was used to gather data from AT&T's Web-based Administrative Database ("WEBADD") for AT&T's Legal Department in May 2010. I have no knowledge of how the forms that are housed in WEBADD are used by AT&T employees in the course of their duties.

3.      In May 2010, I received a script from the development team at International Business Machines Corporation ("IBM"), with whom AT&T contracts to provide development services for WEBADD. The development team is led by Elmer De La Cruz with IBM Global Services. I understood that the script had been written to pull certain data from forms in AT&T's WEBADD database, which then needed to be provided to AT&T's Legal Department. I executed the script, and transferred the extracted WEBADD data to a share drive where it could be accessed by AT&T's Legal Department.

4.      I understood that this data was requested by AT&T's Legal Department. I did not know then, and do not know now, the nature of the legal matter that the data was requested for, or how the data would be used.

Pursuant to 28 U.S.C. § 1746, I swear under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of September, 2011, in Irving, Texas.

PRADEEP PATHAK