# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **SHARON L. PERKINS, et al.,** | ) |
|  | ) |
| **Individually and on Behalf of Others Similarly Situated,** | ) **No: 3:07CV967 (JCH)** |
|  | ) |
| **PLAINTIFFS,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | ) |
|  | ) |
| **DEFENDANT.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Supplemental Memorandum in Support re Motion in Limine to exclude evidence, was served via ECF on the 6th day of September, 2011 upon the following counsel of record:

**Patrick Shea**
Paul Hastings
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
212-318-6405
Fax: 212-752-2542
Email: patrickshea@paulhastings.com

*Attorneys for Defendant*

_____/s/ Steven L Wittels_____
Steven L. Wittels