Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____  RPTR/ECRO/TAPE _____

TOTAL TIME: ____ hours ____ minutes

DATE: _____  START TIME: _____  END TIME: _____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

J. Heisler, A. Melzer,
S. Eubanks, S. Wittles,
D. Bains, E. Clark & D. Marcuse
_____
Plaintiff's Counsel

vs

_____
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                ☐ Show Cause Hearing
☐ Evidentiary Hearing           ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing         X  PRETRIAL CONFERENCE

☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ Hearing continued until _____ at _____