UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. Perkins, et al., | ) |
| | ) |
| Individually and on Behalf of Others Similarly Situated, | )  No: 3:07CV967 (JCH) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) |
| | ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) |
| | ) |
| DEFENDANT. | ) |

## PLAINTIFFS' PRELIMINARY EXHIBIT LIST

Pursuant to the Court's September 1, 2011 Order (Docket No. 474) Plaintiffs submit their list of Will Call Exhibits, attached as Exhibit A.  Plaintiffs reserve the right to use Defendant's Will Call Exhibits at trial and to provide the Court with demonstrative documents for use at trial.

Respectfully Submitted,

Dated: September 16, 2011

/s/ Steven L. Wittels
Steven Wittels, (SLW-8110)
Jeremy Heisler, (JH-0145)
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

David W. Sanford
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780

Facsimile: (202) 742-7776

Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2011, copies of the following documents were filed electronically: Plaintiffs' Preliminary Exhibit List.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Steven L. Wittels
Steven L. Wittels
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@swhlegal.com
*Lead Counsel for Plaintiff Sharon L. Perkins and the Opt-In Collective Action Plaintiffs*