UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON L. PERKINS, ET AL., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:07-cv-967 (JCH) |
| | : | |
| v. | : | |
| | : | |
| SOUTHERN NEW ENGLAND | : | SEPTEMBER 19, 2011 |
| TELEPHONE CO., | : | |
| Defendant. | : | |

### ORDER

The court hereby ORDERS that, by tomorrow, September 20, in addition to responding as required by previous orders, the plaintiffs and the defendant each file an exhibit list that lists only the exhibits the parties want marked as full exhibits, and nothing else.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 19th day of September, 2011.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge