UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., **Individually and on Behalf of Others Similarly Situated,** **PLAINTIFFS,** v. **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** **DEFENDANT.** | CIVIL ACTION NO. 3:07CV967 (JCH) SEPTEMBER 19, 2011 |

## NOTICE OF APPEARANCE OF KENNETH W. GAGE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned case for Defendant Southern New England Telephone Company.

Dated:  New York, New York
        September 19, 2011

Respectfully submitted,

By:     /s/ Kenneth W. Gage
Kenneth W. Gage (ct12965)
Paul Hastings LLP
191 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
kennethgage@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2011, a copy of the foregoing Notice of Appearance of Kenneth W. Gage was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Kenneth W. Gage
Kenneth W. Gage

LEGAL_US_W # 69148292.1