**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SHARON L. Perkins, et al., ) | |
| ) | |
| Individually and on Behalf of Others ) | No: 3:07CV967 (JCH) |
| Similarly Situated, ) | |
| ) | |
|  PLAINTIFFS, ) | |
| ) | |
| v. ) | |
| ) | |
| SOUTHERN NEW ENGLAND ) | |
| TELEPHONE COMPANY, ) | |
| ) | |
|  DEFENDANT. ) | |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S**
**IDENTIFICATION OF SUMMARY EXHIBITS**

Pursuant to the Court's September 1, 2011 Order (Docket No. 474), Plaintiffs

hereby submit the following objections to Defendant's Identification of Summary

Exhibits (Docket No. 491).

Plaintiffs make the following objections to Defendant's Summary Exhibit Nos.

**5115-5143: Completeness (FRE 106); Authentication (FRE 901).**

Plaintiffs make the following objections to Defendant's Summary Exhibit Nos.

**5179-5208: Precluded by Court Order No. 498 (Order granting Plaintiffs' Motion in**

**Limine #7 to Preclude SNET from using any Documents that it Untimely Produced**

**on June 14, 2011); Hearsay (FRE 801); Completeness (FRE 106); Authentication**

**(FRE 901).**

Plaintiffs make the following objections to Defendant's Summary Exhibit Nos.

**6764-6929: Hearsay (FRE 801); Completeness (FRE 106); Authentication (FRE**

**901).**

Plaintiffs further submit as Exhibit 1 the Declaration of Timothy Brandis Regarding Plaintiffs' Trial Exhibits Containing WebAdd Data in Support of Plaintiffs' Objections to Defendant's Summary Exhibits Nos. **5179-5208 and 6764-6929**, and in Support of Plaintiffs' Summary Exhibits **2731-2806, 2811, 2822-2823, 2834, 2835, 2938-2941, and 2945-2952.**

Plaintiffs make the following objections to Defendant's Summary Exhibit Nos. **6960-7070: Relevance, Prejudice (FRE 401, 402, 403); Hearsay (FRE 801); Lack of Foundation; Authentication (FRE 901); Completeness (FRE 106); late compilation of expert data past the deadline of expert submissions**.  Plaintiffs' arguments are outlined in Plaintiffs' Evidentiary Memorandum Pursuant to Scheduling Order in Support of Plaintiffs' Objections to SNET's Trial Exhibits 6960-7070 (Docket No. 464).

                               Respectfully Submitted,

Dated: September 19, 2011        /s/ Steven L. Wittels
                                 Steven Wittels, (SLW-8110)
                                 Jeremy Heisler, (JH-0145)
                                 **SANFORD WITTELS & HEISLER, LLP**
                                 1350 Avenue of the Americas, 31st Floor
                                 New York, NY 10019
                                 Telephone: (646) 723-2947
                                 Facsimile: (646) 723-2948

                                 David W. Sanford
                                 **SANFORD WITTELS & HEISLER, LLP**
                                 1666 Connecticut Avenue, N.W., Suite 310
                                 Washington, D.C. 20009
                                 Telephone: (202) 742-7780
                                 Facsimile:  (202) 742-7776

                                 Edmond Clark
                                 **Law Office of Edmond Clark**

83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2011, copies of the following documents were filed electronically: Plaintiffs' Objections to Defendant's Identification of Summary Exhibits.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Steven L. Wittels
Steven L. Wittels
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@swhlegal.com
*Lead Counsel for Plaintiff Sharon L. Perkins*
*and the Opt-In Collective Action Plaintiffs*