UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | |
| Individually and on Behalf of Others Similarly Situated, | CIVIL ACTION NO. 3:07CV967 (JCH) |
| PLAINTIFFS, | |
| | SEPTEMBER 22, 2011 |
| v. | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | |
| DEFENDANT. | |

DEFENDANT SNET'S OBJECTIONS TO PLAINTIFF'S FINAL "WILL CALL" EXHIBIT LIST

Pursuant to the Court's instructions at the September 1, 2011 pretrial conference hearing and subsequent Minute Entry Order [Doc. 474], Defendant Southern New England Telephone Company ("SNET" or "Defendant") submits these objections to Plaintiffs' "will call" exhibits on their final revised exhibit list [Doc. 515].

| Ex. No | Range | Description | Defendant's Objections |
|---|---|---|---|
| 0001 (Excerpt) | SNET013756 - 013798, 013814-17 | AT&T Paid Time-Off Policy (Effective 7/1/08) - Selected Pages | |
| 0082 | SNET060754 - SNET060762 | 8/8/2007 9:43:52 AM - E-mail from: BARANAUSKAS, DAVID R - re:FW: Whelen Engineering (Deep River Area) - with attachment | FRE 802: Hearsay |
| 0150 | SNET074300 - SNET074300 | 3/3/2008 1:43:47 PM - E-mail from: MCDONALD, CATHY E - re:FW: Rf Modulators | FRE 802: Hearsay |
| 0151 | SNET074302 - SNET074303 | 3/3/2008 3:24:20 PM - E-mail from: PHELPS, DWIGHT A - re:RE: Rf Modulators | FRE 802: Hearsay |
| 0156 | SNET074452 - SNET074452 | 3/9/2008 5:42:13 PM - E-mail from: ZANDRI, CHRISTINA A - re:RE: Credit | FRE 802: Hearsay |

| | | | |
|---|---|---|---|
| 0165 | SNET075325 - SNET075325 | 3/9/2008 5:43:04 PM - E-mail from: BARNEY, PETER C - re:RE: Credit | FRE 802: Hearsay |
| 0221 | SNET080646 - SNET080646 | 12/20/2007 6:56:43 PM - E-mail from: BARNEY, PETER C - re:FW: NQ dispatch process focus group 122007 agenda | FRE 802: Hearsay |
| 0240 | SNET083381 - SNET083384 | 6/19/2009 8:20:15 AM - E-mail from: FENTY, BRAD A - re:FW: UPDATED - Positive Comments TACR!FT Recognition Process Launch - with attachment | FRE 802: Hearsay |
| 0308 | SNET087512 - SNET087513 | 1/25/2008 2:19:09 PM - E-mail from: LION, RICHARD P - re:VCB Daily Reports - with attachment | FRE 403: Unfair prejudice, confusion of the issues, misleading the jury, waste of time |
| 0341 | SNET090908 - SNET090909 | 1/17/2007 7:44:16 AM - E-mail from: BECKER, DOROTHY J - re:RE: termination | FRE 802: Hearsay |
| 0385 | SNET100084 - SNET100085 | 12/7/2006 8:10:59 PM - E-mail from: BLASKO, MICHAEL J - re:FW: Z2B - Inappropriate Language | FRE 802: Hearsay |
| 0489 | SNET104071 - SNET104072 | 4/29/2009 9:08:41 AM - E-mail from: BLASKO, MICHAEL J - re:RE: AMT - Automated Measurement Tool | FRE 802: Hearsay |
| 0496 | SNET105341 - SNET105341 | 5/22/2010 8:58:36 AM - E-mail from: BLASKO, MICHAEL J - re:I have a tech that is asking for ape | FRE 802: Hearsay |
| 0703 | SNET129632 - SNET129634 | 3/19/2007 9:29:59 AM - E-mail from: CHURCH, RICHARD A - re:FW: Network Services Management Compensation Update - with attachment | FRE 802: Hearsay |
| 0704 | SNET129655 - SNET129658 | 3/21/2007 10:56:44 AM - E-mail from: LANE, JAMES R - re:FW: - with attachment | FRE 802: Hearsay; FRE 403: Unfair prejudice, confusion of the issues, misleading the jury, waste of time |
| 0748 | SNET132119 - SNET132123 | 7/6/2005 1:42:50 PM - E-mail from: FALVEY, JAMES M - re:FW: Battery update - with | FRE 802: Hearsay |

| | | attachment | |
|---|---|---|---|
| 0751 | SNET132231 - SNET132232 | 6/24/2005 7:49:45 AM - E-mail from: FALVEY, JAMES M - re:FW: Riding Plans - with attachment | FRE 802: Hearsay |
| 0774 | SNET133563 - SNET133574 | 5/14/2010 2:32:52 PM - E-mail from: CUNNINGHAM, JAMES L - re:Flagging 5 W's Work Request and Low Cost Supplier - with attachments | FRE 802: Hearsay |
| 0859 | SNET137103 - SNET137105 | 12/5/2008 2:24:18 PM - E-mail from: FALVEY, JAMES M - re:RE: Training last request | FRE 802: Hearsay |
| 0890 | SNET138463 - SNET138464 | 10/26/2009 6:10:42 AM - E-mail from: FALVEY, JAMES M - re:RE: Due Dates for hicaps | FRE 802: Hearsay |
| 0931 | SNET140682 - SNET140683 | 2/22/2010 2:44:27 PM - E-mail from: FALVEY, JAMES M - re:RE: IAP for jb1632 | FRE 802: Hearsay |
| 0947 | SNET142276 - SNET142276 | 8/31/2009 4:06:11 PM - E-mail from: FALVEY, JAMES M - re:FW: Employee Performance Dashboard â " Action Required | FRE 802: Hearsay |
| 1064 | SNET156794 - SNET156797 | 7/2/2007 12:15:24 PM - E-mail from: GILL, DAN R - re: - with attachment | FRE 802: Hearsay |
| 1133 | SNET162112 - SNET162114 | 3/20/2007 11:12:22 AM - E-mail from: KIELY JR., JOSEPH E - re:FW: | FRE 802: Hearsay; FRE 403: Unfair prejudice, confusion of the issues, misleading the jury, waste of time |
| 1220 | SNET174248 - SNET174249 | 4/28/2009 11:32:34 AM - E-mail from: BARBER, TONI C - re:RE: CT Carryover, 4/24 - 4/26 | FRE 802: Hearsay |
| 1221 | SNET174336 - SNET174337 | 4/28/2009 1:01:29 PM - E-mail from: BARBER, TONI C - re:RE: Up Front | FRE 802: Hearsay |
| 1231 | SNET176078 - SNET176096 | 10/22/2009 10:51:40 AM - E-mail from: LANE, JAMES R - re:FW: October Safety meeting- Action required - with attachment | FRE 802: Hearsay |

| | | | |
|---|---|---|---|
| 1273 | SNET183597 - SNET183598 | 11/14/2006 2:00:14 PM - E-mail from: GEORGINI, ROBERT H - re:FW: Medical information/policy - with attachment | FRE 802:  Hearsay |
| 1312 | SNET187452 - SNET187453 | 11/2/2005 2:26:54 PM - E-mail from: LANE, JAMES R  - re:RE: Cat 5e yellow cords | FRE 802:  Hearsay |
| 1354 | SNET191830 - SNET191831 | 12/11/2007 8:37:02 AM - E-mail from: MCKEON, THOMAS F  - re:FW: QA - inspection - A. Cirino | FRE 802:  Hearsay |
| 1366 | SNET193185 - SNET193186 | 3/26/2009 4:27:17 PM - E-mail from: GRABELL, BRUCE F  - re:RE: ePerformance A&D Goals 2009 | FRE 802:  Hearsay |
| 1368 | SNET193250 - SNET193251 | 3/27/2009 1:02:59 PM - E-mail from: REAVES, SHELLI L  - re:CT weekend OT 3.28 and 03.29.09 - with attachment | FRE 802:  Hearsay |
| 1369 | SNET193252 - SNET193254 | 3/27/2009 1:10:42 PM - E-mail from: REAVES, SHELLI L  - re:RE: CT weekend OT 3.28 and 03.29.09 - with attachment | FRE 802:  Hearsay |
| 1397 | SNET197464 - SNET197466 | 9/1/2009 3:38:56 PM - E-mail from: SULLIVAN, JOHN J  - re:RE: Employee Performance Dashboard â " Action Required - with attachment | FRE 802:  Hearsay |
| 1407 | SNET197852 - SNET197852 | 4/11/2008 2:10:37 PM - E-mail from: MCKEON, THOMAS F  - re:FW: | FRE 802:  Hearsay; FRE 403: Unfair prejudice, confusion of the issues, misleading the jury, waste of time |
| 1452 | SNET200816 - SNET200817 | 5/13/2010 1:14:38 PM - E-mail from: MCKEON, THOMAS F  - re:RE: TACR Daily Ranking Report - KGX1 | FRE 802:  Hearsay |
| 1462 | SNET201020 - SNET201021 | 10/2/2009 1:31:34 PM - E-mail from: MCKEON, THOMAS F  - re:RE: MPD's | FRE 802:  Hearsay |
| 1528 | SNET213602 - SNET213603 | 3/11/2010 2:23:38 PM - E-mail from: MCKEON, THOMAS F  - re:RE: TACR - 3 Month Summary Report - Aggregate | FRE 802:  Hearsay |

| | | | |
|---|---|---|---|
| 2198 | SNET338874 - SNET338875 | 10/14/2005 7:37:02 PM - E-mail from: TRESSEL, CHERYL E - re:SED SEW Form - with attachment | FRE 802: Hearsay |
| 2365 | SNET370649 - SNET370650 | 7/9/2009 4:13:41 PM - E-mail from: WHITFORD, CHERIE A;WHITFORD, CHERIE A  - re:FW: Payroll (oh boy) | FRE 802: Hearsay |
| 2427 | SNET374559 - SNET374559 | 3/15/2010 7:35:06 PM - E-mail from: GARYCH, PAUL F;GARYCH, PAUL F  - re:RE: Informational Meeting 3/15/10 | FRE 802:  Hearsay |
| 2436 | SNET375554 - SNET375556 | 10/5/2009 12:22:16 PM - E-mail from: MARTONE, JOSEPH G;MARTONE, JOSEPH G  - re:RE: Upgrade issues | FRE 802:  Hearsay |
| 2459 | SNET376229 - SNET376231 | 2/1/2010 9:11:35 PM - E-mail from: GEMMELL, STEVE;GEMMELL, STEVE  - re:Fw: Cell Phone Ordering - with attachment | FRE 802:  Hearsay |
| 2493 | SNET379746 - SNET379746 | 10/7/2009 10:00:19 PM - E-mail from: ANDERSON, FREDERICK L;ANDERSON, FREDERICK L  - re:Time reporting and productivity | FRE 802:  Hearsay |
| 2527 | SNET385087 - SNET385088 | 5/16/2008 1:33:37 PM - E-mail from: SECONDI, ROBERT A  - re:FW: Pre- Uverse Loops | FRE 802: Hearsay |
| 2536 | SNET385277 - SNET385278 | 5/22/2008 5:02:02 PM - E-mail from: SECONDI, ROBERT A  - re:FW: Work received after 3:00 | FRE 802: Hearsay |
| 2561 | SNET388670 - SNET388672 | 10/30/2009 6:48:05 PM - E-mail from: MARTONE, JOSEPH G  - re:RE: CPE Techs Moving to DSL | FRE 802: Hearsay |
| 2650 | SNET404882 - SNET404883 | 1/17/2007 8:33:52 PM - E-mail from: MASSEY, MICHELLE A;MASSEY, MICHELLE A  - re:Load sheet - with attachment | FRE 802:  Hearsay |
| 2714 | SNET410006 - SNET410007 | 5/24/2005 3:04:43 AM - E-mail from: GEMMELL, STEVE;GEMMELL, STEVE  - re:RE: Revision to May17th Meeting Minutes | FRE 802:  Hearsay |

| | | | |
|---|---|---|---|
| 2726 | SNETPROD0000041 - SNETPROD0000041 | E-mail from J. Buxton re: FW: Mar 13 LT3.xls | FRE 901: Authentication; Unable to identify source of document |
| 2729 | SNETPROD0000104 - SNETPROD0000104 | 03/09/10 E-mail from J. Buxton re: FW: IAP + PIP Reviews | FRE 901: Authentication; Unable to identify source of document |
| 2730 | SNETPROD0000921 - SNETPROD0000921 | Email from J. Buxton re: FW: Net Flags GE 3.xls | FRE 901: Authentication; Unable to identify source of document |
| 2731 | WEBADD00024209 - WEBADD00024209 | 09/09/09 EP2695 IAP Management Tool WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2732 | WEBADD00024248 - WEBADD00024248 | 09/14/09 JB2549 IAP Management Tool WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2733 | WEBADD00049383 - WEBADD00049383 | 09/03/09 P. Mazzadra MPD Form WebAdd Entry (Performance month- June 09) | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2734 | WEBADD00049384 - WEBADD00049384 | 09/03/09 P. Mazzadra 2 MPD Form WebAdd Entry (Performance month- July 09) | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2735 | WEBADD00049643 - WEBADD00049643 | 09/08/09 C. Hatchett Jr. MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2736 | WEBADD00049646 - WEBADD00049646 | 09/08/09 B. Hill MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2737 | WEBADD00049648 - WEBADD00049648 | 09/08/09 G. Magi MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2738 | WEBADD00049649 - WEBADD00049649 | 09/08/09 R. Maillard MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2739 | WEBADD00049650 - WEBADD00049650 | 09/08/09 C. Morgan MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2740 | WEBADD00050136 - WEBADD00050136 | 09/04/09 E. Delbasso MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |

| | | | |
|---|---|---|---|
| 2741 | WEBADD00050380 - WEBADD00050380 | 09/23/09 C. Bourgeois MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2742 | WEBADD00051102 - WEBADD00051102 | 08/28/09 E. Benson MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2743 | WEBADD00051103 - WEBADD00051103 | 08/28/09 R. Mastro Jr. MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2744 | WEBADD00051114 - WEBADD00051114 | 07/20/09 E. Benson MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2745 | WEBADD00051137 - WEBADD00051137 | 07/20/09 J. Tomascak MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2746 | WEBADD00051712 - WEBADD00051712 | 10/07/09 M. Stuart MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2747 | WEBADD00051787 - WEBADD00051787 | 10/08/09 Donald Bachand MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2748 | WEBADD00051788 - WEBADD00051788 | 10/08/09 Daniel Bachand MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2749 | WEBADD00051915 - WEBADD00051915 | 10/19/09 C. Angelo MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2750 | WEBADD00052137 - WEBADD00052137 | 10/20/09 W. Furlong MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2751 | WEBADD00052750 - WEBADD00052750 | 10/19/09 D. Sypher MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2752 | WEBADD00052811 - WEBADD00052811 | 09/30/09 J. O'Connell MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |
| 2753 | WEBADD00052891 - WEBADD00052891 | 10/31/09 J. Kovacs MPD Form WebAdd Entry | FRE 901:  Authentication; FRE 403: Prejudicial and misleading |

| | | | |
|---|---|---|---|
| 2754 | WEBADD00053396 - WEBADD00053396 | 11/24/09 C. Bourgeois MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2755 | WEBADD00053404 - WEBADD00053404 | 11/24/09 J. Pawelec MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2756 | WEBADD00053410 - WEBADD00053410 | 11/24/09 D. Sypher MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2757 | WEBADD00053889 - WEBADD00053889 | 12/02/09 C. Keyser MPd Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2758 | WEBADD00053969 - WEBADD00053969 | 12/03/09 M. Stuart MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2759 | WEBADD00054082 - WEBADD00054082 | 11/19/09 D. Monaco MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2760 | WEBADD00054332 - WEBADD00054332 | 12/17/09 M. Hermanowski MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2761 | WEBADD00054356 - WEBADD00054356 | 12/17/09 P. Marron MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2762 | WEBADD00054373 - WEBADD00054373 | 12/17/09 G. Squires MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2763 | WEBADD00054395 - WEBADD00054395 | 12/17/09 T. Townsend MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2764 | WEBADD00054449 - WEBADD00054449 | 12/14/09 D. Karkos MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2765 | WEBADD00054461 - WEBADD00054461 | 12/17/09 J. Nadeau MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2766 | WEBADD00054533 - WEBADD00054533 | 12/19/09 W. Monk MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |

| | | | |
|---|---|---|---|
| 2767 | WEBADD00054619 - WEBADD00054619 | 12/22/09 B. Lowe MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2768 | WEBADD00055374 - WEBADD00055374 | 01/11/10 J. Rose MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2769 | WEBADD00055524 - WEBADD00055524 | 01/19/10 J. Delaney IV MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2770 | WEBADD00055527 - WEBADD00055527 | 01/20/10 M. Hermanowski MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2771 | WEBADD00055837 - WEBADD00055837 | 01/22/10 J. Thompson MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2772 | WEBADD00056041 - WEBADD00056041 | 01/26/10 J. Glaude MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2773 | WEBADD00056043 - WEBADD00056043 | 01/26/10 S. Johnson MPd Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2774 | WEBADD00056046 - WEBADD00056046 | 01/26/10 S. Pulaski MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2775 | WEBADD00056047 - WEBADD00056047 | 01/26/10 R. Sacherek MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2776 | WEBADD00056611 - WEBADD00056611 | 02/10/10 P. Gill MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2777 | WEBADD00056614 - WEBADD00056614 | 02/10/10 B. Hill MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2778 | WEBADD00056615 - WEBADD00056615 | 02/10/10 G. Magi MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2779 | WEBADD00056617 - WEBADD00056617 | 02/10/10 C. Morgan MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |

| | | | |
|---|---|---|---|
| 2780 | WEBADD00056618 - WEBADD00056618 | 02/10/10 E. Pucci MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2781 | WEBADD00056760 - WEBADD00056760 | 12/31/09 B. Card MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2782 | WEBADD00056810 - WEBADD00056810 | 02/18/10 R. Schriefer MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2783 | WEBADD00057023 - WEBADD00057023 | 02/22/10 R. Schneider MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2784 | WEBADD00057192 - WEBADD00057192 | 02/09/10 S. Moffett MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2785 | WEBADD00057195 - WEBADD00057195 | 02/09/10 J. Nadeau MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2786 | WEBADD00057230 - WEBADD00057230 | 02/24/10 J. Glaude MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2787 | WEBADD00057232 - WEBADD00057232 | 02/24/10 S. Johnson MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2788 | WEBADD00057840 - WEBADD00057840 | 02/24/10 M. Jones MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2789 | WEBADD00057938 - WEBADD00057938 | 03/11/10 J. Kelly III MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2790 | WEBADD00057939 - WEBADD00057939 | 03/11/10 D. Montemerlo MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2791 | WEBADD00057985 - WEBADD00057985 | 01/29/10 M. Fenton MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2792 | WEBADD00058316 - WEBADD00058316 | 02/26/10 M. Fenton MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |

| | | | |
|---|---|---|---|
| 2793 | WEBADD00058484 - WEBADD00058484 | 03/22/10 J. Adams MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2794 | WEBADD00058866 - WEBADD00058866 | 03/29/10 R. Frawley MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2795 | WEBADD00059065 - WEBADD00059065 | 03/31/10 M. Dalton MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2796 | WEBADD00059066 - WEBADD00059066 | 03/31/10 G. Egan MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2797 | WEBADD00059146 - WEBADD00059146 | 04/01/10 P. Gill MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2798 | WEBADD00059288 - WEBADD00059288 | 04/05/10 T. Bray MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2799 | WEBADD00059290 - WEBADD00059290 | 04/05/10 B. Butkiewicz MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2800 | WEBADD00059291 - WEBADD00059291 | 04/05/10 D. Mongillo MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2801 | WEBADD00059835 - WEBADD00059835 | 04/22/10 M. House MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2802 | WEBADD00060152 - WEBADD00060152 | 04/28/10 G. Maslowski MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2803 | WEBADD00060213 - WEBADD00060213 | 04/29/10 J. Bates MPD Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2804 | WEBADD00100001 - WEBADD00100001 | 02/08/10 G. Nuzzo Workplace Inspection Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2805 | WEBADD00442188 - WEBADD00442188 | 10/22/02 S. Tar Ride Day Observation Feedback Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |

| | | | |
|---|---|---|---|
| 2806 | WEBADD00474758 - WEBADD00474765 | 11/11/08 Positive Contact Form 2 re: R. Secondi Presentation WebAdd Entry | FRE 901: Authentication; Failure to identify source of document |
| 2808 | | 1/4/11 Email from Thomas Beebe, attached WEBADD final compliance report for December | FRE 901: Authentication; Failure to identify source of document |
| 2810 | | 12/30/10 Weather cause codes approved in Connecticut thru 1/3/11, archived converstation with Steve Gemmell | FRE 901: Authentication; Failure to identify source of document |
| 2811 | SNET052710 | 4/18/05 Positive Contact Form for John Gwiazdowski | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2812 | | 12/28/10 Weather codes approved in Illinois thru 12/14, email from John Sullivan with attached Weather Coding Package | FRE 901: Authentication; Failure to identify source of document |
| 2813 | | 12/21/10 I&M process - correct diposition & cause code usage for CT | FRE 901: Authentication; Failure to identify source of document |
| 2814 | PLAINTIFFS002006 -2007 | 1/17/11 & 1/19/11 emails from Steve Gemmell re Uverse signoffs and discipline | Completeness |
| 2817 | PLAINTIFFS000650 -658 | 11/30/10 - 12/1/10 emails between John Nasznic, Thomas Weir, John Buxton and Maureen Anderson re performance of Joe Doe subj. language | FRE 802: Hearsay |
| 2822 | SNET052710 | 11/26/03 Positive Contact Form Marc Fauxbel | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2823 | SNET052710 | 11/10/05 Positive Contact Form for Jeryl Bates | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2824 | PLAINTIFFS000281 -000282 | | FRE 802: Hearsay |
| 2826 | PLAINTIFFS000249 -255 | 8/22/10 Monthy Performance Discussion Form - meets all objectives | FRE 901: Authentication |
| 2833 | | 12/6/08 East Duty Schedules 05, 07, 08, 09 | FRE 901: Authentication; Failure to identify source of document |

- 12 -

| | | | |
|---|---|---|---|
| 2834 | SNET052710 | 10/24/05 Positive Contact Form for Jeryl Bates | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2835 | SNET054478 | Mar 10 Performance Review for Peter Mazzadra | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2837 | | First MSOC Tailgate Job Aid | FRE 901: Authentication; Failure to identify source of document |
| 2842 | | 8/19/08 - 12/30/08 North Standby Schedule 2nd half 08 | FRE 901: Authentication; Failure to identify source of document |
| 2843 | | 10/14/08 emails from Daniel Chantlos, daily reinforcement list for tailgates | FRE 901: Authentication; Failure to identify source of document |
| 2844 | | Cable repair list | FRE 901: Authentication; Failure to identify source of document |
| 2845 | | 9/15/08 email from Robert Secondi re clothing cover shoe/boot disposable apparel program | FRE 901: Authentication; Failure to identify source of document |
| 2847 | PLAINTIFFS000167-168 | 8/9/10 email from Mark Dailey and conversation re overdue PIP form for Resnisky | FRE 802: Hearsay |
| 2850 | | 4/22/09 email from Robert Secondi re Most 2.0 website | FRE 901: Authentication; Failure to identify source of document |
| 2851 | | 4/21/09 email from Robert Secondi re first job inspections | FRE 901: Authentication; Failure to identify source of document |
| 2852 | | 5/5/09 email from Robert Secondi re PIP Gateway as of 5/1/09 | FRE 901: Authentication; Failure to identify source of document |
| 2853 | | 5/11/09 email re overtime stats for week 5/09/09 | FRE 901: Authentication; Failure to identify source of document |
| 2854 | | 5/18/09 email from Robert Secondi re Summary report 7 | FRE 901: Authentication; Failure to identify source of document |

| | | | |
|---|---|---|---|
| 2855 | | 3/3/09 emails re appearance and team expectations | FRE 901: Authentication; Failure to identify source of document |
| 2856 | | 3/25/09 email from Robert Secondi re truck inspections | FRE 901: Authentication; Failure to identify source of document |
| 2857 | | 3/21/09 emails re Novella, attached docket information and driving expectations | FRE 901: Authentication; Failure to identify source of document |
| 2858 | | 2/20/09 - 2/24/09 emails re safety and quality compliance reviews - 4Q08 National Results | FRE 901: Authentication; Failure to identify source of document |
| 2859 | | 5/12/09 email from John Nasznic re suspension language | FRE 901: Authentication; Failure to identify source of document |
| 2861 | | 5/20/08 U-verse care operations FLASH | FRE 901: Authentication; Failure to identify source of document |
| 2862 | | 6/10/08 emails re U-verse instillation and billing | FRE 901: Authentication; Failure to identify source of document |
| 2863 | | 8/1/08 email from Daniel Chantlos re work schedules | FRE 901: Authentication; Failure to identify source of document |
| 2864 | | 7/08 West Manager Coverage | FRE 901: Authentication; Failure to identify source of document |
| 2865 | | 5/23/07 Notice of Reportable Action for Herrick Randy | FRE 901: Authentication; Failure to identify source of document |
| 2867 | | East Duty Manager 2004 | FRE 901: Authentication; Failure to identify source of document |
| 2868 | PLAINTIFFS000256 | East Duty Schedule 2005 | FRE 901: Authentication; Failure to identify source of document (bates number listed does not match document) |

| | | | |
|---|---|---|---|
| 2869 | | East Duty Schedule 2006 | FRE 901: Authentication; Failure to identify source of document |
| 2870 | | East Duty Schedule 2007 | FRE 901: Authentication; Failure to identify source of document |
| 2871 | | East Duty Schedule 2008 | FRE 901: Authentication; Failure to identify source of document |
| 2881 | | 8/18/09 email re language for attendance | FRE 901: Authentication; Failure to identify source of document |
| 2882 | | 9/4/04 email re shirt rules | FRE 901: Authentication; Failure to identify source of document |
| 2883 | | 9/9/09 email re handling inappropriate attire - customer facing employees | FRE 901: Authentication; Failure to identify source of document |
| 2884 | | 9/9/09 email re Andrasik to do's to Capitol East Managers | FRE 901: Authentication; Failure to identify source of document |
| 2885 | | 2/18/10 email re IRT duties in construction | FRE 901: Authentication; Failure to identify source of document |
| 2887 | | 5/17/10 email re language for attendance | FRE 901: Authentication; Failure to identify source of document |
| 2889 | PLAINTIFFS001981-001982 | | FRE 802: Hearsay |
| 2892 | | 5/7/10 Daily MSOC Huddle Messages | FRE 901: Authentication; Failure to identify source of document |
| 2893 | | 3/19/07 email to from Larry Pollack to Larry St. John | FRE 802: Hearsay; FRE 901: Authenthication; Failure to identify source of document |
| 2894 | | 3/19/07 email from Peter Huntley | FRE 802: Hearsay; FRE 901: Authenthication; Failure to identify source of document |

| | | | |
|---|---|---|---|
| 2913 | | 1/2010 MSOC Managing your team in 2010 | FRE 901: Authentication; Failure to identify source of document |
| 2914 | | 2010 BPT/SHLT Duty Schedule | FRE 901: Authentication; Failure to identify source of document |
| 2929 | | Network Delivery Availability | FRE 901: Authentication; Failure to identify source of document |
| 2931 | | 11/22/08 Eastern Construction Overtime List | FRE 901: Authentication; Failure to identify source of document |
| 2933 | | 7/29/08 - 12/2/08 Central/East Duty Supervisor Schedule | FRE 901: Authentication; Failure to identify source of document |
| 2934 | | 12/7/09 Email RE Data request - reportable action forms - All discipline through labor | FRE 901: Authentication; Failure to identify source of document |
| 2935 | | 8/2/06 Discipline for cell phone usage | FRE 901: Authentication; Failure to identify source of document |
| 2936 | | 2/7/06 E-mail RE Language from Director - Contractual OT Compliance | FRE 901: Authentication; Failure to identify source of document |
| 2937 | | 11/12/09 E-mail RE MPD Compliance | FRE 901: Authentication; Failure to identify source of document |
| 2938 | SNET052710 | 10/26/05 Employee Discussion Jeryl Bates - Discipline | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2939 | SNET052710 | 5/22/07 Employee Discussion William Denison - Discipline | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2940 | SNET052710 | 2/16/06 Employee Discussion Jeryl Bates - Discipline | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2941 | SNET052710 | 4/6/05 Positive Contact Form for Marc Swanson | FRE 901: Authentication; FRE 403: Prejudicial and misleading |

| | | | |
|---|---|---|---|
| 2945 | SNET052710; WEBADD00498004 PG 24 | 9/6/05 J. Rose Employee Discussion WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2946 | SNET052710; WEBADD00554230 PG 1540 | 3/1/10 S. Depino EHS Observation Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2947 | SNET052710; WEBADD00633018 PG 1538 | 6/28/05 T. Juodaitis EHS Observation Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2948 | SNET052710; WEBADD00661837 PG 371, 373 | 2/8/05 R. Pisani EHS Observation Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2949 | SNET052710; WEBADD00854649 PG 1167, 2228 | 6/29/09 M. Papale EHS Observation Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2950 | SNET052710; WEBADD00912845 PG 3504, 3506, 3511-12, 3517, 3743-45 | 4/17/09 R. Wheeler EHS Observation Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2951 | SNET052710; WEBADD00912845 PG 6373-77 | 3/18/09 A.Whelan EHS Observation Form WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 2952 | SNET052710 | 2/5/10 C. Craig Employee Discussion WebAdd Entry | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 3003 | | 5/20/11 Backup data for Dr. Drogin Report Part 1 | Subject to arguments raised in pending motions in limine regarding various aspects of expert reports |
| 3004 | | 5/20/11 Backup data for Dr. Drogin Report Part 2 | Subject to arguments raised in pending motions in limine regarding various aspects of expert reports |
| 3005 | | 12/22/10 Backup data for Dr. Drogin Report | Subject to arguments raised in pending motions in limine regarding various aspects of expert reports |
| 3011 | SNET41009-SNET041010 | 6/18/08 email from Michael Schulman re: duty | FRE 802: Hearsay |

- 17 -

| | | | |
|---|---|---|---|
| 3022 | | Tables 1, 6, 7, 9, 10, 11, and 12 Only of Backup data to SNET Expert Lamoreaux Report Part 1, subject to the Court's ruling on motions in limine regarding experts | Subject to arguments raised in pending motions in limine regarding various aspects of expert reports |
| 3023 | | Tables 1, 6, 7, 9, 10, 11, and 12 Only of Backup data to SNET Expert Lamoreaux Report Part 2, subject to the Court's ruling on motions in limine regarding experts | Subject to arguments raised in pending motions in limine regarding various aspects of expert reports |
| 3024 | | Tables 1, 6, 7, 9, 10, 11, and 12 Only of Backup data to SNET Expert Lamoreaux Report Part 3, subject to the Court's ruling on motions in limine regarding experts | Subject to arguments raised in pending motions in limine regarding various aspects of expert reports |
| 3025 | | Resume Development Workshop | Subject to arguments raised in pending motions in limine regarding various aspects of expert reports |
| 3048 (Replacement) | | DITL Hours Worked Survey | FRE 901: Authentication; FRE 403: Prejudicial and misleading |
| 3049 | SNET038257 - SNET038260 | AT&T Performance Improvement Plan: Management Employees | Untimely addition of new exhibit on 9/20/11 |
| 3050 | SNET013611 - SNET013615 | AT&T Guidelines for Extended Effort: Crisis Natural Disaster Abnormal Work Requirements, May 1, 2007 | Untimely addition of new exhibit on 9/20/11 |
| 3051 | | Prem Tech RJP/PTA FAQs | Untimely addition of new exhibit on 9/20/11 |
| 3052 | | Premises Technician RJP/PTA Training | Untimely addition of new exhibit on 9/20/11 |
| 3053 | | Premises Technician Assessment (PTA): Assessment Guide | Untimely addition of new exhibit on 9/20/11 |
| 3054 | | Premises Technician Assessment (PTA): Candidate Document Form | Untimely addition of new exhibit on 9/20/11 |

| 3055 (Excerpt) | SNET0411586 - SNET0411587, SNET0511577 - SNET0511578, SNET411662 - SNET411664, SNET411675 - SNET411714, SNET411838 - SNET411841 | 2009 Labor Agreement - Selected Pages | Untimely addition of new exhibit on 9/20/11 |

Dated:  New York, New York
        September 22, 2011

Respectfully submitted,

By:  /s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

Leslie A. Dent (PHV 03877)
John F. Wymer, III (PHV 03876)
Erika L. Leonard (PHV 03875)
Paul Hastings LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
lesliedent@paulhastings.com
johnwymer@paulhastings.com
erikaleonard@paulhastings.com

Counsel for Defendant
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al.,<br><br>Individually and on Behalf of Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>DEFENDANT. | CIVIL ACTION NO. 3:07CV967 (JCH)<br><br>SEPTEMBER 22, 2011 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2011, a copy of foregoing DEFENDANT SNET'S OBJECTIONS TO PLAINTIFF'S FINAL "WILL CALL" EXHIBIT LIST was filed electronically and served by U.S. mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

*Attorney for Defendant SNET*

LEGAL_US_W # 69183183.1