Civil- (Dec-2008)

HONORABLE: _____
DEPUTY CLERK _____   RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____   START TIME: _____   END TIME: _____
LUNCH RECESS   FROM: _____   TO: _____
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. _____

J. Heisler, A. Melzer,
S. Eubanks, S. Wittles,
D. Bains, & E. Clark, et al
_____
Plaintiff's Counsel

vs

_____
Defendant's Counsel

**COURTROOM MINUTES- CIVIL**

☐ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing       X  PRETRIAL CONFERENCE

☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ...........  _____ Hearing continued until _____ at _____