UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON PERKINS, ET AL.   :<br>　　Plaintiffs,　　　　　　　　: <br>　　　　　　　　　　　　　　　:<br>　　　v.　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　:<br>SOUTHERN NEW ENGLAND   :<br>TELEPHONE COMPANY　　　:<br>　　Defendant.　　　　　　　　:<br>　　　　　　　　　　　　　　　: | CIVIL ACTION NO.<br>3:07-CV-0967 (JCH)<br><br><br><br>SEPTEMBER 29, 2011 |

**TRIAL ORDER NO. 1**

　　The court hereby ORDERS the parties as follows:

1. To either file a stipulation concerning the other litigation/willfulness issue by 1 p.m. on September 30, 2011, or to report by a pleading filing that no stipulation could be reached by that time.

2. Any and all objections to the second, and what the court viewed as final, version of the pretrial instructions must be filed by 11 a.m. on Friday, September 30, 2011.  Any objections made after that time will not be considered by the court, because the court can imagine no circumstances which would have required a party to raise an objection past that time that it could not have raised to the pretrial instructions, which were provided originally on September 23, 2011, and after taking objections (understood by the court to be all the objections), the court issued its second version on September 27, 2011, via email in both instances.  In addition to these two opportunities to object, the court discussed the pretrial instructions on the record, with counsel, at the fourth continued pretrial conference, held on September 26, 2011.

3. Following the court's ruling in which it concluded that an adverse inference based on failure to preserve discoverable material was appropriate, the court requested that the parties file proposed charge language for the court's final instructions to the jury.  To date, the court has received no such request.  The court expects that the parties will submit any proposed request on this subject no later than Monday, October 3, 2011 at noon.

4. Although previously advised by email, the court hereby orders that counsel will be at their trial tables and ready to proceed with the court at 8:30 a.m. on October 3, 2011.  Failure to comply with this will result in sanctions.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 29th day of September, 2011.

       /s/ Janet C. Hall
Janet C. Hall
United States District Judge