# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. Perkins, et al., ) | |
| ) | |
| Individually and on Behalf of Others ) | No: 3:07CV967 (JCH) |
| Similarly Situated, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | |
| ) | |
| SOUTHERN NEW ENGLAND ) | |
| TELEPHONE COMPANY, ) | |
| ) | |
| DEFENDANT. ) | |

## PLAINTIFFS' STATEMENT ON TWO PHASES OF TRIAL

As requested by Judge Hall at the pre-trial conference dated September 26, 2011 (Doc. No. 526), Plaintiffs hereby propose how to divide the issues between the first and second phases of trial.

The Court has indicated that the first phase will include *all* issues *except* the number of hours that class members have worked, the applicable hourly rate of overtime, and the damages due to class members.  This means that the first phase will include decisions on:

- whether Defendant has proven that Plaintiffs are exempt from overtime under either federal or state law;
- whether SNET's failure to pay overtime was willful;
- whether SNET acted unreasonably, arbitrarily, or in bad faith; and
- the extent to which on-call time is compensable.

Plaintiffs maintain, however, that the damages phase should be based on representative evidence.  Representative evidence is consistent with more than sixty years

of case law under the burden-shifting framework of *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680 (1946), which is premised on the employer's duty to keep records of hours worked.  Individual damages based on representative testimony is precisely the approach recently taken by *Stillman v. Staples*, No. 2:07-cv-849-PS (D.N.J. Dec. 15, 2008), an FLSA trial.  However, Plaintiffs will reserve argument on this issue until the conclusion of the first phase.


Respectfully Submitted,

Dated: September 29, 2011        /s/ Steven L. Wittels
                                Steven Wittels, (SLW-8110)
                                Jeremy Heisler, (JH-0145)
                                **SANFORD WITTELS & HEISLER, LLP**
                                1350 Avenue of the Americas, 31st Floor
                                New York, NY 10019
                                Telephone: (646) 723-2947
                                Facsimile: (646) 723-2948

                                David W. Sanford
                                **SANFORD WITTELS & HEISLER, LLP**
                                1666 Connecticut Avenue, N.W., Suite 310
                                Washington, D.C. 20009
                                Telephone: (202) 742-7780
                                Facsimile:  (202) 742-7776

                                Edmond Clark
                                **Law Office of Edmond Clark**
                                83 Scotland Avenue
                                Madison, CT 06443-2501
                                Telephone: (203) 245-4602
                                Fax: (203) 245-9734
                                eclarkmadisonlaw@aol.com

                                *Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2011, copies of the following documents were filed electronically: Plaintiffs' Statement on Two Phases of Trial.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Steven L. Wittels
Steven L. Wittels
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@swhlegal.com
*Lead Counsel for Plaintiff Sharon L. Perkins*
*and the Opt-In Collective Action Plaintiffs*