UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. Perkins, et al., | ) |
| Individually and on Behalf of Others Similarly Situated, | ) No: 3:07CV967 (JCH) |
| PLAINTIFFS, | ) |
| v. | ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) |
| DEFENDANT. | ) |

**PLAINTIFFS' CHARGE RESOLVING SNET'S MOTION RE: OTHER LAWSUITS (DOCKET NO. 385)**

Pursuant to the Court's Order on September 29, Plaintiffs submit the following proposed Charge given the parties' inability to work out mutually acceptable language as a stipulation resolving Defendant's Motion in Limine regarding other cases, Docket No. 385.

The only part of the following charge to which SNET agreed is the first line, which echoes Your Honor's initial proposed language at the conference on Monday, September 26. Plaintiffs respectfully request that Your Honor add the additional two lines in accordance with the case law previously submitted by Plaintiffs:

> SNET has an ongoing obligation under the FLSA and Connecticut state law to review its exempt jobs and to make sure the jobs are properly classified. After this Level One lawsuit against SNET was commenced in 2007, AT&T/SNET reclassified Outside Plant Engineers in Michigan, Wisconsin, and Illinois as nonexempt, and was subsequently sued in those states for unpaid overtime pay. SNET has not and did not introduce any evidence at this Level One trial that it reviewed the exempt status of the Level One class jobs at any time during the class period.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: September 30, 2011 | /s/ Steven L. Wittels |

Steven Wittels, (SLW-8110)
Jeremy Heisler, (JH-0145)
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

David W. Sanford
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2011, copies of the following documents were filed electronically: Plaintiffs' Charge Resolving SNET's Motion Re: Other Lawsuits (Docket No. 385).

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Steven L. Wittels
Steven L. Wittels
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@swhlegal.com
*Lead Counsel for Plaintiff Sharon L. Perkins and the Opt-In Collective Action Plaintiffs*