UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. Perkins, et al., | ) |
| Individually and on Behalf of Others Similarly Situated, | ) No: 3:07CV967 (JCH) |
| PLAINTIFFS, | ) |
| v. | ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) |
| DEFENDANT. | ) |

**PLAINTIFFS' PROPOSED LANGUAGE FOR THE ADVERSE INFERENCE**

Pursuant to the Court's Trial Order No. 1 (Doc. No. 534), Plaintiffs hereby propose the following language for the adverse inference in the Court's final instructions to the jury:

In this case, the Defendant SNET had a duty to preserve and produce to the Plaintiffs emails from the period 2004 to 2010.  The Court has ruled that Defendant SNET was grossly negligent when it failed to preserve and produce to the Plaintiffs a complete set of emails from the period May 29, 2008 to February 24, 2009.  Those non-produced emails include tens of thousands of relevant and important emails.

Because SNET failed to preserve these emails, you may infer (that is, conclude) that these emails would show that the Level One Plaintiff-employees did not have the authority of managers; did not have management as their primary duty; did not direct the work of technicians; and did not hire, fire, promote or otherwise change the employment

status of technicians.  You may further conclude that any recommendations the Level Ones may have made regarding such changes in status were not given particular weight by SNET.  Finally, you may conclude that these emails would show that the Level One Plaintiff-employees regularly worked long hours with the company's knowledge.*

*Authority: Opinion of the Court given September 26, 2011

Respectfully Submitted,

Dated: October 3, 2011

/s/ Steven L. Wittels
Steven Wittels, (SLW-8110)
Jeremy Heisler, (JH-0145)
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

David W. Sanford
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2011, copies of the following documents were filed electronically: Plaintiffs' Proposed Language for the Adverse Inference.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Steven L. Wittels
Steven L. Wittels
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
Email: swittels@swhlegal.com
*Lead Counsel for Plaintiff Sharon L. Perkins
and the Opt-In Collective Action Plaintiffs*
