UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,**<br><br>**Individually and on Behalf of Others Similarly Situated,**<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**SOUTHERN NEW ENGLAND TELEPHONE COMPANY,**<br><br>**DEFENDANT.** | **CIVIL ACTION NO. 3:07CV967 (JCH)**<br><br><br>**October 3, 2011** |

## DEFENDANT'S SUBMISSION REGARDING ADVERSE INFERENCE

Defendant Southern New England Telephone Company ("SNET" or "Defendant") submits this filing pursuant to the Court's request at the hearing on September 26, 2011 [Doc. 392] and Trial Order No. 1 [Doc. 534] that the parties file proposed charge language for the court's final instructions to the jury that include an adverse inference against Defendant, as a result of the Court granting Plaintiffs' Motion in Limine #8 [Doc. 401].

Defendant respectfully declines to submit a proposed charge in order to preserve its record that there is no appropriate adverse inference upon which the jury can be instructed on the basis of the facts presented to the Court, and objects to any adverse inference for the reasons previously stated in Defendant's opposition briefs and oral argument in response to Plaintiffs' motion. Furthermore, as the Court previously acknowledged, it would be inappropriate to give any adverse inference instruction that is any broader than relating to the period between May 29, 2008 and February 24, 2009, the time period to which the Court's ruling related. See Transcript of September 26, 2011 Hearing [Doc. 392], p. 435 ("I presume it will be part of the final instructions and will relate to the gap. Obviously that's what the inference is about.").

|  |  |
|---|---|
| Dated: New York, New York<br>October 3, 2011 | Respectfully submitted,<br><br>By:  /s/ Patrick W. Shea<br>Patrick W. Shea (CT07071)<br>Paul Hastings LLP<br>75 East 55th Street<br>New York, NY 10022<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>patrickshea@paulhastings.com<br><br>Leslie A. Dent (PHV 03877)<br>John F. Wymer, III (PHV 03876)<br>Erika L. Leonard (PHV 03875)<br>Paul Hastings LLP<br>600 Peachtree Street, N.E., Suite 2400<br>Atlanta, Georgia 30308<br>Telephone: (404) 815-2400<br>Facsimile: (404) 815-2424<br>lesliedent@paulhastings.com<br>johnwymer@paulhastings.com<br>erikaleonard@paulhastings.com<br><br>Counsel for Defendant<br>SOUTHERN NEW ENGLAND<br>TELEPHONE COMPANY |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** <br><br> **Individually and on Behalf of Others Similarly Situated,** <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** <br><br> **DEFENDANT.** | CIVIL ACTION NO. 3:07CV967 (JCH) <br><br><br> October 3, 2011 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2011, a copy of foregoing DEFENDANT's SUBMISSION REGARDING ADVERSE INFERENCE was filed electronically and served by U.S. mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

*Attorney for Defendant SNET*