HONORABLE: _____

DEPUTY CLERK_____ RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes

DATE:_____ START TIME: _____ END TIME:_____

LUNCH_RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO._____

_____

_____
Plaintiff's Counsel

vs

_____
Defendant's Counsel

_____

## CIVIL JURY/COURT TRIAL

☐ …………Jury of _____ reported.    Jury sworn

☐ …………Juror # _____ excused.

☐ …………Jury Trial held ☐ Jury Trial continued until _____ at _____

☐ ………..    Court Trial begun     Court Trial held    Court Trial continued until _____

☐ ……….. Court Trial concluded ☐ DECISION RESERVED

☐ …..#_____Motion_____    ☐ granted ☐ denied ☐ advisement

☐ ….#_____Motion_____    ☐ granted ☐ denied ☐ advisement

☐ ….#_____Motion_____    ☐ granted ☐ denied ☐ advisement

☐ ….#_____Motion_____    ☐ granted ☐ denied ☐ advisement

☐ ……    Oral Motion_____    ☐ granted ☐ denied ☐ advisement

☐ ……    Oral Motion_____    ☐ granted ☐ denied ☐ advisement

☐ ……    Oral Motion_____    ☐ granted ☐ denied ☐ advisement

☐ ……    Oral Motion_____    ☐ granted ☐ denied ☐ advisement

☐ ……    _____    ☐ filed ☐ docketed

☐ ……    _____    ☐ filed ☐ docketed

☐ ……    _____    ☐ filed ☐ docketed

☐ ……    _____    ☐ filed ☐ docketed

☐ ……    _____    ☐ filed ☐ docketed

☐ …………  Plaintiff(s) rests ☐ Defendant(s) rests

☐ …………  Briefs(s) due __ Pltf _____ __Deft _____    Reply ___ ___ ___

☐ …………  ☐ Summations held ☐ Court's Charge to the Jury

☐ ………..  All full exhibits, ☐ Verdict form,    Interrogatories to the jury handed to jury

☐ ………..  Jury commences deliberations at _____

☐ ………..  Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)

☐ ………..  SEE page 2 for verdict

☐ ………..  COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ………    Court declares MISTRIAL

☐ ………    Verdict Form filed

☐ ………    VERDICT: _____

_____

_____

_____


☐ ………    Court accepts verdict and orders verdict verified and recorded

☐ ………    Jury Polled

### MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____