UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| SHARON PERKINS, ET AL. | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:07-CV-0967 (JCH) |
|  | : |  |
| v. | : |  |
|  | : |  |
| SOUTHERN NEW ENGLAND | : | OCTOBER 4, 2011 |
| TELEPHONE COMPANY | : |  |
| Defendant. | : |  |
|  | : |  |

**RULING RE: DEFENDANT'S DEPOSITION DESIGNATIONS AND PLAINTIFFS' COUNTER-DESIGNATIONS**

|  | Plaintiffs' Objections to Defendant's Designation (Page/Line) | Defendant's Objections to Plaintiffs' Counter-Designations (Page/Line) |
|---|---|---|
| Bryan Brevard | 15/23-16/4: O/R<br>19/21-23: O/R<br>20/10-11: O/R<br>20/15-20: O/R<br>27/22-23: O/R<br>28/2-11: O/R | 15/12-14: O/R[1]<br>21/24-25/5:<br>42/3-15: Sust.[2]<br>45/3-25: O/R<br>45/21-25: O/R<br>55/16-24: Sust.<br>68/11-69/7: Sust.<br>91/5-10: O/R<br>95/15-16: Sust.<br>102/6, 8: Sust.<br>102/10-13: O/R<br>164/6-17: Sust.<br>171/21-172/5: Sust.<br>173/14-17: Sust.<br>178/2-179/3: O/R<br>181/21-23: Sust.<br>184/19-25: O/R<br>195/20-196/3: Sust.<br>196/11-23: Sust.<br>202/11-203/6, 8-11: Sust.<br>201/20-23: Sust.<br>209/9-25: Sust.<br>210/4-9: Sust.<br>211/13-24: Sust. |

---

[1] Overruled
[2] Sustained

1

| | | |
|---|---|---|
| | | 212/4, 6-9: Sust.<br>212/18-213:4, 6: Sust.<br>214/24-216/12: Sust.<br>217/7-22: Sust.<br>221/16-22: Sust.<br>223/20-224/9: O/R<br>224/24-225/3: O/R<br>228/20-229/2: Sust.<br>232/25-233/24: Sust.<br>234/24-235/2: O/R |
| Edward Miller | | 28/20-29/10: Sust.<br>37/23-38/25: Sust.<br>39/12-39/18: Sust.<br>39/18-40/3: O/R<br>49/7-24: Sust.<br>79/20-80/6: O/R<br>96/19-98/14: Sust.<br>100/8-101/14: Sust.<br>102/22-103/7: Sust.<br>106/13-107/18: O/R<br>107/19-108/12: not designated on transcript<br>108/13-109/18: O/R<br>110/10-25: Sust.<br>122/18-123/19: Sust.<br>124/14-24: Sust.<br>167/19-168/5: Sust.<br>194/4-19: Sust.<br>195/7-18: Sust.<br>199/12-200/8: Sust.<br>211/9-13, 23-24: Sust.<br>212/17-19, 22-25: Sust.<br>213/2-15: Sust.<br>215/18-216/11: Sust. |
| Patrick Kavanaugh | | 68/17-20: Sust.<br>69/20-70/19: O/R<br>87/16-20: Sust.<br>169/16-170/19: Sust.<br>128/7-24: Sust.<br>174/19-175/22: Sust.<br>195/3-15: Sust.<br>215/13-23: Sust.<br>218/20-221/21: Sust.<br>244/20-246/4: Sust. |
| Lynn Brown | | 35/7-19: Sust.<br>35/21-36/7: Sust. |

| | | |
|---|---|---|
| | | 41/5-42/3: Sust.<br>42/22-43/13: Sust.<br>44/8-10: Sust.<br>53/4-20: Sust.<br>75/13-17: Sust.<br>77/6-10: Sust.<br>89/16-90/22: Sust.<br>96/6-20: Sust.<br>145/22-146/4: Sust.<br>149/6-11: Sust.<br>165/12-21: Sust.<br>166/4-167/9: O/R<br>176/21-177/24: O/R<br>180/11-13: O/R<br>200/7-16: Sust.<br>212/7-214/3: Sust.<br>227/9-228/24: Sust. |
| Peter Dean | In the transcript, Plaintiffs have indicated "Objection: completeness (58:6-59:5); underlined in blue (Plaintiffs' color) 58/6-23 only.  The court does not understand what Plaintiffs are seeking here.  Defendant has designated 58/6-59/5.  The court sustains any "completeness" objection to this by Plaintiffs.  If Plaintiffs were seeking to cross-designate (what was already designated), the court is at a loss to understand why a party would cross-designate for completeness something already designated.<br>116/9-14: O/R<br>120/21-23: Sust./stricken<br>122/8-123/25: Sust./stricken<br>124/9-125/5: Sust./stricken | 11/5-12/2: O/R<br>18/2-19/14: Sust.<br>23/18-22: Sust.<br>25/17-26/24: Sust.<br>36/7-38/22: Sust.<br>50/15-19: Sust.<br>63/15-25: Sust.<br>115/7-12: Sust.<br>117/18-118/8: O/R<br>119/13-15: O/R<br>127/5-128/14: O/R<br>131/19-22: O/R<br>137/22-138/14: Sust.<br>141/3-21: O/R<br>141/7: O/R<br>150/17-20: Sust. |
| Thomas Troiano | | 19/12-20: Sust.<br>22/2-11: Sust.<br>23/15-23: O/R<br>31/3 (after "No")-4: Sust./stricken<br>31/11-12: Sust./stricken<br>32/18-33/6: O/R |

3

| | | |
|---|---|---|
| | | 34/24-37/25: O/R<br>(34/21-23 will be included)<br>41/15-19: O/R<br>41/22-25: Sust.<br>43/2-9: O/R<br>50/23-51/4: Sust.<br>92/2-93/5: Sust.<br>107/8-14: Sust.<br>108/5-109/25: Sust.<br>152/19-24: Sust.<br>159/25-161/16: Sust.<br>161/16-162/3: O/R, Motion to Strike denied<br>162/4-164/14: O/R, Motion to Strike denied, 164/17 should be read<br>164/20-22: Sust.<br>166/21-167/14: Sust.<br>170/19-22: Sust.<br>172/17-19: Sust.<br>173/22-174/4: Sust. |
| Laura Reynolds | | 26/13-15: O/R<br>28/11-21: Sust.<br>30/18-21: Sust.<br>35/12-18: Sust.<br>51/14-18: O/R<br>64/19-65/10: Sust.<br>66/20-23: Sust.<br>73/3-9: Sust.<br>190/8-191/13: Sust.<br>204/17-18, 20-21: O/R<br>212/2-11: Sust.<br>213/2-214/3: Sust.<br>214/14-215/11: Sust.<br>215/20-22: Sust.<br>217/4-13: Sust.<br>218/19-219/4: Sust. |
| Larry Pollack | The court is at a loss to understand "Plaintiffs' Counter Designations and Objections" column, last entry "Objection: See MIL #1 (24:3-8), (24:14-16), (25:6-19), (36:21-23), (40:17-22)." This follows plaintiffs' own cross designation. The court does not understand how | 41/22-24; 42/2, 4-6: O/R<br>43/6-9: Sust.<br>54/19-55/23: Sust.<br>60/8-16: Sust.<br>66/20-24: Sust.<br>69/25-70/8: Sust.<br>70/18-71/15: Sust.<br>74/2-11: Sust.<br>86/5-8: Sust.<br>203/21-204/5: Sust. |

4

| | | |
|---|---|---|
| | plaintiffs can object to their own cross designation. Defendant's objection to that cross designation is overruled. | 204/23-206/2: Sust.<br>209/17-210/21: Sust.<br>211/19-212/13: Sust.<br>212/23-213/16: O/R<br>221/9-15: Sust.<br>223/14-225/8: O/R<br>228/12-229/5: O/R |
| Lawrence Albert | 12/22-13/3: Sust. | 31/16-24: O/R (31/25-32/3 should be included)<br>35/4-13: Sust.<br>44/3-9: Sust.<br>45/15-21: Sust.<br>46/11-18: Sust.<br>46/22-47/9: Sust.<br>50/23-51/5: Sust.<br>59/21-60/7: O/R<br>62/22-63/15: O/R<br>68/11-14: Sust.<br>72/5-73/2: Sust.<br>75/4-13: Sust.<br>85/11-86/8: Sust.<br>115/24-116/6: O/R<br>134/19-135/12: Sust.<br>137/10-138/2: Sust.<br>173/23-174/4: Sust.<br>179/14-180/2: Sust.<br>181/5-18: Sust.<br>183/8-184/12: Sust.<br>193/22-194/4: O/R<br>195/4-8: Sust. |
| Gerry Nuzzo | No deposition transcript was provided to the court.  Therefore, no testimony will be introduced by deposition. | |

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 4th day of October, 2011.

      /s/ Janet C. Hall
      Janet C. Hall
      United States District Judge