Civil-Trial (3/7/2011)

HONORABLE: _____
DEPUTY CLERK _____  RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____ START TIME: _____ END TIME: _____
LUNCH RECESS  FROM: _____ TO: _____
RECESS (if more than ½ hr)  FROM: _____ TO: _____

CIVIL NO. _____

==============================

_____
Plaintiff's Counsel

vs

_____
Defendant's Counsel

==============================

**CIVIL JURY/COURT TRIAL**    1ST CHARGE CONFERENCE HELD

- ☐ …………Jury of _____ reported.   Jury sworn
- ☐ …………Juror # _____ excused.
- ☐ …………Jury Trial held  ☐ Jury Trial continued until _____ at _____
- ☐ ………… Court Trial begun   Court Trial held   Court Trial continued until _____
- ☐ ………… Court Trial concluded ☐ DECISION RESERVED
- ☐ …..# _____ Motion_____  ☐ granted ☐ denied ☐ advisement
- ☐ ….# _____ Motion_____  ☐ granted ☐ denied ☐ advisement
- ☐ …# _____ Motion_____  ☐ granted ☐ denied ☐ advisement
- ☐ …# _____ Motion_____  ☐ granted ☐ denied ☐ advisement
- ☐ …… Oral Motion_____  ☐ granted ☐ denied ☐ advisement
- ☐ …… Oral Motion_____  ☐ granted ☐ denied ☐ advisement
- ☐ …… Oral Motion_____  ☐ granted ☐ denied ☐ advisement
- ☐ …… Oral Motion_____  ☐ granted ☐ denied ☐ advisement
- ☐ …… _____  ☐ filed ☐ docketed
- ☐ …… _____  ☐ filed ☐ docketed
- ☐ …… _____  ☐ filed ☐ docketed
- ☐ …… _____  ☐ filed ☐ docketed
- ☐ …… _____  ☐ filed ☐ docketed
- ☐ ………… Plaintiff(s) rests  ☐ Defendant(s) rests
- ☐ ………… Briefs(s) due __ Pltf _____ __Deft _____ Reply _____
- ☐ ………… ☐ Summations held ☐ Court's Charge to the Jury
- ☐ ………… All full exhibits, ☐ Verdict form,   Interrogatories to the jury handed to jury
- ☐ ………… Jury commences deliberations at _____
- ☐ ………… Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- ☐ ………… SEE page 2 for verdict
- ☐ ………… COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS