Civil-Trial (3/7/2011)

HONORABLE: _____
DEPUTY CLERK _____     RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____   START TIME: _____   END TIME: _____
LUNCH RECESS   FROM: _____   TO: _____
RECESS (if more than ½ hr)   FROM: _____   TO: _____

Second Charge Conference Held

CIVIL NO. _____

_____
Plaintiff's Counsel

vs

_____
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

☐ …………Jury of _____ reported.   Jury sworn
☐ …………Juror # _____ excused.
☐ …………Jury Trial held  ☐ Jury Trial continued until _____ at _____
☐ ………… Court Trial begun   Court Trial held   Court Trial continued until _____
☐ ………… Court Trial concluded  ☐ DECISION RESERVED
☐ …..#_____ Motion_____  ☐granted ☐denied ☐advisement
☐ ….#_____ Motion_____  ☐granted ☐denied ☐advisement
☐ ….#_____ Motion_____  ☐granted ☐denied ☐advisement
☐ ….#_____ Motion_____  ☐granted ☐denied ☐advisement
☐ …… Oral Motion_____  ☐granted ☐denied ☐advisement
☐ …… Oral Motion_____  ☐granted ☐denied ☐advisement
☐ …… Oral Motion_____  ☐granted ☐denied ☐advisement
☐ …… Oral Motion_____  ☐granted ☐denied ☐advisement
☐ …… _____   ☐filed ☐docketed
☐ …… _____   ☐filed ☐docketed
☐ …… _____   ☐filed ☐docketed
☐ …… _____   ☐filed ☐docketed
☐ …… _____   ☐filed ☐docketed
☐ ………… Plaintiff(s) rests   ☐ Defendant(s) rests
☐ ………… Briefs(s) due __ Pltf _____ __Deft _____   Reply _____
☐ ………… ☐ Summations held ☐ Court's Charge to the Jury
☐ ………. All full exhibits, ☐Verdict form,   Interrogatories to the jury handed to jury
☐ ………. Jury commences deliberations at _____
☐ ………. Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
☐ ………. SEE page 2 for verdict
☐ ………. COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

_____

_____

_____

_____

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____