✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____   CONNECTICUT _____

SHARON PERKINS, ET AL

V.

SOUTHERN NEW ENGLAND TELEPHONE

## WITNESS LIST

Case Number:   3:07CV967(JCH)

| PRESIDING JUDGE JANET C. HALL | PLAINTIFF'S ATTORNEY Steve Wittels, et al | DEFENDANT'S ATTORNEY Patrick Shea, et al |
|---|---|---|
| TRIAL DATE (S) 10/3/2011 - 10/21/2011 | COURT REPORTER TERRI FIDANZA | COURTROOM DEPUTY BERNADETTE DeRUBEIS |

| PLF. NO. | DEF. NO. | DATE(S) OF TESTIMONY | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|
| X | | 10/3/2011 & 10/4/2011 | Thomas McKeon, Level One Mgr. SNET, West Haven, CT |
| X | | 10/4/2011 | Louis Rogulski, Former Level One Mgr., SNET, Lisbon, CT |
| X | | 10/4/2011 | Howard Coling, Technician, SNET, Seymour, CT |
| X | | 10/4/2011 & 10/5/2011 | William Lechnar, Former Level One Mgr., Groton, CT |
| X | | 10/5/2011 | Gregory Ensling, Level One Mgr., Norwich, CT |
| X | | 10/5/2011 & 11/6/2011 | Cindy Bucks, Vice Pres. AT&T, Canton, MI |
| X | | 10/6/2011 | Maureen Anderson, Level One Mgr., Southington, CT |
| X | | 10/6/2011 & 10/19/2011 | Richard Trevethan, Level Two Mgr., Newington, CT |
| X | | 10/6/2011 & 10/7/2011 | Edward Miller, Level One Mgr., Plainfield, CT |
| X | | 10/7/2011 | Charles Miller, Former Level Mgr., New Haven, CT |
| X | | 10/7/2011 | Mark Fauxbel, Technician, Chapel, Connecticut |
| X | | Video Depo, 10/7, 10/11/11 | Tom Brzezinski, Deposition Testimony by Video only |
| X | | 10/11/2011 | Bob Georgini, Level Two Mgr., Kensington, CT |
| X | | 10/11/2011 | Peter Mazzada, Technician, SNET, East Hartford, CT |
| X | | 10/11/2011& 10/12/11 | Michael McDermott, Level One Mgr, Guilford, CT |
| | X | 10/12/2011 & 10/13/11 | Louis Lastrina, Level Two Mgr., Middletown, CT |
| | X | 10/13/2011 | Glen Damboise, Level One Mgr., Burlington, CT |
| | X | 10/13/2011 | John Tait, Level One Mgr., Ellington, CT |
| | X | 10/13/11 & 10/17/11 | Steve Gemmell, Area Mgr., Hamden, CT |
| | X | 10/17/2011 | Peter Johnson, Area Mgr., North Haven, CT |
| | X | 10/17/2011 | John Buxton, Area Mgr., Vernon, CT |
| | X | 10/17/2011 | Cathy McDonald, Area Mgr., Litchfield, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎ AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| | | | VS. | | CASE NO. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page _____ of _____ Pages