*Perkins et al. v. Southern New England Telephone Company*
3:07-CV-0967

**Admitted Exhibit List**
**(Plaintiff Exhibits)**

| TRIAL EXHIBIT NUMBER | TITLE/DESCRIPTION | STATUS OF EXHIBIT | DATE | WITNESS |
|---|---|---|---|---|
| 0004 | Letter from Charlie Isom regarding the "AT&T Excess Time Worked By Management Employee Policy" (3-19-07) | Admitted in full | 10/5/2011 | Bucks, Cindie |
| 0069 | 10/12/2005 5:48:08 PM - E-mail from: GEORGINI, ROBERT H - re:FW: Attendance Issues Impacting Service | Admitted in full | 10/5/2011 | Lechnar, William |
| 0071 | 10/14/2005 12:19:24 PM - E-mail from: LAGANO, NANCY F - re:Tech's OT for w/e 10/8 - with attachment | Admitted in full | 10/11/2011 | Georgini, Bob |
| 0072 | 10/14/2005 5:26:11 PM - E-mail from: GEORGINI, ROBERT H - re:Stand-By Tech | Admitted in full | 10/11/2011 | Georgini, Bob |
| 0078 | 7/24/2007 7:39:44 PM - E-mail from: BARANAUSKAS, DAVID R - re:RE: Vacation calendar | Admitted in full | 10/11/2011 | Georgini, Bob |
| 0080 | 8/6/2007 1:47:08 PM - E-mail from: BARANAUSKAS, DAVID R - re:FW: CART Issues | Admitted in full | 10/11/2011 | Georgini, Bob |
| 0092 | 6/13/2006 8:28:07 AM - E-mail from: GEORGINI, ROBERT H - re:FW: Safety Memo 137 Mandatory Safety Meeting before July 4 06 - with attachments | Admitted in full | 10/11/2011 | Georgini, Bob |
| 0100 | 6/19/2006 2:18:41 PM - E-mail from: PHELPS, DWIGHT A - re:PAN 2006-0014 Metric Socket Set | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 0108 | 3/29/2007 7:42:08 AM - E-mail from: BARANAUSKAS, DAVID R - re:FW: Intersubsidiary Movement for Non-Management Employees | Admitted in full | 10/11/2011 | Georgini, Bob |
| 0145 | 1/8/2007 3:35:36 PM - E-mail from: GEORGINI, ROBERT H - re:FW: Defensive Driving Safety Meeting scheduled for January 2007 - with attachments | Admitted in full | 10/11/2011 | Georgini, Bob |
| 0190 | 1/28/2008 12:36:50 PM - E-mail from: HANNA, MARC C - re:FW: Safety Memo 147 Proper Parking Procedures - with attachment | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 0498 | 6/30/2005 10:15:37 AM - E-mail from: LASTRINA, LOUIS J - re:FW: Driving Policy Update - with attachments | Admitted in full | 10/12/2011 | Lastrina, Lou (Cross) |
| 0500 | 7/15/2005 8:40:04 AM - E-mail from: LASTRINA, LOUIS J - re:FW: Action Memo - Revisions - with attachment | Admitted in full | 10/12/2011 | Lastrina, Lou (Cross) |
| 0501 | 7/15/2005 12:19:05 PM - E-mail from: LASTRINA, LOUIS J - re:Sign Off At The House - with attachment | Admitted in full | 10/12/2011 | Lastrina, Lou (Cross) |
| 0502 | 7/20/2005 8:22:45 AM - E-mail from: LASTRINA, LOUIS J - re:FW: Safety Memos 127 & 128 - with attachments | Admitted in full | 10/13/2011 | Lastrina, Lou (Cross) |
| 0671 | 10/3/2006 2:15:58 PM - E-mail from: SCHNEIDER, ERIC E - re:FW: coaching - with attachment | Admitted in full | 10/18/2011 | Nasznic, John (Cross) |
| 0710 | 3/11/2009 12:19:13 PM - E-mail from: JOHNSON, PETER V - re:FW: MSOC Day In The Life Survey Information | Admitted in full | 10/17/2011 | Johnson, Peter (Cross) |
| 0749 | 6/15/2005 7:57:36 AM - E-mail from: FALVEY, JAMES M - re:RE: 38 DONNA LA EAST HARTFORD 860 568-2034 | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 0752 | 7/11/2005 1:11:41 PM - E-mail from: FALVEY, JAMES M - re:RE: Emps With Highest Illness Rates in Your Organization | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 0762 | 5/19/2005 12:31:31 PM - E-mail from: CHANTLOS, DANIEL W - re:Battery update - with attachment | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 0795 | 11/7/2005 3:44:18 PM - E-mail from: FALVEY, JAMES M - re:RE: IMT-LERT OT 11-12.xls | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 0876 | 8/29/2005 8:39:27 AM - E-mail from: FALVEY, JAMES M - re:Duty for W/E 8/26/05 - with attachment | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 0971 | 5/13/2009 9:51:48 AM - E-mail from: BITTNER, JOHN E - re:RE: Updated Surplus Vehicle Process | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |

Perkins et al. v. Southern New England Telephone Company
3:07-CV-0967

**Admitted Exhibit List**
**(Plaintiff Exhibits)**

| TRIAL EXHIBIT NUMBER | TITLE/DESCRIPTION | STATUS OF EXHIBIT | DATE | WITNESS |
|---|---|---|---|---|
| 0978 | 12/18/2006 4:34:32 PM - E-mail from: GILL, DAN R - re:FW: Union form requesting Supervisor signature concerning Weingarten Rights | Admitted in full | 10/18/2011 | Nasznic, John (Cross) |
| 1059 | 10/26/2006 9:50:09 AM - E-mail from: GILL, DAN R - re:FW: Safety Memo 139 Cut Resistant Gloves - with attachment | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 1134 | 1/11/2007 1:50:32 PM - E-mail from: KREUZER, RICHARD J - re:FW: 1 Hour Webbase overview of U-verse - with attachment | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 1136 | 1/12/2007 7:54:29 AM - E-mail from: KREUZER, RICHARD J - re:FW: Meeting Minutes from Customer Service Course call - with attachment | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 1149 | 9/28/2005 9:25:47 AM - E-mail from: KREUZER, RICHARD J - re:FW: RT Lineshare service order process - with attachments | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 1175 | 12/19/2006 8:41:03 AM - E-mail from: GEORGINI, ROBERT H - re:FW: Safety Memo141 Microwave Safety - with attachment | Admitted in full | 10/5/2011 | Lechnar, William |
| 1176 | 12/19/2006 8:21:47 AM - E-mail from: LAGANO, NANCY F - re:Duty Supervisor - with attachment | Admitted in full | 10/11/2011 | Georgini, Bob |
| 1192 | 11/16/2007 10:35:14 AM - E-mail from: GEORGINI, ROBERT H - re:Safety and Security at the Hartford Garage | Admitted in full | 10/11/2011 | Georgini, Bob |
| 1216 | 9/12/2006 11:18:36 AM - E-mail from: GEORGINI, ROBERT H - re:FW: Techs over 600 cell minutes for August - with attachment | Admitted in full | 10/11/2011 | Georgini, Bob |
| 1269 | 2/20/2009 12:03:58 PM - E-mail from: DIMEO, BRIAN J - re:CT weekend OT 2.21 and 2.22.xls - with attachment | Admitted in full | 10/12/2011 | Lastrina, Lou (Cross) |
| 1290 | 11/15/2007 2:54:32 PM - E-mail from: GEORGINI, ROBERT H - re:FW: Trbl Tickets - with attachment | Admitted in full | 10/11/2011 | Georgini, Bob |
| 1301 | 4/19/2010 4:53:52 PM - E-mail from: SHEEHAN, DAVID J - re:FW: Late Departure Report - with attachment | Admitted in full | 10/12/2011 | Lastrina, Lou (Cross) |
| 1304 | 5/4/2007 9:23:21 AM - E-mail from: GEORGINI, ROBERT H - re:FW: duty - with attachment | Admitted in full | 10/11/2011 | Georgini, Bob |
| 1349 | 12/19/2007 10:49:53 AM - E-mail from: SECONDI, ROBERT A - re:FW: Grounding at protector's | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 1359 | 1/18/2006 9:49:26 AM - E-mail from: HUNTLEY, PETER C - re:RE: Dsp Yesterday After 5PM | Admitted in full | 10/12/2011 | Lastrina, Lou (Cross) |
| 1364A | 3/26/2009 4:20:59 PM - E-mail from: SECONDI, ROBERT A - re:FW: Daily OT Report 3-25-09 - with attachments | Excerpt from 1364 admitted | 10/11/2011 | McDermott, Michael |
| 1365 | 3/26/2009 4:05:44 PM - E-mail from: SECONDI, ROBERT A - re:April Good Jobs Objectives - with attachment | Admitted in full | 10/12/2011 | Lastrina, Lou (Cross) |
| 1368 | 3/27/2009 1:02:59 PM - E-mail from: REAVES, SHELLI L - re:CT weekend OT 3.28 and 03.29.09 - with attachment | Admitted in full | 10/12/2011 | Lastrina, Lou (Cross) |
| 1379 | 3/20/2009 12:54:48 PM - E-mail from: SECONDI, ROBERT A - re:FW: DISC_REPORT:CHRONIC REPORT, POTS - scheduled by jh1968 - with attachment | Admitted in full | 10/12/2011 | Lastrina, Lou (Cross) |
| 1397 | 9/1/2009 3:38:56 PM Email from Sullivan, John J. re: employee performance dashboard | Admitted in full | 10/19/2011 | Sullivan, John (Cross) |
| 1401 | 3/14/2008 12:00:33 PM - E-mail from: SECONDI, ROBERT A - re:FW: LERT Checklist & Website - with attachments | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 1407 | 4/11/2008 2:10:37 PM - E-mail from: MCKEON, THOMAS F - re:FW: | Admitted in full | 10/13/2011 | Lastrina, Lou (Cross) |
| 1417A | 5/12/2008 4:31:03 PM - E-mail from: SECONDI, ROBERT A - re:FW: Daily Overtime Report for W/E 05-10-08 - with attachments | Admitted in full | 10/12/2011 | Lastrina, Lou (Cross) |
| 1423 | 10/25/2006 10:17:12 AM - E-mail from: MCKEON, THOMAS F - re:FW: Students for U-verse Repair & Test Field Trial | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |

*Perkins et al. v. Southern New England Telephone Company*
3:07-CV-0967

**Admitted Exhibit List**
**(Plaintiff Exhibits)**

| TRIAL EXHIBIT NUMBER | TITLE/DESCRIPTION | STATUS OF EXHIBIT | DATE | WITNESS |
|---|---|---|---|---|
| 1444 | 5/12/2010 5:01:01 PM - E-mail from: MARTONE, JOSEPH G - re:FW: CIM Commitment Form.docx - with attachments | Admitted in full | 10/5/2011 | Bucks, Cindie |
| 1462 | 10/2/2009 1:31:34 PM - Email from McKeon Thomas F., re: MPD's | Admitted in full | 10/19/2011 | Sullivan, John (Cross) |
| 1469 | 9/30/2009 10:55:34 AM - E-mail from: SECONDI, ROBERT A - re:Sam Seeley - place on IAP | Admitted in full | 10/5/2011 | Bucks, Cindie |
| 1506 | 4/18/2010 9:13:59 PM - Email from Martone, Joseph G. re: TACR Daily Ranking Report | Admitted in Full | 10/19/2011 | Sullivan, John (Cross) |
| 1531 | 11/13/2009 11:13:55 AM - E-mail from: MCKEON, THOMAS F - re:FW: Ranking Report for October 2009 (Quintile Report) | Admitted in full | 10/3/2011 | McKeon, Thomas (Cross) |
| 1572 | 2/25/2010 5:26:18 PM - E-mail from: LASTRINA, LOUIS J;LASTRINA, LOUIS J - re:FW: Core I&M Messenger: 2010 One & Done Annual Coverage | Admitted in full | 10/12/2011 | Lastrina, Lou (Cross) |
| 1580 | 9/9/2009 5:30:29 PM - E-mail from: BUXTON, JOHN S;BUXTON, JOHN S - re:Do not forward to employees, please review and document in webadd ---- FW: Handling Inappropriate Attire - Customer Facing Employees | Admitted in full | 10/7/2011 | Miller, Edward |
| 1893 | 3/25/2008 6:13:04 PM - E-mail from: PIRO JR., MICHAEL G;PIRO JR., MICHAEL G - re:RE: Step 2 and Information Request 2008-109 - G. Pabellon | Admitted in full | 10/18/2011 | Nasznic, John (Cross) |
| 1948 | 2/11/2008 11:39:15 AM - E-mail from: KREUZER, RICHARD J;KREUZER, RICHARD J - re:FW: February Customer Rules Newsletter - with attachment | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 1970 | 12/7/2009 12:06:17 PM - E-mail from: KREUZER, RICHARD J;KREUZER, RICHARD J - re:FW: NLRB Data Request - Reportable Action Forms | Admitted in full | 10/18/2011 | Nasznic, John (Cross) |
| 1987 | 11/23/2009 5:03:20 PM - E-mail from: LANGNER, CURTIS C;LANGNER, CURTIS C - re:Statewide Safety Review Meeting - with attachment | Admitted in full | 10/7/2011 | Miller, Edward |
| 1994 | 12/13/2007 11:34:55 AM - E-mail from: KREUZER, RICHARD J;KREUZER, RICHARD J - re:FW: Thursday Pads for IRTs - with attachment | Admitted in full | 10/6/2011 | Trevethan, Rick |
| 2031 | 1/26/2009 7:30:12 PM - E-mail from: LASTRINA, LOUIS J;LASTRINA, LOUIS J - re:RE: C&E Trouble Ticket #2337 Closed | Admitted in full | 10/13/2011 | Lastrina, Lou (Cross) |
| 2109 | 1/29/2007 1:20:14 PM - E-mail from: GEORGINI, ROBERT H;GEORGINI, ROBERT H - re:FW: Grievance Process - Labor Relations Tracking of Grievance Requests | Admitted in full | 10/18/2011 | Nasznic, John (Cross) |
| 2219 | 2/2/2010 2:53:26 PM - E-mail from: LANGNER, CURTIS C - re:Tool, Truck Inspections & Competency Checks - with attachments | Admitted in full | 10/11/2011 | McDermott, Michael |
| 2240 | 3/2/2010 2:35:45 PM - E-mail from: GEMMELL, STEVE;GEMMELL, STEVE - re:MW Jep and Step Trial - with attachment | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 2245 | 5/1/2009 7:37:29 PM - E-mail from: SULLIVAN, JOHN J;SULLIVAN, JOHN J - re:Sharepoint Site Data - with attachment | Admitted in full | 10/5/2011 | Bucks, Cindie |
| 2266 | 5/14/2010 3:45:32 AM - E-mail from: BUXTON, JOHN S;BUXTON, JOHN S - re:FW: upFront Reminder #2 - Approval Required | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 2390 | 4/12/2010 2:34:48 PM - E-mail from: SULLIVAN, JOHN J;SULLIVAN, JOHN J - re:FW: Week of 041210 IM Huddle Messages - with attachments | Admitted in full | 10/18/2011 | Sullivan, John (Cross) |

Perkins et al. v. Southern New England Telephone Company
3:07-CV-0967

Admitted Exhibit List
(Plaintiff Exhibits)

| TRIAL EXHIBIT NUMBER | TITLE/DESCRIPTION | STATUS OF EXHIBIT | DATE | WITNESS |
|---|---|---|---|---|
| 2467 | 3/17/2010 10:12:55 PM - E-mail from: BUXTON, JOHN S;BUXTON, JOHN S - re:Fw: Performance Management | Admitted in full | 10/5/2011 | Bucks, Cindie |
| 2470 | 5/21/2009 11:36:56 AM - E-mail from: MARTONE, JOSEPH G;MARTONE, JOSEPH G - re:RE: CT Carryover, 5/19 | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 2538 | 1/14/2010 3:48:57 PM - E-mail from: GARYCH, PAUL F - re:FW: ATT EAST TEAM EXPECTATIONS.ppt - with attachment | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 2546 | 1/12/2010 2:35:14 AM - E-mail from: GEMMELL, STEVE;GEMMELL, STEVE - re:FW: Leaving the barn - with attachment | Admitted in full | 10/13/2011 | Tait, John (Cross) |
| 2638 | 6/10/2006 1:33:39 AM - E-mail from: GEMMELL, STEVE;GEMMELL, STEVE - re:Coach on the immediate need for improvement | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 2694 | 11/16/2005 2:47:15 AM - E-mail from: GEMMELL, STEVE;GEMMELL, STEVE - re:Pabellon 11/11 | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 2714 | 5/24/2005 3:04:43 AM - E-mail from: GEMMELL, STEVE;GEMMELL, STEVE - re:RE: Revision to May17th Meeting Minutes | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 2814 | 1/17/11 & 1/19/11 emails from Steve Gemmell re Uverse signoffs and discipline | Admitted in full | 10/13/2011 | Tait, John (Cross) |
| 2854 | 5/18/09 Email from Robert Secondi re: Summary Report 7 | Admitted in full | 10/19/2011 | Sullivan, John (Cross) |
| 2817 | 11/30/10 - 12/1/10 emails between John Nasznic, Thomas Weir, John Buxton and Maureen Anderson re performance of Joe Doe  subj. language | Admitted in full | 10/18/2011 | Nasznic, John (Cross) |
| 2859 | 5/12/09 email from John Nasznic re suspension language | Admitted in full | 10/18/2011 | Nasznic, John (Cross) |
| 2881 | 8/18/09 email re language for attendance | Admitted in full | 10/18/2011 | Nasznic, John (Cross) |
| 2924A | Employee Lists for: Consumer Operations Technicianand Availability/Overtime | Admitted 1st page only | 10/11/2011 | Mazzadra, Peter |
| 2925B | Various Statement of Earnings, Taxes and Allotment forms for different employees; some paycheck stubs | Admitted pgs 1 & 2 as redacted | 10/6/2011 | Anderson, Maureen |
| 2978A | 2004 Labor Agreement - Selected Pages | Excerpts from 2978 admitted in full | 10/11/2011 | Mazzadra, Peter |
| 3009 | 2008 Management Compensation Plan | Admitted in full | 10/11/2011 | Brzezinski, Tom |
| 3014 | 2/26/10 email from Louis Lastrina re: FW: ADSL Job Aid | Admitted in full | 10/13/2011 | Lastrina, Lou (Cross) |
| 3055A | 2009 Labor Agreement - Selected Pages | Excerpt from 3055 admitted in full | 10/11/2011 | Mazzadra, Peter |
| 3055B | 2009 Labor Agreement - Selected Pages | Admitted in full | 10/18/2011 | MacDonald, Cathy |
| 3056 | Code of Business Conduct | Admitted in full | 10/12/2011 | Brzezinski, Tom |
| 3057 | Declaration re spoliation issue | Admitted in full | 10/11/2011 | none |
| 3058 | Declaration re spoliation issue | Admitted in full | 10/11/2011 | none |
| 3059 | Declaration re spoliation issue | Admitted in full | 10/11/2011 | none |
| 3060 | Declaration re spoliation issue | Admitted in full | 10/11/2011 | none |
| 3061 | Tait Subpoena | Admitted in full | 10/13/2011 | Tait, John (Cross) |
| 3062 | NOT USED | | | |
| 3063 | NOT USED | | | |
| 3064 | Points for Leadership Chart | Admitted in full | 10/19/2011 | Trevethan - Rebuttal |
| 3065 | Unredacted Version of 3065A Rating Ranki | ID | 10/19/2011 | Trevathan - Rebuttal |
| 3065A | Redacted Version of 3065 Rating Ranking | Admitted in full | 10/19/2011 | Trevethan - Rebuttal |
| 3066 | DVD Containing Brzezinski Deposition | Admitted in full | 10/19/2011 | |
| 3067 | DVD Containing Video Clip:  Tait | Admitted in full | 10/19/2011 | |
| 3068A | Copies of Proposed Demonstrative Exh. used during closing arguments | ID | 10/20/2011 | |
| 3068B | Copies of Demonstrative Exhibits used during closing arguments | ID | 10/20/2011 | |