*Perkins et al. v. Southern New England Telephone Company*
3:07-CV-0967

## Admitted Exhibit List
### (Defendant Exhibits)

| TRIAL EXHIBIT NUMBER | TITLE/DESCRIPTION | STATUS OF EXHIBIT | DATE | WITNESS |
|---|---|---|---|---|
| 5063 | Web Based Administrative Documentation Database - IAP Management Tool (blank) | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 5065 | Web Based Administrative Documentation Database - Monthly Performance Discussion (blank) | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 5074 | WEb Based Administrative Documentation Database - 22 State Quality Inspection Form (I&M and SSIM Use Only (blank) | Admitted in full | 10/3/2011 | McKeon, Thomas |
| 5075 | WEb Based Administrative Documentation Database - Vehicle Inspection Form (blank) | Admitted in full | 10/4/2011 | Rogulski, Louis |
| 5079 | WEb Based Administrative Documentation Database - Performance Improvement Plan Form (blank) | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 5228B | I&R 2008 MSOC Student Guide - February 2008 | Admitted in full | 10/18/2011 | Sullivan, John |
| 5248A | Opt-In Plaintiffs Revocation of Consent Form | ID | 10/18/2011 | Sullivan, John |
| 5253 | Memo from B. Fenty to C. McDonald dated 10/19/09 re: Documented Warning - Non Compliance Performance Management Process | Admitted in full | 10/18/2011 | MacDonald, Cathy (Cross) |
| 5282 | Notice of Reportable Action Form for O. Durham dated 5/12/10 | Admitted in full | 10/17/2011 | Buxton, John |
| 5287 | Email from J. Nasznic to G. Albert and E. Saavedra cc: L. Lastrina dated 9/29/09 re: Terrance Rourke | Admitted in full | 10/13/2011 | Lastrina, Lou (Cross) |
| 5288 | Email from J. Nasznic to G. Albert dated 9/29/09 re: Terrance Rourke with attachment | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 5297 | Notice of Reportable Action Form for R. Tallardy dated 8/21/09 | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 5298 | Notice of Reportable Action Form for B. Girouard dated 4/5/10 | Admitted in full | 10/17/2011 | Buxton, John |
| 5303 | Notice of Reportable Action Form for A. Pereira dated 8/13/08 | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 5305 | Notice of Reportable Action Form for G. Wyszynski dated 2/26/09 | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 5355A | Maureen Anderson's personal resume | Admitted in full as redacted | 10/6/2011 | Anderson, Maureen (cross) |
| 5362 | E-mail dated 4/2/2009 from R. Kreuzer to multiple recipients re: FW: Core I&M Messenger: Revised 2009 Core I&M Environment, Health & Safety Plan Summary | Admitted in full | 10/6/2011 | Anderson, Maureen |
| 5363 | E-mail dated 4/8/2009 from R. Kreuzer to multiple recipients re: training | Admitted in full | 10/6/2011 | Anderson, Maureen |
| 5366 | Email dated 2/22/2010 from John J Sullivan re: monthly performance discussions w/techs | Admitted in full | 10/19/2011 | Sullivan, John (cross) |
| 5369 | E-mail dated 11/19/2008 from B. Mustaka to multiple recipients re: FW: Minutes from Nov. 19, 2008 | Admitted in full | 10/6/2011 | Anderson, Maureen |
| 5374 | E-mail dated 12/1/2010 from T. Weir to M. Anderson re: FW: language | Admitted in full | 10/6/2011 | Anderson, Maureen |
| 5389 | E-mail dated 9/24/2008 from D. Chantlos to multiple recipients re: MSOC pricing with attachment | Admitted in full | 10/6/2011 | Anderson, Maureen |
| 5391 | Undated e-mail from unidentified sender to multiple recipients re: Mandatory Training 10/4 Drop Dead Date!!! With attachment | Admitted in full | 10/6/2011 | Anderson, Maureen |

*Perkins et al. v. Southern New England Telephone Company*
3:07-CV-0967

## Admitted Exhibit List
### (Defendant Exhibits)

| TRIAL EXHIBIT NUMBER | TITLE/DESCRIPTION | STATUS OF EXHIBIT | DATE | WITNESS |
|---|---|---|---|---|
| 5492 | Email dated 6/19/09 from C. McDonald to multiple recipients re: FW: **TACR** | Admitted in full | 10/18/2011 | MacDonald, Cathy (Cross) |
| 5560 | Email from M. Blasko to L. Lastrina dated 10/6/05 re: Bottom Performers | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 5578 | Email from M. Blasko to L. Lastrina dated 5/20/05 re: Molina career path | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 5596 | Email from M. Blasko to J. Nasznic dated 4/3/09 re: Union Dues | Admitted in full | 10/18/2011 | Nasznic, John (Cross) |
| 5702 | Network Services Team Expectations July 2007 | Admitted in full | 10/3/2011 | McKeon, Thomas (Cross) |
| 5749A | Gregory Ensling Resume | Admitted in full as redacted | 10/5/2011 | Ensling, Gregory |
| 5769 | E-mail dated 8/2/2010 from M. Daley to multiple recipients re: Webadd Documentation for June Performance | Admitted in full | 10/17/2011 | Johnson, Peter (Cross) |
| 5875 | Email from J. Lane to J. Alexanderowicz dated 9/14/06 re: Compliment for Alex (John) | Admitted in full | 10/11/2011 | Georgini, Bob |
| 5882 | Email from R. Georgini to J. Lane dated 5/15/06 re: HO ISDN Conversion Project | Admitted in full | 10/11/2011 | Georgini, Bob |
| 5906 | Michael McDermott Consent to Join Form | Admitted in full | 10/12/2011 | McDermott, Michael |
| 5913 | WebAdd DPC CORE I&M & SSIM Specials form Tyrell Anderson | Admitted in full | 10/11/2011 | McDermott, Michael |
| 5920 | AT&T Network Services Team Expectations July 2008 | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 5930 | Declaration of Michael C. McDermott ISO Plaintiffs' Motion for Class Certification and Conditional Collective Action Certification | Admitted in full | 10/12/2011 | McDermott, Michael (Cross) |
| 5937 | Email from R. Secondi dated 3/25/09 re: Truck inspections | Admitted in full | 10/19/2011 | Sullivan, John (cross) |
| 5938 | Email from R. Secondi to multiple recipients dated 3/3/09 re: Appearance | Admitted in full | 10/13/2011 | Lastrina, Lou (Cross) |
| 5941 | Email from R. Secondi to multiple recipients dated 4/22/09 re: MOST 2.0 Website | Admitted in full | 10/3/2011 | McKeon, Thomas |
| 5951 | Email from M. Daley to M. McDermott and P. Zelenski dated 8/9/10 re: Resnisky PIP overdue | Admitted in full | 10/12/2011 | McDermott, Michael |
| 5964 | Notice of Reportable Action for R. Delieto Jr. - 7/16/2004 | Admitted in full | 10/12/2011 | McDermott, Michael (Cross) |
| 5969 | Tom McKeon Resume | Admitted in full | 10/3/2011 | McKeon, Thomas |
| 5978A | Tom McKeon AT&T A&D 2008 | pg 47619 admitted only | 10/4/2011 | McKeon, Thomas (Cross) |
| 5990 | Email from R. Secondi to multiple recipients dated 6/11/09 re: PIP results for IAP and PIP | Admitted in full | 10/3/2011 | McKeon, Thomas (Cross) |
| 5993 | Email to R. Secondi from T. McKeon dated 3/7/09 re: Daily Overtime Report for 3/5/09 | Admitted in full | 10/11/2011 | McDermott, Michael |
| 5994 | Email from T. McKeon to J. Sullivan dated 11/13/09 re: 1175 Woodend Road OP-78 Review Results | Admitted in full | 10/3/2011 | McKeon, Thomas |

Perkins et al. v. Southern New England Telephone Company
3:07-CV-0967

**Admitted Exhibit List**
**(Defendant Exhibits)**

| TRIAL EXHIBIT NUMBER | TITLE/DESCRIPTION | STATUS OF EXHIBIT | DATE | WITNESS |
|---|---|---|---|---|
| 5995 | Email from T. McKeon to R. Burke dated 10/23/06 re: Kevin Crowley updated history | Admitted in full | 10/13/2011 | Gemmell, Steve |
| 5997 | Email from J. Martone dated 5/11/10 re: TACR Daily Ranking Report | Admitted in Full | 10/19/2011 | Sullivan, John (cross) |
| 5996 | Email from J. Martone to multiple recipients dated 5/7/10 re: Broad Band Tool - ADSL and Light Speed Test Compliance Report | Admitted in full | 10/3/2011 | McKeon, Thomas |
| 5998 | Email from T. McKeon to J. Martone dated 5/13/10 re: TACR Daily Ranking Report - KGX1 | Admitted in full | 10/3/2011 | McKeon, Thomas |
| 6000 | Email from T. McKeon to J. Martone dated 4/12/10 re: Seeley Repeats April | Admitted in full | 10/3/2011 | McKeon, Thomas (Cross) |
| 6006A | Ed Miller Resume | Admitted in full as redacted | 10/7/2011 | Miller, Edward (Cross) |
| 6016A | Opt-In Plaintiff Edward Miller's Objections and Responses to Defendant SNET's First Requests for Production of Documents (*with docs bates-labeled P1564-P1647 attached, have since been re-bates labeled*) | Admitted in full (duplicate of DX 6025) | 10/7/2011 | Miller, Edward |
| 6020A | Resume of Edward Miller | Admitted in full as redacted | 10/7/2011 | Miller, Edward (Cross) |
| 6023 | Notice of Reportable Action dated 8/25/09 for Dean Sypher | Admitted in full | 10/17/2011 | Buxton, John |
| 6027 | Plaintiff Edward Miller's Supplementary Responses to Defendant's Interrogatories Pursuant to Fed. R. Civ. P. 26(e) | Admitted in full | 10/7/2011 | Miller, Edward (Re-direct) |
| 6048 | Plaintiff Edward Miller's Responses to Defendant's Second Set of Interrogatories | Admitted in full | 10/7/2011 | Miller, Edward (Cross) |
| 6089 | Excerpts from Personnel File of Charles Nixon | ID | 10/6/2011 | Nixon, Charles |
| 6235A | Resume of Louis Rogulski | Admitted in full as redacted | 10/4/2011 | Rogulski, Louis |
| 6237A | Excerpts from Personnel File of Louis Rogulski | pg 3312 admitted only | 10/4/2011 | Rogulski, Louis |
| 6275 | Notice of Filing of Revocation of Consent to Join Form for John T. Tait, Jr. filed on 9/14/2010 | Admitted in full | 10/13/2011 | Tait, John |
| 6438 | Network Services Team Expectations July 2009 | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 6497 | TOES Restiction to begin | Admitted in full | 10/4/2011 | Rogulski, Louis |
| 6507B | FW: Time Reporting - Location Codes | 3 pg email excerpt admitted | 10/7/2011 | Miller, Edward |
| 6509 | FW: Safety Memo 125 Mobile Electronic Device Expectations | Admitted in full | 10/18/2011 | MacDonald, Cathy (Cross) |
| 6525 | FW: Please advise what action has or will be taken on speeder over 70MPH by the end of next week | Admitted in full | 10/17/2011 | Johnson, Peter (Cross) |
| 6528 | Important info on safety incident investigations | Admitted in full | 10/13/2011 | Lastrina, Lou (Cross) |

## Admitted Exhibit List
### (Defendant Exhibits)

| TRIAL EXHIBIT NUMBER | TITLE/DESCRIPTION | STATUS OF EXHIBIT | DATE | WITNESS |
|---|---|---|---|---|
| 6531A | Required competency checks, tool, and vehicle inspections | excerpt admitted | 10/13/2011 | Lastrina, Lou (Cross) |
| 6542A | FW: Late Departure Report | Admitted in full (email only) | 10/17/2011 | Gemmell, Steve (Cross) |
| 6543 | Fw: U-Verse Daily Demand Helper Ticket Report - February 2010 | Admitted in full | 10/3/2011 | McKeon, Thomas |
| 6547 | FW: Non-Management Appraisal Due 3/31/10 - 2009 Results | Admitted in full | 10/3/2011 | McKeon, Thomas |
| 6556 | FW: CIM Commitment Form.docx | Admitted in full | 10/13/2011 | Lastrina, Lou (Cross) |
| 6580 | Fw: Time sheets | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 6606 | RECOVERY OF OVERPAYMENTS | Admitted in full | 10/13/2011 | Lastrina, Lou (Cross) |
| 6614 | FW: Updates to Communications Policy for TACR Surveys | Admitted in full | 10/17/2011 | Gemmell, Steve (Cross) |
| 6617 | FW: Sunday OT for Bristol, Willimantic/Danielson, Norwalk OT for Sunday February 28, 2010 | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 6623 | FW: Step 1 and Step 2 grievance requests | Admitted in full | 10/10/2011 | Fauxbel, Mark |
| 6665 | FW: WEBADD Waiver Compliance ACTION REQUIRED | Admitted in full | 10/13/2011 | Lastrina, Lou (Cross) |
| 6679 | August Safety shorts | Admitted in full | 10/5/2011 | Lechnar, William |
| 6684 | MSOC PIP and Monthly Objectives | Admitted in full | 10/18/2011 | Sullivan, John |
| 6685 | What's up? | ID Only | 10/13/2011 | Offer of Proof |
| 6686 | FW: Important: Top 30 OT Users | ID Only | 10/13/2011 | Offer of Proof |
| 6687 | FW: SW Motor vehicle Accident | ID Only | 10/13/2011 | Offer of Proof |
| 6698 | FW: 1-28.xls | ID Only | 10/13/2011 | Offer of Proof |
| 6709 | 2009 GJI8 Goals | Admitted in full | 10/12/2011 | Lastrina, Lou |
| 6756 | Email from D. Chantlos to multiple recipients dated 1/7/10 re: Separation Proposal Timeline and Separation Document with attachments | Admitted in full | 10/18/2011 | Nasznic, John |
| 6937 | Edward Miller 2011 Management Discussion Letter | Admitted in full | 10/7/2011 | Miller, Edward (Cross) |
| 6941 | Gregory Ensling 2011 Management Discussion Letter | Admitted in full | 10/5/2011 | Ensling, Gregory |
| 6950 | Maureen Anderson 2011 Management Discussion Letter | Admitted in full | 10/6/2011 | Anderson, Maureen |
| 6957 | Thomas McKeon 2011 Management Discussion Letter | Admitted in Full | 10/3/2011 | McKeon, Thomas (Cross) |
| 7073 | DVD Containing Video Clips, Ensling 3, Miller 2, Damboise 2 | Admitted in full | 10/19/2011 | |
| 7074A | Copies of Proposed Demonstrative Exhibits used during closing arguments | ID | 10/20/2011 | |
| 7074B | Copies of Demonstrative Exhibits used during closing arguments | ID | 10/20/2011 | |