UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
10/24/2011
Roberts D. [illegible], Clerk
By B. DeKubers
Deputy Clerk

| | | |
|---|---|---|
| SHARON L. PERKINS, et al., Individually and on Behalf of Others Similarly Situated, | : : : : | CIVIL ACTION NO. 3:07-CV-967 (JCH) |
| v. | : : | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, Defendant. | : : : : | OCTOBER 20, 2011 |

## VERDICT FORM

CONNECTICUT LAW:

1. As to the plaintiffs' Connecticut law claim, do you find that SNET has proven that the plaintiffs are exempt under the Connecticut state law executive exemption?

    Yes ✓              No _____

    **Only answer Question 2 if you answered NO to Question 1. If you answered YES to Question 1, skip to Question 3.**

2. As to the plaintiffs' Connecticut law claim, do you find that plaintiffs have proven that SNET acted unreasonably, arbitrarily, or with bad faith in classifying the plaintiffs as exempt employees?

    Yes _____              No _____

FLSA LAW:

3. As to the plaintiffs' FLSA claim, do you find that SNET has proven that the plaintiffs are exempt under the FLSA executive exemption?

    Yes ✓              No _____

    **Only answer Question 4 if you answered NO to Question 3. If you answered YES to Question 3, proceed to the end and have the Foreperson date and sign the Verdict Form.**

1

4. As to the plaintiffs' FLSA claim, do you find that the plaintiffs have proven that SNET acted willfully in improperly classifying the plaintiffs as exempt employees?

   Yes _____                                          No _____

   Dated at Bridgeport, Connecticut this 21st day of October, 2011.

                                    /s/ _____
                                    Foreperson