AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

SHARON PERKINS, ET AL

**COURT EXHIBIT LIST**

V.

SOUTHERN NEW ENGLAND TELEPHONE

Case Number:  3:07CV967(JCH)

| PRESIDING JUDGE JANET C. HALL | PLAINTIFF'S ATTORNEY S. Wittels, S. Eubanks, et al | DEFENDANT'S ATTORNEY P. Shea, L. Dent, et al |
|---|---|---|
| TRIAL DATE (S) 10/3/2011 - 10/21/2011 | COURT REPORTER TERRI FIDANZA | COURTROOM DEPUTY BERNADETTE DeRUBEIS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/20/11 | 1 | | Note from Jury |
| | | 10/20/11 | 2 | | Note from Jury |
| | | 10/20/11 | 3 | | Note from Jury |
| | | 10/21/11 | 4 | | Note from Jury |
| | | 10/21/11 | 5 | | Note from Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.