UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHARON L. PERKINS, et al,
individually and on behalf of others
similarly situated

v                                                                          3:07-CV-00967(JCH)

SOUTHERN NEW ENGLAND TELEPHONE
COMPANY, INC.

## JUDGMENT

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge.  On October 21, 2011, after deliberation, the jury returned a verdict in favor of the defendant, Southern New England Telephone Company, Inc.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant, against the plaintiffs, and the case is closed.

Dated at Bridgeport, Connecticut, this 24th day of October, 2011.

ROBIN D. TABORA, Clerk


By /s/ Bernadette J. DeRubeis
Deputy Clerk


Entered on Docket _____