UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. Perkins, et al., | ) |
| Individually and on Behalf of Others Similarly Situated, | ) No: 3:07CV967 (JCH) |
| PLAINTIFFS, | ) |
| v. | ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) |
| DEFENDANT. | ) |

**PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW
OR, IN THE ALTERNATIVE, FOR A NEW TRIAL**

Plaintiffs hereby renew their motion, under Rule 50(b), for judgment as a matter of law. The evidence presented in this case is legally insufficient to support a jury verdict in SNET's favor. In particular, Defendant presented virtually no evidence showing (a) what the plaintiff-employees spend the majority of their time doing, a critical aspect of the primary duty test; (b) that they are in charge of, and have as their primary duty the management of, a customarily recognized department or subunit of the company; (c) that they customarily and regularly direct the work of the technicians; and (d) that they make recommendations and suggestions as to changes of the techs' employment status that are given particular weight. The uncontroverted evidence establishes that SNET cannot meet its burden of proving that the employees at issue are plainly and unmistakably employed in a *bona fide* executive capacity.

In the alternative, Plaintiffs hereby move for a new trial under Rule 59(a). Even assuming that the evidence was legally sufficient to support the submission of the case to the jury, the jury's verdict is contrary to the weight of the evidence. The trial was also beset by a

number of errors – including flawed jury instructions and evidentiary rulings and improper arguments and remarks by defense counsel – which, taken separately or together, amount to substantial prejudice and call for a new trial.

                                    Respectfully Submitted,

Dated: November 18, 2011       /s/_ Steven L. Wittels
                                       Steven Wittels, (SLW-8110)
                                       Jeremy Heisler, (JH-0145)
                                       **SANFORD WITTELS & HEISLER, LLP**
                                       1350 Avenue of the Americas, 31st Floor
                                       New York, NY 10019
                                       Telephone: (646) 723-2947
                                       Facsimile: (646) 723-2948

                                       David W. Sanford
                                       **SANFORD WITTELS & HEISLER, LLP**
                                       1666 Connecticut Avenue, N.W., Suite 310
                                       Washington, D.C. 20009
                                       Telephone: (202) 742-7780
                                       Facsimile: (202) 742-7776

                                       Edmond Clark
                                       **Law Office of Edmond Clark**
                                       83 Scotland Avenue
                                       Madison, CT 06443-2501
                                       Telephone: (203) 245-4602
                                       Fax: (203) 245-9734

                                       *Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via ECF this 18th day of November, 2011 upon the following counsel of record:

**Patrick Shea**
Paul Hastings
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
212-318-6405
Fax: 212-752-2542
Email: patrickshea@paulhastings.com

*Attorneys for Defendant*


\_\_\_\_/s/ Steven L Wittels_____

      Steven L. Wittels