UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | |
| Individually and on Behalf of Others Similarly Situated, | CIVIL ACTION NO. 3:07CV967 (JCH) |
| PLAINTIFFS, | |
| | November 28, 2011 |
| v. | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | |
| DEFENDANT. | |

## CONSENT MOTION FOR EXTENSION OF POST-TRIAL MOTION RESPONSE DEADLINES

Pursuant to Local Rule 7(b), Defendant Southern New England Telephone Company ("Defendant" or "SNET") respectfully seeks a revised briefing schedule with respect to Plaintiffs' Motion for Judgment as a Matter of Law [Doc. 576], and Plaintiffs' Motion for a New Trial [Doc. 577] (collectively, the "post-trial motions"). Under the revised schedule Defendant's oppositions would be due on December 19, 2011 and Plaintiffs' replies would be due on January 16, 2012.

Plaintiffs filed the two post-trial motions on November 18, 2011. Pursuant to Local Rules 7(a) and 7(d), Defendant's oppositions to the post-trial motions are currently due on December 9, 2011, and Plaintiffs' replies are due December 23, 2011. Under the current briefing schedule, the response period for Defendant's oppositions fell over the Thanksgiving holiday. Defense counsel's office was closed for two days due to the holiday, and several members of the trial team traveled during this time. Additionally, under the current schedule, Plaintiffs' replies are due the last business day before the Christmas holiday. If Defendant's requested extension

were to be granted, the response period for Plaintiffs' replies would fall over both the Christmas and New Year's holidays. The parties thus negotiated a revised briefing schedule and agree that the proposed deadlines are fair and will not prejudice the administration of the case. There is good cause for an extension of the post-trial motion response deadlines.

    Pursuant to Local Rule 7(b), defense counsel has consulted with Plaintiff's counsel concerning this motion, and the latter has consented to the requested extensions of time. This is the parties' first request for an extension of time with respect to these deadlines.

Dated:  New York, New York  
       November 28, 2011

Respectfully submitted,

By: /s/ Patrick W. Shea  
Patrick W. Shea (CT07071)  
Paul Hastings LLP  
75 East 55th Street  
New York, NY 10022  
Telephone: (212) 318-6000  
Facsimile: (212) 319-4090  
patrickshea@paulhastings.com

Leslie A. Dent (PHV 03877)  
John F. Wymer, III (PHV 03876)  
Erika L. Leonard (PHV 03875)  
Paul Hastings LLP  
600 Peachtree Street, N.E., Suite 2400  
Atlanta, Georgia 30308  
Telephone: (404) 815-2400  
Facsimile: (404) 815-2424  
lesliedent@paulhastings.com  
johnwymer@paulhastings.com  
erikaleonard@paulhastings.com

Counsel for Defendant  
SOUTHERN NEW ENGLAND  
TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al.,<br><br>Individually and on Behalf of Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>DEFENDANT. | CIVIL ACTION NO. 3:07CV967 (JCH)<br><br>NOVEMBER 28, 2011 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, a copy of foregoing CONSENT MOTION FOR EXTENSION OF POST-TRIAL MOTION RESPONSE DEADLINES was filed electronically and served by U.S. mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick W. Shea
Patrick W. Shea (CT07071)
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
patrickshea@paulhastings.com

*Attorney for Defendant SNET*