| | |
|---|---|
| **From:** | Leonard, Erika L. |
| **Sent:** | Wednesday, June 01, 2011 4:28 PM |
| **To:** | 'James Hawkins' |
| **Cc:** | Dent, Leslie; Shea, Patrick W.; Kochuba, Meg |
| **Subject:** | Perkins v. SNET- Defendant's preliminary list of 15 opt-in potential trial witnesses [PH-LEGAL_USW.FID282074] |

**Attachments:** Perkins- Defendant's preliminary list of 15 opt-in trial witnesses(68163055_1).DOC

Mr. Hawkins-

Attached please find Defendant's submission of 15 potential opt-in trial witnesses.

Regards,
Erika

_____

**Erika L. (Patrick) Leonard, Attorney** | Paul, Hastings, Janofsky & Walker LLP | 600 Peachtree Street, N.E., Suite 2400, Atlanta, GA 30308 | direct: 404 815 2420 | main: 404 815 2400 | direct fax: 404 685 5420 | erikaleonard@paulhastings.com| www.paulhastings.com

*Paul Hastings is committed to sustainable practices. Reducing printed waste saves resources.*

_____
********************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
********************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON L. PERKINS, et al.,** | |
| **Individually and on Behalf of Others Similarly Situated,** | CIVIL ACTION NO. 3:07CV967 (JCH) |
| **PLAINTIFFS,** | **DEFENDANT SNET'S PRELIMINARY LIST OF OPT-IN PLAINTIFF WITNESSES** |
| v. | |
| **SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | June 1, 2011 |
| **DEFENDANT.** | |

Pursuant to the instructions of Parajudicial Officer James Hawkins, Defendant Southern New England Telephone Company ("SNET") provides this preliminary list of 15 opt-in Plaintiffs whom SNET may call as witnesses at trial, subject to the revision of this list following the depositions of John Tait and Greg Albert scheduled to take place on June 6, 2011:

    Greg Albert

    Larry Albert

    Pete Barney

    Michael Blasko

    Bryan Brevard

    Lynn "Rich" Brown

    Sharon Clark

    Glen Damboise

    Paul Garych

    Patrick Kavanaugh

    Barry Mustaka

    Gerry Nuzzo

      Larry Pollack

      Jeff Schena

      Rich Schwab

Dated:  New York, New York          Respectfully submitted,
       June 1, 2011

                                           By:  /s/ Patrick W. Shea
                                                   Patrick W. Shea (CT07071)
                                                   Paul, Hastings, Janofsky & Walker LLP
                                                 75 East 55th Street
                                                 New York, NY 10022
                                                 Telephone: (212) 318-6000
                                                 Facsimile: (212) 319-4090
                                                 patrickshea@paulhastings.com

                                                 Leslie A. Dent (PHV 03877)
                                                 John F. Wymer, III (PHV 03876)
                                                 Erika L. Leonard (PHV 03875)
                                                 Paul, Hastings, Janofsky & Walker LLP
                                                 600 Peachtree Street, N.E., Suite 2400
                                                 Atlanta, Georgia 30308
                                                 Telephone: (404) 815-2400
                                                 Facsimile: (404) 815-2424
                                                 lesliedent@paulhastings.com
                                                 johnwymer@paulhastings.com
                                                 erikaleonard@paulhastings.com

                                                 Counsel for Defendant
                                                 SOUTHERN NEW ENGLAND
                                                 TELEPHONE COMPANY