| | |
|---|---|
| **From:** | Kochuba, Meg |
| **Sent:** | Friday, June 17, 2011 5:45 PM |
| **To:** | 'jrhawkinsii@yahoo.com' |
| **Cc:** | Dent, Leslie; Leonard, Erika L.; Shea, Patrick W. |
| **Subject:** | Perkins - Preliminary list of additional trial witnesses |
| **Attachments:** | Perkins- list of proposed additional trial witnesses(68333161_2).DOC |

Mr. Hawkins,

Attached please find Defendant's preliminary list of additional witnesses whom SNET may call to testify at trial.  Defendant's witness list is based on the trial plan assumptions contained in your May 12, 2011 email and May 25, 2011 agenda.  Defendant reserves the right to supplement or amend this list in the course of ongoing trial preparation.

Respectfully,

Margaret Kochuba

---

**Margaret Kochuba, Attorney** | Paul, Hastings, Janofsky & Walker LLP | 600 Peachtree Street, N.E., Suite 2400, Atlanta, GA 30308 | direct: 404 815 2320 | main: 404 815 2400 | direct fax: 404 685 5320 | megkochuba@paulhastings.com | www.paulhastings.com

*Paul Hastings is committed to sustainable practices. Reducing printed waste saves resources.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. PERKINS, et al., | |
| Individually and on Behalf of Others Similarly Situated, | CIVIL ACTION NO. 3:07CV967 (JCH) |
| PLAINTIFFS, | DEFENDANT SNET'S PRELIMINARY LIST OF ADDITIONAL TRIAL WITNESSES |
| v. | |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | June 17, 2011 |
| DEFENDANT. | |

Pursuant to the instructions of Parajudicial Officer James Hawkins, Defendant Southern New England Telephone Company ("SNET") provides this preliminary list of additional witnesses whom SNET may call to testify at trial. Defendant's witness list is based on the trial plan assumptions contained in Parajudicial Officer Hawkins's May 12, 2011 email and May 25, 2011 agenda. All witnesses listed are current or former SNET or AT&T employees. Defendant reserves the right to supplement or amend this list in the course of ongoing trial preparation.

| Witness Name | Job Title | Expected Testimony | Deposition Taken? |
|---|---|---|---|
| John Andrasik | Director | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Steve McNamara | Director | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |

| Witness Name | Job Title | Expected Testimony | Deposition Taken? |
|---|---|---|---|
| Ed Saavedra | Director | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Richard Aitro | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Fred Bucchieri | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Richard Burke | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| John Buxton | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Dan Chantlos | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Peter Dean | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |

| Witness Name | Job Title | Expected Testimony | Deposition Taken? |
|---|---|---|---|
| Marianne Esposito | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Roger Gantenbein | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Steve Gemmell | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Robert Georgini | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Dan Gill | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Marc Hanna | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| G. Hungerford | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |

| Witness Name | Job Title | Expected Testimony | Deposition Taken? |
|---|---|---|---|
| Michael Imbriglio | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Pete Johnson | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | Yes |
| Robert Judge | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Fred Kisiday | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Andrea Konetchy | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Richard Kreuzer | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | Yes |
| Lou Lastrina | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |

| Witness Name | Job Title | Expected Testimony | Deposition Taken? |
|---|---|---|---|
| Joe Martone | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Cathy McDonald | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | Yes |
| Eric Schneider | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Robert Secondi | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Dave Sheehan | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Lawrence St. John | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Rick Trevethan | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |

| Witness Name | Job Title | Expected Testimony | Deposition Taken? |
|---|---|---|---|
| Paul Zelenski | Area Manager | Testimony regarding knowledge of first level manager duties generally, as well as testimony specific to particular opt-in trial witnesses | No |
| Elisa Aiello | Risk Management | Testimony regarding knowledge of first level manager duties, including, but not limited to, property damage and other risk management issues | No |
| Bruce Austin | Safety Policy Review Committee | Testimony regarding knowledge of first level manager duties including, but not limited to, safety management and first level involvement in accident investigations | No |
| Nicole Barnes | HR Employee Relations Manager | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline and performance management | No |
| Harry Bermas | Asset Protection | Testimony regarding knowledge of first level manager duties as they relate to Asset Protection investigations | No |
| Tom Brzezinski | Director, Human Resources Compensation | Testimony regarding knowledge of first level management compensation and benefits | Yes |
| Rick Campanelli | Lead Analyst, Asset Protection | Testimony regarding knowledge of first level manager duties as they relate to Asset Protection investigations | No |

| Witness Name | Job Title | Expected Testimony | Deposition Taken? |
|---|---|---|---|
| Mark Daley | Senior Quality/M&P Manager | Testimony regarding knowledge of first level manager duties generally | No |
| Leslie Dernulc | AT&T HR Employee Relations Manager | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline and performance management | No |
| Brian DiMeo | RFA Manager | Testimony regarding knowledge of first level manager duties, including, but not limited to, testimony regarding work allocation and scheduling | No |
| Mark Fusco | Labor Relations | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline, grievances, and arbitrations | No |
| Shanita Gilbert | Network Force Load Analyst | Testimony regarding knowledge of first level manager duties including, but not limited to, work allocation and scheduling | No |
| James Hsu | HR Employee Relations Manager | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline and performance management | No |
| Michael Lombardi | Area Manager OSP Planning & Design | Testimony regarding knowledge of first level manager duties generally | No |
| Deborah MacDonald | Labor Relations | Testimony regarding knowledge of first level manager duties, including, but not limited to, first level involvement with discipline, grievances, and arbitrations | No |

| Witness Name | Job Title | Expected Testimony | Deposition Taken? |
|---|---|---|---|
| Buddy McElhannon | Director, Work Measurements | Testimony regarding knowledge of first level manager duties as they relate to the Day in the Life initiative | Yes |
| Jeff McKinney | Director, Quality Management Systems | Testimony regarding knowledge of first level manager duties as they relate to MSOC | Yes |
| John Nasznic | Labor Relations | Testimony regarding knowledge of first level manager duties, including, but not limited to, testimony regarding first level involvement with discipline, grievances, and arbitrations | No |
| Debi Neal | HR Employee Relations Manager | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline and performance management | No |
| Libby Neeley | HR Employee Relations Manager | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline and performance management | No |
| Marlene Parks | Risk Management | Testimony regarding knowledge of first level manager duties as they relate to risk management issues | No |
| Dwight Phelps | Senior Tech Support Analysis Network | Testimony regarding knowledge of first level manager duties including, but not limited to, first level participation in restorations | No |

| Witness Name | Job Title | Expected Testimony | Deposition Taken? |
|---|---|---|---|
| Shelli Reaves | RFA Manager | Testimony regarding knowledge of first level manager duties including, but not limited to, work allocation and scheduling | No |
| John Sullivan | Chief of Staff, Quality M&Ps | Testimony regarding knowledge of first level manager duties generally and MSOC | No |
| Donald Sylvain | Safety Manager | Testimony regarding knowledge of first level manager duties including, but not limited to, safety management and first level involvement with accident investigations | No |
| Jane Van Allen | Senior – Network Support | Testimony regarding knowledge of first level manager duties including, but not limited to, first level participation in restorations | No |
| Kevin Zupkus | AVP Labor Relations | Testimony regarding knowledge of first level manager duties including, but not limited to, first level involvement with discipline, grievances, and arbitrations | No |

Dated: New York, New York
       June 17, 2011

Respectfully submitted,

By:  /s/ Patrick W. Shea
     Patrick W. Shea (CT07071)
     Paul, Hastings, Janofsky & Walker LLP
     75 East 55th Street
     New York, NY 10022
     Telephone: (212) 318-6000
     Facsimile: (212) 319-4090
     patrickshea@paulhastings.com

     Leslie A. Dent (PHV 03877)
     John F. Wymer, III (PHV 03876)
     Erika L. Leonard (PHV 03875)
     Paul, Hastings, Janofsky & Walker LLP
     600 Peachtree Street, N.E., Suite 2400
     Atlanta, Georgia 30308
     Telephone: (404) 815-2400
     Facsimile: (404) 815-2424
     lesliedent@paulhastings.com
     johnwymer@paulhastings.com
     erikaleonard@paulhastings.com

     Counsel for Defendant
     SOUTHERN NEW ENGLAND
     TELEPHONE COMPANY

LEGAL_US_W # 68333161.2