UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON L. Perkins, et al., | ) |
| Individually and on Behalf of Others Similarly Situated, | ) No: 3:07CV967 (JCH) |
| PLAINTIFFS, | ) |
| | ) NOTICE OF APPEAL |
| v. | ) |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | ) |
| DEFENDANT. | ) |

Please take notice that Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit, from the final judgment of the Hon. Judge Janet C. Hall of the District of Connecticut dated October 24, 2011, as well as from the trial court's order, dated February 14, 2012, denying Plaintiffs' Motion for a Judgment As A Matter of Law under Fed. R. Civ. P. 50(b), or, in the alternative, Plaintiffs' Motion For A New Trial under Fed. R. Civ. P. 59.

Please take further notice that Plaintiffs appeal from (a) the whole and from (b) each and every part of said order and judgment.

New York, New York

Dated: February 27, 2012    /s/_Steven L. Wittels
Steven Wittels, (SLW-8110)
Jeremy Heisler, (JH-0145)
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

David W. Sanford
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Edmond Clark
**Law Office of Edmond Clark**
83 Scotland Avenue
Madison, CT 06443-2501
Telephone: (203) 245-4602
Fax: (203) 245-9734
eclarkmadisonlaw@aol.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via ECF and regular U.S. mail this 27th day of February, 2012 upon the following counsel of record:

**Patrick Shea**
Paul Hastings
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
212-318-6405
Fax: 212-752-2542
Email: patrickshea@paulhastings.com

*Attorneys for Defendant*


___/s/ Steven L Wittels_____
            Steven L. Wittels